FILED  FILED

2009 MAY 15 PM 12:08   2009 MAY [ ] AM 10:36

[CENTRAL DISTRICT OF CALIF. LOS ANGELES stamps]

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | 09-1011M |
| BRADLEY L. RUDERMAN | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All Items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  05/15/2009   8:10    ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 1343 (WIRE FRAUD)
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1963
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Ms. O'NEIL
11. Remarks (if any): Interviewed 5/13/2009 approx 9AM

12. Date: 5/15/2009    13. Signature: [signed]
14. Name: JEREMY R. TARWATER    15. Title: SPECIAL AGENT, FBI

CR-64 (01/09)    REPORT COMMENCING CRIMINAL ACTION