# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **CR 09 00757**     Defendant Name [stamp: 2009 AUG -6 AM 11:26]
U.S.A. v. Bradley Lewis Ruderman     Year of Birth 1963
☐ Indictment     ☑ Information     Investigative agency (FBI, DEA, etc.) FBI - C.T. OF CALIF.

[stamp: FILED CLERK U.S. DISTRICT COURT, 2009 AUG -6 AM 11:26, CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, BY ___]

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a:
   ☑ Misdemeanor     ☐ Minor Offense     ☑ Felony
   ☐ Petty Offense     ☐ Class B Misdemeanor
b. Date of offense 2003-4/15/2009
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles     ☐ Ventura
   ☐ Orange     ☐ Santa Barbara
   ☐ Riverside     ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____
Citation of offense 18 U.S.C. 1343;
15 U.S.C. 80b-6(1), b-17; 26 U.S.C. 7203

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?     ☑ No     ☐ Yes
IF YES Case Number n/a

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** n/a

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: May 14, 2009
   Case Number CR 09-1011M
   Charging 18 USC 1343

The complaint:     ☑ is still pending
   ☐ was dismissed on: n/a

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*     ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?     ☐ Yes     ☐ No

This is the __n/a__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
n/a
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
n/a
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*     ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*     ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes     ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:     ☐ Yes     ☑ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
☑ Male    ☐ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s) _____

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud    ☑ tax offenses
☐ environmental issues    ☑ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☐ Other: investment adviser fraud

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: May 15, 2009
b. Posted bond at complaint level on: May 15, 2009
   in the amount of $ $500,000 AB; 3d party aff surety
c. PSA supervision?    ☑ Yes    ☐ No
d. Is a Fugitive    ☐ Yes    ☑ No
e. Is on bail or release from another district: n/a
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.    ☐ Yes    ☐ No

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:    ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____
Order dated 6/10/09 finding excludable time for filing indictment/information from 6/14/09 through 7/17/09;
Order dated 7/15/09 finding excludable time for filing indictment/information from 7/17/09 through 8/7/09.

Date 8/5/09

Signature of Assistant U.S. Attorney

Ranee A. Katzenstein
*Print Name*