# UNITED STATES v RUDERMAN
# CR 09-0757 SVW

# EXHIBIT 1

**GOVT INTV OF RUDERMAN: 4/30/09**: AUSA RANEE KATZENSTEIN; AUSA CHERYL MURPHY; AGT JEREMY TARWATER, STEVE GOLDMAN

- PASSED OUT TO ALL THE SUMMARIES BRAD DID WHICH ARE MARKED "A" - "F"
- GRAD COLLEGE 86 UCLA; MOVED NY. LEHMAN BROS TILL 1988
- FATHER IS IN BUS AND SO IS BROTHER
- WANTED TO PURSUE THIS AS CAREER PATH
- MOVED LA BUT STAYED WITH LEHMAN
- THEN TO SEVERAL OTHER FIRMS
- 1998 LEFT INDUSTRY AND HAD FINE AGAINST HIM; PUBLIC RECORD
- 2000 WANTED TO TRADE OWN MONEY
- FORMED RUDERMAN CAPITAL MANAGEMENT TO MANAGE OWN MONEY AND FEW FAMILY MEMBERS
- BECAME CLEAR COULD BRING IN OTHERS, NON FAMILY
- FORMED CAPITAL PARTNERS 20003
- WOULD USE THAT TO INVEST FOR FAMILY AND OUTSIDE WORLD
- CAPITAL PARTNERS A STARTED IN 2006; PURPOSE OF A TO TRY TO HAVE A TAKE IN ERISA MONEY
- IS RUDERMAN CAPITAL B BUT NOTHING DONE WITH THAT; IT HAS SEP TAX ID NUMBER
- 2003 TOOK IN 1ST CLIENT; 2ND THAT NOT FAMILY MEMBER
- COUSIN: IRA HALPERN
- THEN TOOK IN ROTHBART FAMILY IN 2003
- AT THAT POINT STARTED TO MISREP RESULTS;



Exhibit 1

- BEFORE THAT DID IT TO UNCLE AND COUSIN
- REPRESENTED TRACK RECORD BACK TO 2000 THAT WAS NOT ACCURATE
- 2003 MISREP TRACK RECORD IN 2003
- THEN FROM THEN ON, STARTED TO DO SAME THING
- "B" - SHOWS TIMELINE OF MONIES IN AND OUT FROM VARIOUS MEMBERS
- SENT OUT MONTHLY RUN AND THEN QUARTERLY SENT CAPITAL ACCT STATEMENT; TOLD THEM HOW MUCH MONEY THEY HAD
- SENT OUT K-1'S
- I DID IT ALL , NO HELP FROM ANYONE ON OUTSIDE
- PERFORMANCE NUMBERS: CAME UP WITH THEM,
- MONEY CAME IN;
- DID HAVE BROKERAGE ACCTS AT GOLDMAN SACHS
- HAD OFFICE
- TRADED EVERY DAY AND TRYING TO MAKE MONEY
- CONSIDER MYSELF SOMEWHAT OF STUDENT IN THE MARKETS
- HAVE BEEN QUOTED IN PUBLICATIONS
- CLIENT WOULD SAY IMPRESSED WITH HIS KNOWLEDGE
- TOOK KNOWLEDGE AND MADE RESULTS
- TOTAL AMT THAT HE TOOK IN WAS "B" - THIS IS CORRECT MONEY IN AND OUT
- SUBSCRIPTION AGREEMENTS SIGNED
- NUMBERS ON "B" - $42 MILLION BETWEEN 2003 - 2009



Exhibit 1

- 18 MIL BACK TO MEMBERS
- 7 M ALSO WENT TO MEMBERS; SEE A PAGE 2; ANCILLARY DISTRIBUTION
- THIS WAS MONEY THAT WENT OUT TO PEOPLE THAT SHOULD NOT HAVE;
- THESE WERE PEOPLE WHOSE ACCTS MANAGED BEFORE WHO HAD INVESTED IN PRIVATE EQUITY TRANSACTIONS
- ONE OF THEM IS A PARTNER
- THIS IS A HANDFUL OF PEOPLE AND ARE LISTED ON B,C,D,F,
- A, PAGE 2: LIST OF HIS EXPENSES;
- HE TOOK OUT IS ON "A"
- PRIVATE EQUITY INVESTMENT, NET DISTRIBUTIONS: 1,008,000 - THOSE WERE INVESTMENTS
- THOSE HAVE VALUE TODAY
- FIRST PAGE OF A, DEUTCH BANK; THAT IS VALUE OF THE 87T5 +211
- PRIVATE EQUITY LEGITIMATE
- GAMBLING 4 MIL; NET NUMBERS; GAMBLING LOSSES
- C,D,E,F LISTS WHO PAID CHECKS TO
- THIS IS NOT CASINO GAMBLING
- BIGGER NUMBERS, CHECKS WRITTEN OUT, ALL IN THIS AREA, LOCALLY IN POKER GAMES
- IN HOTELS AND HOUSES
- 2 OF PEOPLE HE GAMBLED WITH WERE MEMBERS OF RUDERMAN CAPITAL
- OTHER MONIES: RENT FOR MALIBU - THAT IS SUMMER RENTAL HE HAD FROM 2004 THRU LAST SUMMER
- NEVER TOOK MONEY AND BOUGHT REAL ESTATE, ART, TRAVEL



Exhibit 1

- NO PRIVATE JETS
- SPENT APPX 800K FOR MALIBU RENTAL, BUT CAME OUT OF 2 ACCOUNTS
- PUT SECURITY DEPOSIT FOR 50K AND OWNER OWES THAT;
- CARBON BEACH ON MALIBU
- LANDLORD CALLED TO ASK IF COMING; TOLD HIM CAN'T TALK ABOUT IT THURSDAY
- LANDLORD ANGRY AND SAID RUNNING OUT OF TIME
- ASKED IF COULD GET OUT OF THIS AND HE SAID NO, BECAUSE HE SIGNED ON AND COMMITTED
- COPY OF ALL LEASES
- FAMILY: PD LOAN BACK TO DAD; GAVE 65K TO LITTLE SISTER; BROWN AND KATZ - THEY OWN LAKER TICKETS SO BOUGHT TICKETS FROM THEM
- CREDIT CARDS: IN HIS PERSONAL NAME; PERSONAL EXPENSES AND BUS EXPENSES; HAVE SUMMARY IN BOXES;
- MOST EXTRAVAGANT EXPENSE IF FOR SPORTING EVENTS
- C,D,E,F: - THESE ARE THE VARIOUS ENTITIES
- LISTED ACCT NUMBERS
- "C" - TRIED TO HIGHLIGHT LARGE CHECKS THAT INVOLVED EVERYTHING IN "A"; C,D,E,F IS BREAKDOWN OF A
- C - TRANSFER DEBIT TO BR 125K; C IS RUDERMAN CAPITAL MANAGEMENT; JAN 2003 TRAN 125K TO D
- THINKS HE GOT THEM ALL
- TRANSFERRING MONEY FROM ONE TO THE OTHER IS OK, BUT TRANSFERS TO ME IS ISSUE
- THAT GETS IN TO D,E,F



Exhibit 1

- C: 3 BIG BOLD WIRES; HAD NOT SET UP BANK ACCT FOR RUDERMAN CAPITAL PARTNERS; THESE WERE INVESTMENTS THAT THESE THREE MADE;
- THEN WHEN DID GET ACCT FOR RUDERMAN CAPITAL PARTNERS, MONEY
- A AND B WENT TO THE INVESTORS WITH SLIGHT MODIFICATION
- DID MISREP, UNCLE AND HALPERN; BUT NO DOCS SENT TO THEM
- BANK ACCTS OF RUDERMAN CAPITAL MANAGEMENT - WOULD BE THERE
- HAVE ORDERED EVERYTHING FROM 2003; SITTING THERE IS NEEDED
- FATHER HAD NO IDEA ANY OF THIS WAS GOING ON; NO CLUE
- P 2 OF A: REPAYMENT TO FATHER WHO HAD LOANED HIM MONEY FOR LIVING EXPENSES WHEN NOT WORKING; OVER TIME
- C, PAGE 3: WIRE DISTRIB: THAT IS PART OF THE ANCILLARY
- INVESTED IN PRIVATE START UP = UPSHOT.COM
- AFRAID BECAUSE BOUGHT OUT FOR SO MUCH LESS THAN INVESTED; VALUE OF CO SUBSTAN BELOW AMT INVESTED AND AFRAID THEY WERE GOING TO COME AFTER HIM, SO WHEN BOUGHT OUT, MADE DISTRIB LARGER TO THEM THEN WOULD BE ENTITLE; USED OTHER INVESTOR FUNDS TO DO THAT;
- TOLD THEM IT REPRESENTED THEIR SHARE OF THE BUY OUT
- BASICALLY REPRESENTING THAT INVESTMENT HAD NOT GONE SOUR;
- TOLD THEM PAID 80 CENTS ON DOLLAR AND REALLY 2 CENTS ON DOLLAR
- THEY WERE THREATENING HIM
- BUY OUT IS IN 2003
- ONE OF THESE THREE WAS MEMBER OF RUDERMAN CAPITAL PARTNERS
- ANCILLARY NOT ONLY UPSHOT.COM

- ANCILLARY: CONSISTS OF UPSHOT.COM, SEPARATE ACCT MANAGE WITH GUGAGONTE;
- GUGAGONTE WAS CLIENT WHEN I WAS BROKER
- REFERRED HIM TO ANOTHER BROKER WHO LOST ALL OF HIS MONEY; TOLD BRAD HE LOST 10 MIL; TOLD BRAD HE WANTED HIM TO INVEST FOR HIM
- BRAD TOLD HIM, GIVE ME MONEY AND I WILL PUT IN SOME TOO
- ALL ANCILLARY ARE REAL
- INVESTED THRU BROKERAGE FIRMS;
- THEY WERE PRIVATE INVESTMENTS
- NOT PIPES
- F: 2 MIL WIRE TO GULAGONTE; THOSE MONIES SHOULD NOT HAVE GONE TO THOSE PEOPLE ; I WAS SCARED
- THEY WERE VERY INSISTENT
- C: MEGA WAS AN ADMIN ASST AND HER FATHER IS AN INVESTMENT; CHECKS PAID OUT TO HER;
- THIS WAS FOR HER SERVICES;
- SHE DID NOT HELP ME PUT TOGETHER
- AGT: HER NAME IS ON SPREADSHEETS; GIVEN TO FBI INVESTORS
- SHE WAS NOT INVOLVED AND DID NOT WORK ON IT; SHE MAY HAVE FED EXED DOCS
- JULIAN ROSE: HER NAME WOULD BE ON DOCS, NOT MY ASST;
- SUBLET OFFICE SPACE FROM BROKER DEALER; IN RETURN PAID COMMISSION TO THEM ON MY TRADING
- JULIANA ROSE IS ADMIN ASST FOR THE BROKER DEALER; HER NAME WOULD BE ON DOCS ; NOT EMPLOYED BY ME



Exhibit 1

- C, PAGE 3: CHECK CASHED WEBBER - HE IS OWNER OF PROP IN MALIBU
- GORES: HE IS CLIENT OF MINE AND HE HAS HIS OWN PRIVATE EQUITY FIRM;
- THIS IS PART OF A PRIVATE EQUITY INVESTMENTS; LEGIT INVESTMENT
- WIRE BROWN; MY UNCLE AND THAT IS HIS INVESTMENT
- NO REFERRAL FEE TO UNCLE
- UNCLE REF ME TO LARRY NOGLE
- NO REFERRAL FEES TO ANYONE
- NO MARKETING, NO BROCHURES, NO THIRD PARTY MARKETING
- THOUGHT HEDGEFUND NOT ALLOWED TO MARKET SELF
- UNCLE: B - SHOWS MONEY IN AND MONEY OUT
- UNCLE HAD NO IDEA
- C, PAGE - MOBILE: THAT IS INVESTMENT IN PRIVATE COMPANY; THIS PERSON IS MEMBER OF RUDERMAN CAPITAL PARTNERS, BRO IN LAW OF GUGAGONTE; INVESTED THERE AND GOT NOTHING FOR IT;
- I PREPARED THE FAKE K-1'S
- GOT EXTENSIONS - NOT FILED SINCE 2004-2005;
- GAVE HIS ACCT 50K TO PREPARE ALL RETURNS BUT HE DID NOT DO IT
- SEE C, AUG 2007 - SHOWS 50K TO ACCT; DEAN AVEDON CPA
- AVEDON GOT COPIES
- BANK STATEMENTS WENT TO ME AND NO ONE ELSE
- AVEDON WAS ACCT FOR ME AND FOR ALL ENTITIES
- ROSTEIN KATZ DID NOT DO WORK BUT DID PUT THERE NAME ON THINGS



Exhibit 1

AS IF THEY DID

- GAMBLING: C,D,E,F WILL SEE BOLD ENTRIES THAT ARE CHECKS OR WIRES THAT WENT OUT TO PEOPLE THAT WERE NOT MEMBERS; THOSE ARE ALL CHECKS AND WIRES FOR GAMBLING DEBTS; E.G. LARRY KAHN
- 2006 - STARTED IN ERNEST;
- ACTIVITIES AFTER 2006; IN BOLD
- NOT A GOOD GAMBLER
- NO SPORTS GAMBLING, OR BOOKIES
- POKER GAMES, HIGH STAKES
- ORGANIZED BY MOLLY BLOOM
- 70% AT HOTELS AND REST AT PRIVATE HOMES; GORES
- SHE GOT CUT FOR ORGANIZING;
- BROUGHT IN PROF DEALER, PROF TABLE
- STOPPED PLAYING AT HOTEL BUT WORRIED THAT SOMEONE MIGHT BREAK IN
- MOLLY BLOOM GOT 80K;
- IF PLAY ONE NIGHT AND LOST 80K; PAY HER, SHE WOULD FIGURE OUT WHOM TO PAY;
- JORDAN BUCKEY: HE DID NOT PLAY; BUT MOLLY
- ANDREW SHACK, HUSTON FERGUS - THEY PLAYED
- NO OTHER SERVICES AT GAMES, NO GIRLS, NO DRUGS; I DON'T DO DRUGS; DON'T DRINK MUCH, PERHAPS GLASS OF WINE
- GOT ROOM SERVICE AT HOTELS
- SOME OF GUYS DID DRUGS AND DRANK; NONE OF MY BUSINESS

- THERE ARE PEOPLE THAT WROTE CHECKS TO THAT COME FROM OTHER PLACES
- GAME IN NEW YORK THAT MOLLY DOES
- DID GET SOME FROM WINNINGS; SHOWS AS DEPOSIT
- WHEN DECIDED TO NOT USE HOTEL, MOLLY MOVED GAME TO NY
- CHECKS HANDED IN PERSON; SOMETIMES AT GAME OR LEAVE IT A DOOR OF HOUSE AND THEY BRING A MESSENGER PICK IT UP
- TOBBY MAGUIRE IS BEST PLAYER AND A WINNER
- HOUSTON IS A PRO
- THESE ARE SEROUS GAMBLERS
- SARA, P 2 OF A; LOAN; FRIEND OF MINE; STARTED BUS AND I GAVE HER A LOAN
- 1% OF ASSETS UNDER MANAGEMENT REGARDLESS OF PERFORMANCE; ALSO INCENTIVE OF 20% OF PROFITS
- DID NOT TAKE FEES AT END OF YEAR; WOULD SHOW ENTRIED THAT WAS DEBIT BUT DID NOT HAVE IT; STATEMENT WOULD SHOW HE TOOK 1% AMDE INCENTIVE COMMISSION;
- GUESS WOULD HAVE BEEN ENTITLED TO 1% BUT DID NOT TAKE IT
- ACCT STATEMENTS: AGT ASKS HOW MADE THEM; WENT INTO WORK AND TRADED AT GOLDMAN SACHS, COMMON STOCKS AND SOME OPTIONS;
- WHEN CAME TIME TO PREPARE, KNEW WHICH STOCKS WERE GOOD AND WHICH WERE NOT GOOD
- THERE ARE STOCKS HE PUT IN FICTITIOUSLY; DID NOT PURCHASE THEM BUT LISTED THEM AS BEING PURCHASES
- TO SUPPORT A RETURN HAVE TO SUPPORT IT WITH STOCKS;
- DID USE SOME OF THE ACTUAL



Exhibit 1

- 90% NO CORRELATION
- BROKER DEALER ASKED HIM TO LEAVE AS HAD NO ASSETS UNDER MANAGEMENT
- LEFT OFF STATEMENT STOCKS NOT DOING WELL
- NO CORRELATION WITH WHAT REALLY GOING ON AND WHAT WAS PUT ON STATEMENTS
- CHINA TEL GROUP: LAST YEAR AROUND THIS TIME, APPROACHED BY KEVIN WASHINGTON; (HE ALSO IN GAMBLING); TOLD HIM TO LOOK AT CHINA TEL; I WAS LOOKING FOR SOMETHING; TOLD HIM TO TELL ME WHAT HE HAD; SEEMED LIKE REPUTABLE GUY;
- NIGHT SECURITIES; GOT ME ON CONF CALL WITH PERSON DOING REVERSE MERGER
- SOUNDED INTERESTING, WIRELESS INTERNET ACCESSING IN CHINA
- TOLD HIM TO GO TO DINNER
- DINNER AT RESTAURANT ON SUNSET;
- LISTENED
- HAD ALREADY BOUGHT SOME STOCK
- THEY SAID WOULD BE GOOD AND I LISTENED
- MADE INVESTMENT AND IT GREW
- LATER CO DID NOT GET FINANCING LIKE THOUGHT BUT MUCH LATER ON
- STOCK WENT UP FROM 2.80 TO 3:00 AND IS NOW 24 CENTS
- HAD ACCUMULATED 1 MIL;
- MANAGEMENT WOULD NOT TAKE PHONE CALLS
- AT DINNER: KEVIN WASHINGTON TOOK ME, JASON SUGGARMEN THERE AND HE WAS BIG INVESTOR; GEORGE ALVEREZ WAS THERE, HAD JUST GOTTEN OFF GOLF COURSE WITH PEOPLE FROM CHINA;

- CAN GET NAME OF GUY WITH KEVIN; I BOUGHT STOCK FROM THEM;
- IT WAS A REALLY PUMP AND DUMP
- AS RESULT INVESTORS OUT 3 MIL
- WE SHOULD GET ALL REPS THEY MADE TO HIM, PERHAPS A 5K ON THEM;
- OTHER GUY WAS JAIME KING, IN VANCOUVER
- TOLD KEVIN HE WAS GOING TO GO AFTER HIM
- KEVIN ANGRY WITH ME, BECAUSE I ASKED HIM TO PAY ME BACK FOR WHAT YOU DID; KEVIN KEPT STRINGING HIM ALONG;
- RIGHT AFTER THIS WENT TO BLOOMBERG AND COULD SEE IT WAS KEVIN AND KING'S ACCT
- THIS WAS MAY 2008, THAT WHEN DINNER WAS; PURCHASES IN MAY, JUNE AND JULY
- KEVIN SENT ANGRY MESSAGES, ANTISEMITIC
- WAS PROMISED BIG RETURN; TOLD HIM $6 PER SHARE; GAVE HIM A LOT OF REPS ABOUT HOW GOING TO MAKE MONEY; TOLD HIM WOULD GET LICENSES AND THEY WOULD HAVE TANGIBLE VALUE
- THIS WAS ALL AT THE DINNER
- WHEN BOUGHT STOCK DID NOT KNOW WAS BUYING FROM THEM, FOUND OUT BY LOOKING AT ACTIVITY AND THEN CALLED KEVIN AND ASKED IF HE WAS SELLING STOCK AND HE SAID YES
- I GOT TAKEN
- GIVEN ASSURANCES AND NONE OF IT WAS TRUE
- KEVIN HAD POKER DEBTS, FOUND THAT OUT FROM MOLLY;
- THAT IS WHY HE DID IT, NEEDED THE MONEY TO PAY THOSE DEBTS
- THEY FOUND ME AND THEY GOT ME



Exhibit 1

- AFTER ACQUIRED IT, TRADED IT, BOUGHT AND SOLD IT;
- **NOTE: JDR ASKED AUSA IF INTERESTED IN COOP ON KEVIN; SHE SAID THAT IS A MATTER FOR ANOTHER DAY; HAVE BRAD MAKE MEMO OF EVERY FALSE REP THEY MADE TO HIM; ENTIRE CHRONOLOGY**
- ONLY WAY TO GET THEM OUT WAS TO BUY STOCK;
- IF SOLD IN OPEN MARKET WOULD DESTROY THE STOCK
- NO MANIPULATION
- FUNDS GOT STOCK BUT PAID 2 TIMES MARKET
- WOULD TRADE STOCK EVERY DAY;
- WOFT: THAT IS HIS OWN INVESTMENT ENTITY; INVESTOR IN RUDERMAN CAPITAL MANAGEMENT; MY MONEY
- ENSLEY AND TALON FORMED TO INVEST IN PRIVATE EQUITY
- ENTITIES WERE NOT INVOLVED IN ANCILLARY; PEOPLE WERE THOUGHT
- ANCILLARY: TALON AND ENSLEY FORMED 2000; THERE IS TALON 1 AND TALON 2
- SET UP TO INVEST IN LEGITIMATE PRIVATE EQUITY
- THEY STILL HAVE ACCOUNTS, BUT NOTHING OF SIGNIF IN THERE
- MONEY DID GO TO BUY INTEREST IN THOSE PARTNERSHIPS
- ANCILLARY: SOME WERE MEMBERS OF THOSE FUNDS;
- THEY WERE THE ONES ASKING WHY WE INVESTED 250K AND WORTH NOTHING NOW; THEY WERE MEMBERS OF TALON
- HAVE GREAT RECORDS ON THIS, BUT FORMER LANDLORD WOULD NOT LET HIM BACK IN TO GET IT
- HAVE NOT LOOKED AT ENSLEY IN YEARS;

- AS TO TALON, NO ACTIVITY; THERE IS STOCK IN PRIVATE ENTITY NOT REGISTERED
- **AUSA WANTS LETTER FROM BRAD AUTHORIZING FBI TO PICK UP THOSE FILES;**
- CONDUCT FOR WHICH HE WAS DISCIPLINED TOOK PLACE IN 1998
- AGT: WERE THERE OTHER DEALS; NO SEPARATE DEALS; NO LOANS; CONTEMPLATING STARTING A DEBT FUND; DID TALK TO COUPLE CLIENTS ABOUT THAT;
- D/R IF OFFERED DISCOUNTS ON MY FEES; THAT IS STANDARD IN THAT BUSINESS
- ONLY THING DID TALK ABOUT WAS NOTION OF STARTING DEBT; DID NOT PROCEED; NEVER GOT OFF THE GROUND
- CAME TIME WHEN TAKING IN INVESTOR MONEY AND TURNING AROUND AND PAYING IT OUT;
- WHEN HAVE QUARTERLY LIQUIDITY DATES, IF SOMEONE TAKES MONEY OUT AND ANOTHER PUT MONEY IN IT WILL LOOK LIKE THAT;
- WILL SEE IN ROSTER OF CLIENTS, TIMELINES;
- E.G. UNCLE TAKES OUT JAN 2005 AND ROTHBART INVESTS 600K
- CLIENTS PULLED MONEY OUT
- RCPA DID HAVE A PROFITABLE YEAR
- 2004 AND 2007 DID WELL; BUT NOT IN THE AMOUNTS REPORTED
- AUSA SAYS UP FOR 2007
- M EGAN ROLE FAXING, COPYING;
- MEGAN THERE 2003 - 2005
- FLESH - NOTHING TO DO WITH INVESTMENTS; DID PERSONAL STUFF;
- ROSE WORKED AT WITTENBERG SINCE 1996; WITTENBERG WAS HIS

LANDLORD; SUBLET FROM THEM

- MOMENT I STARTED TO LOSE MONEY, THEY BOOTED ME
- REASON HAD PEOPLE SUBLET TO WAS TO HAVE THEM TRADE THRU THEM
- NO ONE ELSE HAD KNOWLEDGE OF WHAT GOING ON
- ALL ME
- NO ASSETS THAT ARE NOT LISTED;
- HAVE PORSCHE LEASED IN HIS NAME;
- OWN NO REAL ESTATE;
- GAVE NOTICE ON RESIDENCE
- MOVED INTO A FACILITY TO HANDLE MY GAMBLING PROBLEM; JEWISH PLACE; NOT SUPPOSED TO BE OUT FOR 60 DAYS
- NOT MARRIED, NO CHILDREN
- HOWARD KOFF WAS INVESTOR IN FUND AND GOT OUT; HE LOST ALMOST EVERYTHING WITH MADOFF
- LAST PAYMENT EARLY MARCH $150K
- FIRST CLEARING IS CLEARING OPERATION
- SISTER IN BEVERLY HILLS;
- BROTHER LIVES DOWN STREET FROM HER
- WORKS WITH FATHER
- WORK AT SMITH BARNEY
- MOM DIED LAST JAN
- FATHER CELEBRATING 51ST YEAR IN THE BUSINESS
- ALL IN SO CALIF



Exhibit 1

- IN THIS FACILITY AND IT IS PRETTY WELL REGARDED; CAN HAVE THEM CALL HER; BEITTSHUVAH

- **AUSA: COMMENDS HIM FOR COMING IN AND PROVIDING INFO; KNOWS IN DIFF SITUATION; WE WERE AWARE AND KNEW ABOUT SOME CONDUCT THAT IS IN VIOLATION OF CERTAIN LAWS; WILL NEED TO ADDRESS THAT AND FIGURE OUT HOW TO ADDRESS IT; HELPS IT CAME IN; STILL SERIOUS CONDUCT THAT NEEDS TO BE ADDRESSED; JDR WILL PROPOSE A SETTLEMENT; ALSO PROPOSE HIS COOPERATION ON KEVIN; WILL SAY THAT IN MY EXPERIENCE; GOOD YOU CAME IN; IT IS IN EVERYONE'S INTEREST TO MOVE IT ALONG;**



Exhibit 1