# UNITED STATES v RUDERMAN
## CR 09-0757 SVW

## EXHIBIT 2

## NOTES

The following represents privileged information between Bradley L. Ruderman and all members of his legal counsel. The notations below represent an accounting of Bradley L. Ruderman and related entities under his management control, including Ruderman Capital Management, LLC, Ruderman Capital Partners, LLC, and Ruderman Capital Partners, A LLC from the period 2003 to the present.

It should be understood that the following representations have been compiled on a best-efforts, good faith basis. The information has been sourced from the available records of Bradley L. Ruderman, including, but not limited to the statements of the relevant financial institutions of which business was transacted. Any recording errors or omissions of data are deemed to be unintentional. All asset figures are based on last available statements of the relevant financial institutions.

### ASSETS

The financial assets of Bradley L. Ruderman and related entities are as follows:

**BRADLEY L. RUDERMAN**
Wells Fargo Bank - Account # 5917565805 --- $14,420.00
Wachovia Securities - Account # 4526-8916 --- $760.00
UBS - Account # Y61010577 --- $83.92
Goldman Sachs - Account # 76T11209 --- $0.00
Security Deposit Malibu --- $50,000.00

**RUDERMAN CAPITAL MANAGEMENT, LLC**
Goldman Sachs - Account # 7L6D1209 --- $0.00

**RUDERMAN CAPITAL PARTNERS, LLC**
Wells Fargo Bank - Account # 1101201760 --- $16,930.00
Wachovia Securities - Account # 2553-1576 --- $300,000.00
Deutsche Bank - Account # 5XL-025130 --- $725,198.00
Goldman Sachs - Account # 75VY1209 --- $0.00

**RUDERMAN CAPITAL PARTNERS A, LLC**
Goldman Sachs - Account # 4MS51209 --- $0.00

### EXPENSES

The expenses of Bradley L. Ruderman and related entities are as follows:

For the purposes of this reporting, the expenses of **BRADLEY L. RUDERMAN** and **RUDERMAN CAPITAL MANAGEMENT, LLC** are combined. "Expenses" are deemed to include personal, medical and related, automotive, and legitimate business activities.

1

Exhibit 2

Given the time sensitivity, the reporting of each line-item expense (i.e.: meals, general merchandise, utilities) is not possible, though records are available of all executed checks and credit card transactions for all entities. Alas, while this is not representative of a complete expense recording, it is a forthright assessment.

## BRADLEY L. RUDERMAN
## RUDERMAN CAPITAL MANAGEMENT, LLC

Credit Cards
American Express --- $800,483.52
Citi Card --- $66,000.00

Of the aforementioned credit card expenses, $135,456.00 is attributable to charities.

Checks/Wires
**Private Equity - Investment (Net Distributions) --- $875,477.82**
Rent - Residence --- $300,000.00
Rent - Business --- $52,500.00
Automotive - Purchase --- $60,000.00
Automotive - Lease --- $179,925.00
Automotive - Insurance --- $45,000.00
Assistant - Personal - Business --- $373,257.00
Investment Research Subscriptions - Business --- $160,000.00
Legal - Business --- $5,605.52
Accounting - Personal - Business --- $57,950.00
Rent - Malibu (Net Security Deposits) --- $43,101.11
Loan - Sara Wharton --- $75,000.00
Gambling - Net --- $4,676,927.89
Family - David Ruderman - Loan Repayment --- $184,500.00
Family - Melissa Ruderman --- $9,000.00
Family - Matt Ruderman --- $65,000.00
Family - Brown Katz --- $43,930.00

*Ancillary - Separate Account Distribution --- $558,254.26*

## RUDERMAN CAPITAL PARTNERS, LLC
## RUDERMAN CAPITAL PARTNERS A, LLC

Checks/Wires
Private Equity - Investment (Net Distributions) --- $211,100.00
Investment Research Subscriptions - Business --- $20,000.00
Accounting --- $9,095.00
Rent - Malibu (Net Security Deposits) --- $755,000.00
Gambling - Net --- $536,500.00

*Ancillary - Separate Account Distribution --- $6,011,118.05*



Exhibit 2

## INVESTMENT P&L - BROKERAGE

## BRADLEY L. RUDERMAN

Goldman Sachs - Account # 76T1
2003 - ($18,546.88)
2004 - $0.00
2005 - ($308.56)
2006 - $0.00
2007 - ($2,593.80)
2008 - $0.00

TOTAL - ($21,449.24)

## RUDERMAN CAPITAL MANAGEMENT, LLC

Goldman Sachs - Account # 7L6D
2003 - ($56,869.73)
2004 - ($488.06)
2005 - ($281.13)
2006 - ($38.79)
2007 - $6.02
2008 - ($16.25)

TOTAL - ($57,687.94)

## RUDERMAN CAPITAL PARTNERS, LLC

Goldman Sachs - Account # 75VY
2003 - ($72,146.14)
2004 - $527,574.12
2005 - ($1,105,479.37)
2006 - ($2,253,515.40)
2007 - $829,043.49
2008 - ($3,033,281.01)

TOTAL - ($5,107,804.31)

## RUDERMAN CAPITAL PARTNERS A, LLC

Goldman Sachs - Account # 4MS5
2005 - $0.00
2006 - $4,939,101.48
2007 - ($2,672,852.44)
2008 - ($1,943,117.14)

Exhibit 2

TOTAL - $323,131.90

Exhibit 2

## RUDERMAN CAPITAL PARTNERS



*The following represents privileged information between Bradley L. Ruderman and all members of his legal counsel.

Capital Contributions/(Withdrawals)
2002

Anthony Brown -
7/2/2002 $500,000.00**approximate +/- $200,000.00

Katz Family Trust -
0/0/2002 $500,000.00**approximate +/- $200,000.00

2003

Katz Family Trust -
01/01/2003 $250,000.00

Halpern Family Trust -
01/01/2003 $600,000.00
07/01/2003 $500,000.00

Rothbard Diversified LP -
04/01/2003 $750,000.00
07/01/2003 $750,000.00
10/01/2003 $350,000.00

Halpern JTWROS -
07/01/2003 $200,000.00

2004

Anthony Brown -
01/01/2004 $635,139.00
07/01/2004 $600,000.00
10/01/2004 $2,016,950.00

Katz Family Trust -
07/01/2004 $100,000.00
10/01/2004 $100,000.00

Halpern Family Trust -
01/01/2004 $100,000.00
07/01/2004 $50,000.00

Exhibit 2

2004 (CON'T)

Rothbard Diversified LP -
01/01/2004 $850,000.00
04/01/2004 $400,000.00
07/01/2004 $250,000.00
10/01/2004 $300,000.00

Parikh Living Trust -
04/01/2004 $250,000.00

Elins Family Trust -
07/01/2004 $1,000,000.00

2005

Anthony Brown -
01/01/2005 ($350,000.00)
04/01/2005 $20,000.00
07/01/2005 ($50,000.00)
10/01/2005 ($475,000.00)

Katz Family Trust -
01/01/2005 $500,000.00
07/01/2005 ($18,500.00)

Rothbard Diversified LP -
01/01/2005 $600,000.00
10/01/2005 $350,000.00

Parikh Living Trust -
01/01/2005 $750,000.00

Elins Family Trust -
01/01/2005 $2,000,000.00

Friedman Family Trust -
01/01/2005 $500,000.00

Pacific Credit Corp -
01/01/2005 $2,000,000.00

Dhir Family Trust -
10/01/2005 $1,000,000.00

Exhibit 2

2005 (CON'T)

Malibu Trading LP -
10/01/2005 $3,000,000.00

2005 RCP A

Rothbard IRA -
10/01/2005 $1,944,129.00

2006

Anthony Brown -
01/01/2006 ($110,000.00)
04/01/2006 ($100,000.00)
07/01/2006 ($250,000.00)

Katz Family Trust -
01/01/2006 ($534,226.00)
10/01/2006 $285,000.00

Elins Family Trust -
08/01/2006 ($1,000,000.00)
09/01/2006 ($3,304,468.00)

Friedman Family Trust -
04/01/2006 $250,000.00

Pacific Credit Corp -
07/01/2006 $2,000,000.00

Dhir Family Trust -
08/01/2006 ($800,000.00)
09/01/2006 ($358,341.00)

Malibu Trading LP -
08/01/2006 ($2,000,000.00)
09/01/2006 ($1,484,464.00)

Katz Family Trust -
01/01/2006 $534,226.00
01/01/2006 $100,000.00
07/01/2006 $100,000.00

Exhibit 2

2006 (CON'T)

Koff Living Trust -
01/01/2006 $2,000,000.00
12/31/2006 ($2,395,024.00)

Hillmann Revocable Trust -
04/01/2006 $750,000.00
09/01/2006 ($794,613.00)

Banks JT -
04/01/2006 $250,000.00
08/01/2006 ($258,764.00)

2006 RCP A

Rothbard IRA -
04/01/2006 $220,771.00

Figi IRA -
04/01/2006 $1,016,988.00
09/01/2006 ($1,074,790.00)

2007

Anthony Brown -
04/01/2007 ($220,000.00)
07/01/2007 ($175,000.00)
10/01/2007 ($191,000.00)

Katz Family Trust -
01/01/2007 $195,000.00

Rothbard Diversified LP -
01/01/2007 $1,400,000.00
07/01/2007 ($250,000.00)
10/01/2007 ($250,000.00)

Parikh Living Trust -
04/01/2007 $1,500,000.00

Katz Family Trust -
04/01/2007 $250,000.00
10/01 2007 $125,000.00

Exhibit 2

4

2007 RCP A

Guniganti IRA -
01/01/2007 $750,000.00

Katz IRA -
01/01/2007 $1,100,000.00

Halpern IRA -
07/01/2007 $499,895.00

2008

Anthony Brown -
01/01/2008 ($110,000.00)
04/01/2008 ($300,000.00)
07/01/2008 ($150,000.00)
10/01/2008 ($140,000.00)

Katz Family Trust -
01/01/2008 ($200,000.00)
07/01/2008 ($449,517.00)

Rothbard Diversified LP -
01/01/2008 ($250,000.00)
07/01/2008 ($500,000.00)
09/01/2008 $850,000.00

Guniganti Securities LTD -
04/01/2008 $1,350,000.00

Austin Katz -
07/01/2008 $449,517.00

Ryan Wald -
07/01/2008 $500,000.00

LMA7 LTD -
07/01/2008 $500,000.00
10/01/2008 $250,000.00

Laurence Abramson Living Trust -
07/01/2008 $400,000.00

Dayakar Puskoor -
07/01/2008 $280,000.00

Exhibit 2

2008 RCP A

Katz IRA -
04/01/2008 $690,000.00
10/01/2008 $450,000.00

Halpern IRA -
07/01/2008 $230,000.00

Abramson IRA -
07/01/2008 $100,000.00

Puskoor IRA -
07/01/2008 $223,465.00

2009

Anthony Brown -
01/01/2009 ($140,000.00)

Rothbard Diversified LP -
01/01/2009 ($500,000.00)

Birdie One -
01/01/2009 $250,000.00

Eagle One -
01/01/2009 $250,000.00

Alan Abramson Living Trust -
01/01/2009 $500,000.00


TOTAL NET CAPITAL CONTRIBUTIONS - $25,132,373.00

Exhibit 2

Expenses/Transfers - **Ruderman Capital Management, LLC** - City National Bank
Account # **101849686**

<u>2003</u>

**January -**

DEBIT
Transfer Debit to BR Account # 101170128 $125,000.00

CREDIT
**Wire Halpern $104,071.75**
**Wire Halpern $100,000.00**
**Wire Katz $250,000.00**

**February -**

**March -**

DEBIT
Check Ruderman Capital Partners $100,000.00
Transfer Debit to BR Account # 101170128 $22,000.00
Transfer Debit to RCP **Account # 112062882** $50,188.75
Transfer Debit to RCP **Account # 112062882** $130,188.00
Transfer Debit to RCP **Account # 112062882** $1,000.00

CREDIT
Wire Goldman Sachs $130,000.00

**April -**

DEBIT
Transfer Debit to BR Account # 101170128 $14,000.00

CREDIT
Wire Goldman Sachs $14,400.00

**May -**

CREDIT
Transfer Credit from BR Account # 101170128 $10,000.00

**June -**

DEBIT
Transfer Debit to BR Account # 101170128 $12,200.00

Exhibit 2

**87**

CREDIT
Transfer Credit from BR Account # 101170128 $5,400.00

**July -**

CREDIT
Transfer Credit from BR Account # 101170128 $8,000.00
Transfer Credit from RCP **Account # 112062882** $20,000.00

**August -**

DEBIT
Transfer Debit to BR Account # 101170128 $5,000.00

CREDIT
Transfer Credit from BR Account # 101170128 $2,000.00
Transfer Credit from RCP **Account # 112062882** $35,000.00

**September -**

DEBIT
Transfer Debit to BR Account # 101170128 $2,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $25,000.00

**October -**

DEBIT
Check David Ruderman Loan $25,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $50,000.00

**November -**

DEBIT
Check David Ruderman $25,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $30,000.00

**December -**
DEBIT

Exhibit 2

Wire *Guniganti* private equity distribution $74,694.96
Wire *Monteverde* private equity distribution $177,853.10
Wire *Patel* private equity distribution $177,853.10
Wire Meghan Parikh $2,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $20,000.00
**Wire Brown $100,000.00**
**Wire Brown $535,139.00**

## 2004

**January -**

DEBIT
Check Investment Gores PE $1,195.75
Transfer Debit to BR Account # 101170128 $1,000.00

**February -**

DEBIT
Transfer Debit to BR Account # 101170128 $2,000.00

**March -**

DEBIT
Check Cash *Weber Malibu* $145,000.00
Check Cash *Guniganti* $77,853.10
Check Investment Gores PE $1,749.25
Check Investment Gores PE $8,625.00
Transfer Debit to BR Account # 101170128 $1,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $160,000.00

**April -**

DEBIT
Wire *Bellagio* $20,000.00
Transfer Debit to BR Account # 101170128 $1,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $77,853.10

**May -**

Exhibit 2

DEBIT
Transfer Debit to BR Account # 101170128 $1,000.00

CREDIT
Transfer Credit from RCM **Account # 112062882** $49,697.00

**June -**

DEBIT
Check Investment Gores PE $9,697.00
Check David Ruderman $5,000.00
Transfer Debit to BR Account # 101170128 $1,000.00

CREDIT
**Wire Brown $600,000.00**

**July -**

DEBIT
Check Meghan Parikh $600.00
Check Meghan Parikh $1,000.00
Transfer Debit to BR Account # 101170128 $1,600.00

CREDIT
**Wire Brown $2,117,622.44**
Deposit Distribution Gores PE $7,326.75

**August -**

DEBIT
Check Meghan Parikh $1,000.00
Transfer Debit to BR Account # 101170128 $5,000.00
Transfer Debit to RCP **Account # 112062882** $2,117,622.44

**September -**

DEBIT
Check Meghan Parikh $1,000.00
Transfer Debit to BR Account # 101170128 $2,000.00

**October -**

DEBIT
Check Meghan Parikh $1,000.00
Transfer Debit to BR Account # 101170128 $1,000.00

Exhibit 2

**November -**

DEBIT
Check Meghan Parikh $1,000.00

**December -**

DEBIT
Wire Ned Davis Research $20,000.00
Check Meghan Parikh $1,000.00
Check Meghan Parikh $1,000.00

## 2005

**January -**

DEBIT
Check Meghan Parikh $1,000.00
Check Meghan Parikh $1,400.00
Check Meghan Parikh $2,500.00

**February -**

DEBIT
Check *Malibu Weber* $50,000.00
Check Meghan Parikh $1,000.00
Check Meghan Parikh $750.00

**March -**

DEBIT
Check Meghan Parikh $2,000.00
Check Talon Ventures PE $3,356.20
Check Bryan Cave LLP $1,436.79

**April -**

DEBIT
Check Meghan Parikh $2,000.00

**May -**
DEBIT
Check Meghan Parikh $3,000.00

**June -**

Exhibit 2

DEBIT
Wire **JP MOBILE PE** $47,115.38
Check Meghan Parikh $2,500.00
Check Bryan Cave LLP $3,168.73

**July -**

DEBIT
Check Meghan Parikh $2,500.00
Check Dean Avedon CPA $4,085.00
Check Dean Avedon CPA $835.00
Check David Ruderman $4,000.00

CREDIT
*Deposit $48,317.73*

**August -**

DEBIT
Check Meghan Parikh $2,500.00
Transfer Debit to BR Account # 101170128 $2,000.00

**September -**

DEBIT
Transfer Debit to BR Account # 101170128 $5,000.00
Check Meghan Parikh $2,500.00
Check Meghan Parikh $2,500.00
Check David Ruderman $10,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $50,000.00

**October -**

CREDIT
Deposit *Security Deposit Malibu* $30,000.00
Transfer Credit from RCP **Account # 112062882** $20,000.00
Transfer Credit from BR Account # 101170128 $500.00

**November -**

CREDIT
Check David Ruderman $50,000.00
Check Anthony Brown $9,500.00

**Exhibit 2**

**December -**

**2006**

**January -**

DEBIT
Check Matt Ruderman $15,000.00

**February -**

**March -**

**April -**

DEBIT
Check Richard Katz $9,490.00
Check Dean Avedon CPA $1,335.00

CREDIT
Deposit Distribution Gores PE $13,934.01
Transfer Credit from RCP **Account # 112062882** $20,000.00

**May -**

CREDIT
Transfer Credit from RCP **Account # 112062882** $20,000.00

**June -**

CREDIT
Transfer Credit from RCP **Account # 112062882** $20,000.00

**July -**

DEBIT
Transfer Debit to BR Account # 101170128 $50,000.00

CREDIT
**Deposit KATZ $100,000.00**

**August -**

**September -**

DEBIT

Exhibit 2

*Houston Curtis $111,700.00*
*Tobey Maguire $48,500.00*

CREDIT
Transfer Credit from BR Account # 101170128 $25,000.00
Transfer Credit from RCPA **Account # 112499571** $100,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00

**October -**

DEBIT
*Ryan Wald $100,000.00*

CREDIT
Transfer Credit from BR Account # 101170128 $10,000.00
Transfer Credit from BR Account # 101170128 $20,000.00
Transfer Credit from RCP **Account # 112062882** $100,000.00

**November -**

DEBIT
Richard Katz $4,140.00
*Bosko Djordevic $27,300.00*

CREDIT
Transfer Credit from BR Account # 101170128 $1,000.00
Transfer Credit from BR Account # 101170128 $25,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00

**December -**

CREDIT
Transfer Credit from BR Account # 101170128 $10,000.00
Transfer Credit from BR Account # 101170128 $10,000.00

**2007**

**January -**

CREDIT
Transfer Credit from BR Account # 101170128 $10,000.00
Transfer Credit from BR Account # 101170128 $10,000.00
Transfer Credit from BR Account # 101170128 $5,000.00

**February -**

Exhibit 2

CREDIT
Deposit RCPA **Account #112499571** $100,000.00

**March -**

DEBIT
Transfer Debit to BR Account # 101170128 $10,000.00

CREDIT
Check David Ruderman $23,000.00

**April -**

**May -**

CREDIT
Transfer Credit from BR Account # 101170128 $20,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00

**June -**

CREDIT
Transfer Credit from BR Account # 101170128 $25,000.00

**July -**

CREDIT
Transfer Credit from BR Account # 101170128 $5,000.00
Transfer Credit from BR Account # 101170128 $10,000.00
Transfer Credit from RCP **Account # 112062882** $10,000.00

**August -**

DEBIT
Check Dean Avedon CPA $50,000.00

CREDIT
Transfer Credit from BR **Account # 101170128** $25,000.00
Transfer Credit from RCPA **Account # 112499571** $30,000.00
Transfer Credit from RCPA **Account # 112499571** $100,000.00

**September -**

DEBIT
Wire Ned Davis Research $20,000.00
Transfer Debit to BR Account # 101170128 $60,000.00

Exhibit 2

CREDIT
Transfer Credit from RCPA **Account # 112499571** $50,000.00

**October -**

**November -**

DEBIT
Check Anthony Brown $10,500.00
Transfer Debit to BR Account # 101170128 $10,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $50,000.00
Transfer Credit from RCP **Account # 112062882** $220,000.00
Transfer Credit from RCPA **Account # 112499571** $25,000.00

**December -**

DEBIT
Transfer Debit to BR Account # 101170128 $100,000.00
Transfer Debit to BR Account # 101170128 $100,000.00

**2008**

**January -**

DEBIT
*Check Larry Hahn $85,000.00*

CREDIT
Transfer Credit from RCP **Account # 112062882** $100,000.00

**February -**

DEBIT
Check Katz $10,320.00

**March -**

**April -**

**May -**

**June -**



Exhibit 2

DEBIT
Transfer Debit to BR Account #101170128 $20,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $30,000.00

**July -**

CREDIT
Transfer Credit from BR Account # 101170128 $10,000.00

**August -**

CREDIT
Transfer Credit from RCP **Account # 112062882** $24,000.00

**September -**

DEBIT
Check Meghan Parikh $10,000.00

**October -**

DEBIT
*Check Molly Bloom $80,000.00*

CREDIT
Transfer Credit from RCP **Account # 112062882** $100,000.00

**November -**

CREDIT
Transfer Credit from RCP **Account # 112062882** $5,000.00

**December -**

CREDIT
Transfer Credit from RCP **Account # 112062882** $5,000.00

**2009**

**January -**

CREDIT
Transfer Credit from BR Account # 101170128 $10,000.00

Exhibit 2

Transfer Credit from BR Account # 101170128 $10,000.00
Transfer Credit from RCP **Account # 112062882** $10,000.00

**February -**

CREDIT
Transfer Credit from BR Account # 101170128 $4,000.00
Transfer Credit from BR Account # 101170128 $5,000.00

Exhibit 2

Expenses/Transfers - **Bradley L. Ruderman** - City N

<u>2003</u>

**January -**

DEBIT
*Wire Bellagio $15,000.00*

CREDIT
Transfer Credit from RCM Account # 101849686 $12

**February -**

DEBIT
Wire Spear, Leeds, & Kellogg $100,000.00
Check Melissa Ruderman $1,000.00

CREDIT
*Deposit $2,009.41*
*Wire Bellagio $12,000.00*

**March -**

CREDIT
Transfer Credit from RCM Account # 101849686 $22.

**April -**

CREDIT
Transfer Credit from RCM Account # 101849686 $14.

**May -**

DEBIT
Transfer Debit to RCM Account # 101849686 $10,000

CREDIT
Wire Goldman Sachs $35,000.00
Check Received $1,750.00
Wire Goldman $15,000.00
Wire Goldman Sachs $5,000.00

**June -**

DEBIT

Exhibit 2

Transfer Debit to RCM Account # 101849686 $5,400.00
Transfer Debit to RCP **Account # 112062882** $15,500.00

CREDIT
Transfer Credit from RCM Account # 101849686 $12,200.00
Transfer Credit from RCP **Account # 112062882** $25,000.00
Wire Goldman Sachs $1,500.00
***Wire Bellagio $7,000.00***

**July -**

DEBIT
Transfer Debit to RCM Account # 101849686 $8,000.00

**August -**

DEBIT
Transfer Debit to RCM Account # 101849686 $2,000.00

CREDIT
Transfer Credit from RCM Account # 101849686 $5,000.00
Wire Goldman $22,000.00

**September -**

CREDIT
Transfer Credit from RCM Account # 101849686 $2,000.00

**October -**

**November-**

**December -**

<u>**2004**</u>

**January -**

CREDIT
Transfer Credit from RCM Account # 101849686 $1,000.00

**February -**

CREDIT
Transfer Credit from RCM Account # 101849686 $2,000.00

**Exhibit 2**

**100**

**March -**

CREDIT
Transfer Credit from RCM Account # 101849686 $1,000.00

**April -**

CREDIT
Transfer Credit from RCM Account # 101849686 $1,000.00

**May -**

CREDIT
Transfer Credit from RCM Account # 101849686 $1,000.00

**June -**

CREDIT
Transfer Credit from RCM Account # 101849686 $1,000.00

**July -**

CREDIT
Transfer Credit from RCM Account # 101849686 $1,600.00

**August -**

CREDIT
Transfer Credit from RCM Account # 101849686 $5,000.00

**September -**

CREDIT
Transfer Credit from RCM Account # 101849686 $2,000.00

**October -**

CREDIT
Transfer Credit from RCM Account # 101849686 $1,000.00

**November -**

CREDIT
Deposit *Security Deposit Malibu* $38,311.04

**December -**

Exhibit 2

## 2005

**January -**

DEBIT
*Wire Bellagio $25,000.00*
Check Meghan Parikh bonus $23,507.00

CREDIT
*Wire Bellagio $31,100.00*

**February -**

**March -**

**April -**

**May -**

**June -**

**July -**

DEBIT
Check Goldman Sachs $500.00

**August -**

CREDIT
Transfer Credit from RCM Account # 101849686 $2,000.00

**September -**

CREDIT
Transfer Credit from RCM Account # 101849686 $5,000.00

**October -**

DEBIT
Check Ruderman Capital Management $30,000.00
Transfer Debit to RCM Account # 101849686 $500.00
Deposit *Security Deposit Malibu* $41,543.71

**November -**

Exhibit 2

December -

**2006**

January -

February -

March -

April -

May -

June -

July -

DEBIT
**Wire Investment DB Alex Brown PE $115,000.00**
*Wire Jordan Bucky $20,000.00*
*Check Andrew Shack $20,000.00*
*Check Andrew Shack $10,000.00*
*Check Houston Curtis $30,000.00*

CREDIT
Transfer Credit from RCP **Account # 112062882** $200,000.00
Transfer Credit from RCM Account # 101849686 $50,000.00
*Deposit $7,117.55*
Deposit SEC Specialist Settlement $20,939.84

August -

September -

DEBIT
Transfer Debit to RCM Account # 101849686 $25,000.00

October -

DEBIT
Transfer Debit to RCPA **Account # 112499571** $20,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to RCM Account # 101849686 $20,000.00

November -

Exhibit 2

DEBIT
Transfer Debit to RCM Account # 101849686 $1,000.00
Transfer Debit to RCM Account # 101849686 $25,000.00

CREDIT
Deposit *Security Deposit Malibu* $42,044.14

**December -**

DEBIT
**Wire Investment DB Alex Brown PE $65,000.00**
Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00

Transfer Credit from RCPA **Account # 112499571** $100,000.00

**2007**

**January -**

DEBIT
Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to RCM Account # 101849686 $5,000.00

**February -**

DEBIT
Check Goldman Sachs $2,500.00

**March -**

DEBIT
**Wire Investment DB Alex Brown PE $65,622.00**
**Wire Investment DB Alex Brown PE $35,000.00**

CREDIT
Transfer Credit from RCM Account # 101849686 $10,000.00
Transfer Credit from RCPA **Account # 112499571** $100,000.00

**April -**

DEBIT
**Wire Investment DB Alex Brown PE $115,000.00**
Check Meghan Parikh $3,000.00



Exhibit 2

CREDIT
Transfer Credit from RCP **Account # 112062882** $110,000.00
*Deposit $51,000.00*

**May -**

DEBIT
*Wire Bellagio $50,000.00*
*Check Larry Hahn $25,000.00*
*Check Gabe Kaplan $62,000.00*
*Check Houston Curtis $100,000.00*
*Check Manny Lopez $25,500.00*
*Check Molly Bloom $10,500.00*
Transfer Debit to RCM Account # 101849686 $20,000.00

CREDIT
Transfer Credit from RCM **Account # 112499571** $10,000.00
Transfer Credit from RCM **Account # 112499571** $300,000.00
*Wire Bellagio Received $49,000.00*

**June -**

DEBIT
*Check Bosko Djordevic $16,000.00*
*Check John Brooks $28,000.00*
*Check Manny Lopez $5,300.00*
*Check Larry Hahn $10,000.00*
*Check Molly Bloom $6,100.00*
*Check Tobey Maguire $19,000.00*
*Check Many Lopez $2,400.00*
*Check Bosko Djordevic $90,000.00*
*Check Bob Safai $95,000.00*
*Check Larry Hahn $105,600.00*
*Check Bob Safai $94,000.00*
*Check Houston Curtis $50,000.00*
*Check Bob Safai $57,300.00*
*Check Houston Curtis $15,500.00*
*Check Molly Bloom $14,800.00*
Check Meghan Parikh $3,000.00
Transfer Debit to RCM Account # 101849686 $25,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $80,000.00
Transfer Credit from RCP **Account # 112062882** $200,000.00
Transfer Credit from RCP **Account # 112062882** $100,000.00

7                    Exhibit 2

*Deposit Received $164,781.24*
*Deposit Received $29,000.00*

**July -**

DEBIT
*Check Manny Lopez $12,400.00*
*Check Bob Safai $300,000.00*
*Check Molly Bloom $10,000.00*
*Check Tobey Maguire $110,000.00*
*Check Houston Curtis $200,000.00*
*Check Molly Bloom $50,000.00*
**Wire Investment DB Alex Brown PE $60,000.00**
Transfer Debit to RCM Account # 101849686 $5,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00

CREDIT
Transfer Credit from RCPA **Account # 112499571** $300,000.00
Transfer Credit from RCPA **Account # 112499571** $77,000.00
*Deposit Received $76,000.00*

**August -**

DEBIT
*Check Ryan Wald $90,000.00*
*Check Tobey Maguire $69,200.00*
*Check Bob Safai $99,300.00*
*Check Larry Hahn $29,000.00*
*Check Darin Feinstein $23,800.00*
*Check Molly Bloom $8,500.00*
*Check Manny Lopez $11,500.00*
*Check Nick Cassavetes $73,800.00*
*Check Chuck Pacheco $42,000.00*
*Check Larry Hahn $84,200.00*
Transfer Debit to RCM Account # 101849686 $25,000.00

CREDIT
Transfer Credit from RCPA **Account # 112499571** $100,000.00
Transfer Credit from RCPA **Account # 112499571** $300,000.00
*Deposit Received $104,000.00*

**September -**

DEBIT
*Check Dave Garden $65,300.00*
*Check Bosko Djordevic $57,300.00*



Exhibit 2

David Ruderman $6,000.00

CREDIT
Transfer Credit from RCM Account # 101849686 $60,000.00
Transfer Credit from RCM **Account # 112499571** $150,000.00
Transfer Credit from RCM **Account # 112499571** $50,000.00

**October -**

DEBIT
*Check Larry Hahn $80,000.00*
*Check Dave Garden $37,000.00*
*Check Molly Bloom $33,000.00*
*Check Bob Safai $47,000.00*
*Check Mike Baxter $32,000.00*
*Check Dave Garden $200,000.00*
**Wire Investment DB Alex Brown PE $69,958.00**

CREDIT
Transfer Credit from RCPA **Account # 112499571** $150,000.00
Transfer Credit from RCP **Account # 112062882** $150,000.00
Transfer Credit from RCP **Account # 112062882** $65,000.00
*Deposit Received $97,000.00*

**November -**

DEBIT
*Check Larry Hahn $105,000.00*
*Check Molly Bloom $37,000.00*
*Check Bosko Djordevic $60,000.00*
*Check Houston Curtis $212,500.00*
*Check John Brooks $71,000.00*
*Check Houston Curtis $52,000.00*
*Check Bob Safai $73,500.00*
*Check Molly Bloom $13,000.00*
*Check Manny Lopez $5,800.00*

CREDIT
Transfer Credit from RCPA **Account # 112499571** $322,000.00
Transfer Credit from RCPA **Account # 112499571** $85,000.00
Transfer Credit from RCPA **Account # 112499571** $18,000.00
Transfer Credit from RCP **Account # 112062882** $85,000.00
Transfer Credit from RCP **Account # 112062882** $3,000.00
Transfer Credit from RCP **Account # 112062882** $18,000.00
Transfer Credit from RCP **Account # 112062882** $150,000.00
Transfer Credit from RCM Account # 101849686 $10,000.00

Exhibit 2

**December -**

DEBIT
*Check Bob Safai $30,000.00*
*Check Dave Garden $47,000.00*
*Check Houston Curtis $30,000.00*
*Check Molly Bloom $19,900.00*
*Check Mike Baxter $62,000.00*
*Check John Brooks $45,000.00*
*Check Molly Bloom $15,600.00*
*Check Dave Garden $150,000.00*
Check David Ruderman Loan $25,000.00

CREDIT
Transfer Credit from RCM Account # 101849686 $100,000.00
Transfer Credit from RCM Account # 101849686 $100,000.00
Transfer Credit from RCP **Account # 112062882** $350,000.00

<u>**2008**</u>

**January -**

DEBIT
*Check Molly Bloom $100,000.00*
**Wire Investment DB $45,000.00**

CREDIT
Transfer Credit from RCP **Account # 112062882** $100,000.00

**February -**

DEBIT
Transfer Debit to RCM Account # 101849686 $50,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $50,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00

**March -**

DEBIT
*Check Houston Curtis $76,000.00*
*Check Tobey Maguire $26,000.00*
*Check Alec Gores $4,000.00*
*Check Kevin Washington $79,000.00*

Exhibit 2

*Check Alec Gores $60,300.00*
*Check Tobey Maguire $29,000.00*

Transfer Credit from RCP **Account # 112062882** $100,000.00
*Deposit Received $12,700.00*

**April -**

DEBIT
**Wire Investment DB Alex Brown PE $60,000.00**
*Check Bosko Djordevic $47,500.00*
*Check Bosko Djordevic $20,100.00*
*Check Rick Solomon $23,000.00*
*Check Tobey Maguire $28,000.00*
*Check Manny Lopez $9,300.00*
*Check Sara $10,000.00*
Check Matt Ruderman $50,000.00
Transfer Debit to RCPA **Account # 112499571** $11,000.00
Transfer Debit to RCP **Account # 112062882** $28,000.00

CREDIT
Transfer Credit from RCPA **Account # 112499571** $60,000.00
Transfer Credit from RCPA **Account # 112499571** $11,000.00
Transfer Credit from RCPA **Account # 112499571** $20,000.00
Transfer Credit from RCPA **Account # 112499571** $30,000.00
Transfer Credit from RCP **Account # 112062882** $20,000.00
Transfer Credit from RCP **Account # 112062882** $28,000.00
Transfer Credit from RCP **Account # 112062882** $100,000.00
Transfer Credit from RCP **Account # 112062882** $100,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00

**May -**

DEBIT
**Wire Investment DB Alex Brown PE $50,000.00**
*Check Kevin Washington $7,000.00*
*Check Kevin Washington $45,500.00*
*Check Tobey Maguire $30,000.00*
*Check Sara $40,000.00*
*Check Manny Lopez $10,500.00*
*Check Mike Baxter $26,000.00*
Check David Ruderman $10,000.00

CREDIT
*Deposit $44,700.00*

**Exhibit 2**

Transfer Credit from RCP **Account # 112062882** $50,000.00
Transfer Credit from RCP **Account # 112062882** $100,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00

**June -**

DEBIT
*Check Ryan Wald $67,000.00*
*Check Alec Gores $75,500.00*
*Check Molly Bloom $57,500.00*
*Check Molly Bloom $14,000.00*
*Check Andrew Sasson $100,000.00*
*Check Alec Gores $194,500.00*
*Check Molly Bloom $15,000.00*

CREDIT
*Deposit $5,040.80*
Transfer Credit from RCP **Account # 112062882** $170,000.00
Transfer Credit from RCP **Account # 112062882** $250,000.00
Transfer Credit from RCP **Account # 112062882** $100,000.00
Transfer Credit from RCM Account # 101849686 $20,000.00

**July -**

DEBIT
**Wire DB PE $35,025.00**
Transfer Debit to RCM Account # 101849686 $10,000.00
*Check Bob Safai $50,000.00*
*Check Sara $15,000.00*

CREDIT
*Deposit Received $67,000.00*
*Deposit Received $85,005.38*
Transfer Credit from RCP **Account # 112062882** $30,000.00

**August -**

DEBIT
*Check Cody Leible $74,200.00*
*Check Molly Bloom $41,000.00*

CREDIT
Transfer Credit from RCP **Account # 112062882** $75,000.00
Transfer Credit from RCP **Account # 112062882** $50,000.00

**September -**



Exhibit 2

DEBIT
*Check Sara $10,000.00*
**Wire DB PE $60,000.00**
Transfer Deposit to RCP **Account # 112062882** $60,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $60,000.00
Transfer Credit from RCP **Account # 112062882** $60,000.00
Transfer Credit from RCP **Account # 112062882** $10,000.00
Transfer Credit from RCP **Account # 112062882** $10,000.00

**October -**

**November -**

DEBIT
**Check David Ruderman $6,500.00**
**Check Melissa Ruderman $5,000.00**
*Check Dan Bilzerian $100,000.00*
*Check Molly Bloom $9,000.00*
*Check Molly Bloom $700.00*
Check Executive Car Leasing $30,000.00

CREDIT
Transfer Credit from RCP **Account # 112062882** $52,000.00
Transfer Credit from RCP **Account # 112062882** $15,000.00
Transfer Credit from RCP **Account # 112062882** $30,000.00
Transfer Credit from RCP **Account # 112062882** $5,000.00
Transfer Credit from RCPA **Account # 112499571** $100,000.00

**December -**

DEBIT
**Wire Investment DB PE $35,100.00**

CREDIT
Transfer Credit from RCP **Account # 112062882** $50,000.00

**2009**

**January -**

DEBIT
Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00

13

Exhibit 2

CREDIT
*Deposit Received $35,000.00*
Transfer Credit from RCP **Account # 112062882** $10,000.00

**February -**

DEBIT
Check Melissa Ruderman $3,000.00
Transfer Debit to RCM Account # 101849686 $4,000.00
Transfer Debit to RCM Account # 101849686 $5,000.00

**March -**

DEBIT
**Wire Koff $50,000.00**

CREDIT
*Deposit Received $60,000.00*
Transfer Credit from RCP **Account # 112062882** $5,000.00

Exhibit 2

**112**

Expenses/Transfers - **Ruderman Capital Partners, LLC** - City National Bank Account # **112062882**

## 2003

**March -**

DEBIT
Check California Department Of Corporations $150.00
Deposit $1,030,000.00 Spear Leeds Kellogg

CREDIT
Wire Rothbard $750,000.00
Transfer Credit from RCM Account # 101849686 $181,188.75

**April -**

DEBIT
Check California Secretary of State $20.00

**May -**

CREDIT
Wire Halpern $500,000.00

**June -**

DEBIT
Check Franchise Tax Board $800.00
Transfer Debit to BR Account # 101170128 $25,000.00

CREDIT
Transfer Credit from RCM Account # 101849686 $15,500.00
Wire Rothbard $750,000.00

**July -**

DEBIT
Deposit $120,000.00 Spear Leeds Kellogg
Transfer Debit to RCM Account # 101849686 $20,000.00

CREDIT
Wire Halpern $200,000.00

**August -**

Exhibit 2

DEBIT
Deposit $900,000.00 Spear Leeds Kellogg
Transfer Debit to RCM Account # 101849686 $35,000.00

**September -**

DEBIT
Transfer Debit to RCM Account # 101849686 $25,000.00

CREDIT
Wire Rothbard $350,000.00

**October -**

DEBIT
Transfer Debit to RCM Account # 101849686 $35,000.00
Transfer Debit to RCM Account # 101849686 $5,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00

**November -**

DEBIT
Transfer Debit to RCM Account # 101849686 $30,000.00

**December -**

DEBIT
Check **Guniganti** $206,920.05
Transfer Debit to RCM Account # 101849686 $20,000.00

## 2004

**January -**

DEBIT
Check Secretary of State $20.00
Check **Guniganti** $328,494.00

CREDIT
Wire Halpern $100,000.00
Wire Rothbard $850,000.00

**February -**

**March -**

Exhibit 2

**114**

DEBIT
Transfer Debit to RCM Account # 101849686 $160,000.00

**April -**

DEBIT
Deposit $1,000,000.00 Spear Leeds Kellogg
Transfer Debit to RCM Account # 101849686 $77,853.10

CREDIT
Wire Rothbard $400,000.00
Wire Parikh $250,000.00

**May-**

DEBIT
Check Dean Avedon CPA $962.50
Transfer Debit to RCM Account # 101849686 $49,697.00

**June -**

**July -**

DEBIT
Check **Guniganti** $180,020.00
Check **Guniganti** $180,020.00
Check Dean Avedon CPA $3,585.00

CREDIT
Wire Rothbard $250,000.00
Wire Katz $100,000.00
Wire Halpern $50,000.00

**August -**

DEBIT
Check United States Treasury $1,000.00
Check Franchise Tax Board $249.10

CREDIT
Transfer Credit from RCM Account # 101849686 $2,117,622.44

**September -**

DEBIT
Transfer Debit to RCM Account # 101849686 $20,000.00

3

Exhibit 2

Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to RCM Account # 101849686 $20,000.00

**October -**

DEBIT
Transfer Debit to RCM Account # 101849686 $20,000.00

CREDIT
Wire Rothbard $300,000.00

**November -**

DEBIT
Transfer Debit to RCM Account # 101849686 $50,000.00
Transfer Debit to RCM Account # 101849686 $50,000.00

**December -**
Wire Rothbard $600,000.00

<u>**2005**</u>

**January -**

DEBIT
Wire Brown $350,000.00
Wire **Anthony Brown PE distribution** $111,008.00
Wire $3,000,000.00 Goldman Sachs
Check **Guniganti** $328,494.00
Check Secretary of State $20.00

CREDIT
Wire Elins $2,000,000.00
Wire Friedman $500,000.00
Wire Katz $500,000.00
Wire Pacific Credit Corp $2,000,000.00
Wire Parikh $750,000.00

**February -**

**March -**

DEBIT
Wire *Malibu-Weber* $155,000.00

CREDIT

Exhibit 2

Wire $20,000.00

**April -**

**May -**

DEBIT
Check Dean Avedon CPA $962.50

**June -**

DEBIT
Wire *Monteverde PE* $12,050.00
Wire *Patel PE* $12,050.00

**July -**

DEBIT
Check Dean Avedon CPA $3,585.00
Check **Guniganti** $180,020.00
Check **Guniganti** $180,020.00
Check Katz $18,500.00
Wire Brown $50,000.00

**August -**

DEBIT
Check United States Treasury $1,000.00
Check Franchise Tax Board $249.10

**September -**

DEBIT
Wire Ned Davis Research $20,000.00
Transfer Debit to RCM Account # 101849686 $20,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to RCM Account # 101849686 $20,000.00

CREDIT
Wire Rothbard $350,000.00

**October -**

DEBIT
Wire Brown $475,000.00
Transfer Debit to RCM Account # 101849686 $20,000.00



Exhibit 2

CREDIT
Wire Malibu Trading $3,000,000.00
Wire Dhir $1,000,000.00

**November -**

DEBIT
Transfer Debit to RCM Account # 101849686 $50,000.00
Transfer Debit to RCM Account # 101849686 $50,000.00

**December -**

DEBIT
Wire *Monteverde PE* $21,011.00
Wire *Patel PE* $21,011.00
Wire **Guniganti** $1,000,000.00

CREDIT
Wire Koff $2,000,000.00

<u>**2006**</u>

**January -**

DEBIT
Wire Brown $110,000.00
Wire *Puskoor - Global Outlook PE* $100,000.00

**February -**

**March -**

DEBIT
Check *Malibu* $205,000.00
Wire **Guniganti** $1,000,000.00

**April -**

DEBIT
Wire Brown $100,000.00
Wire $400,000.00 Goldman Sachs
Wire $350,000.00 Goldman Sachs
Wire $250,000.00 Goldman Sachs
Wire $250,000.00 Goldman Sachs
Transfer Debit to RCM Account # 101849686 $20,000.00

Exhibit 2

CREDIT
Wire Friedman $250,000.00
Wire Banks $250,000.00
Wire Hillmann $750,000.00

**May -**

DEBIT
Wire $1,250,000.00 Goldman Sachs
Transfer Debit to RCM Account # 101849686 $20,000.00

**June -**

DEBIT
Wire $300,000.00 Goldman Sachs
Transfer Debit to RCM Account # 101849686 $20,000.00

CREDIT
Wire Pacific Credit Corp $2,000,000.00

**July -**

DEBIT
Wire Brown $250,000.00
Transfer Debit to BR Account # 101170128 $200,000.00

**August -**

DEBIT
Wire $200,000.00 Goldman Sachs
Wire Banks $250,000.00
Wire Dhir $800,000.00
Wire Elins $1,000,000.00
Wire Malibu Trading $2,000,000.00
Wire Gores $111,100.00

**September -**

DEBIT
Wire Hillmann $794,613.00
Wire Banks $8,764.00
Wire Dhir $358,341.00
Wire Elins $3,304,468.00
Wire Malibu Trading $1,484,464.00
Wire Ned Davis Research $20,000.00

7

Exhibit 2

Transfer Debit to RCM Account # 101849686 $50,000.00

CREDIT
Transfer Credit from RCPA Account # 112499571 $800,000.00

**October -**

DEBIT
**Wire *Baxter* $94,500.00**
Transfer Debit to RCM Account # 101849686 $100,000.00

CREDIT
Wire Katz $200,000.00
Wire Katz $85,000.00

**November -**

DEBIT
Transfer Debit to RCM Account # 101849686 $50,000.00

CREDIT
Deposit $50.13

**December -**

DEBIT
Check Secretary of State $20.00

<u>**2007**</u>

**January -**

DEBIT
Wire Koff $2,395,023.58

CREDIT
Wire Katz $45,000.00
Wire Rothbard $1,400,000.00

**February -**

**March -**

DEBIT
**Wire *Garden* $200,000.00**

8

Exhibit 2

CREDIT
Wire Katz $250,000.00

**April -**

DEBIT
Wire Brown $220,000.00
Transfer Debit to BR Account # 101170128 $110,000.00

CREDIT
Wire Parikh $1,500,000.00

**May -**

DEBIT
Check *Malibu* $225,000.00
Transfer Debit to RCM Account # 101849686 $50,000.00

**June -**

DEBIT
Transfer Debit to RCP Account # 101170128 $80,000.00
Transfer Debit to RCP Account # 101170128 $200,000.00
Transfer Debit to RCP Account # 101170128 $100,000.00

**July -**

DEBIT
Wire Brown $175,000.00
Wire Rothbard $250,000.00
Transfer Debit to BR Account # 101170128 $250,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00
Transfer Debit to BR Account # 101170128 $15,000.00

**August -**

**September -**

**October -**

DEBIT
Wire Rothbard $250,000.00
Wire Brown $191,000.00
Transfer Debit to BR Account # 101170128 $150,000.00
Transfer Debit to BR Account # 101170128 $65,000.00

9

Exhibit 2

CREDIT
Wire Katz $125,000.00
Wire Deposit $100,000.00 Goldman Sachs
Wire Deposit $100,000.00 Goldman Sachs
Wire Deposit $250,000.00 Goldman Sachs
Wire Deposit $191,000.00 Goldman Sachs

**November -**

DEBIT
Transfer Debit to BR Account # 101170128 $85,000.00
Transfer Debit to BR Account # 101170128 $3,000.00
Transfer Debit to BR Account # 101170128 $18,000.00
Transfer Debit to RCM Account # 101849686 $50,000.00
Transfer Debit to BR Account # 101170128 $150,000.00
Transfer Debit to RCM Account # 101849686 $220,000.00

CREDIT
Wire Deposit $220,000.00 Goldman Sachs
Wire Deposit $200,000.00 Goldman Sachs

**December -**

DEBIT
Check **Guniganti** $150,000.00
Transfer Debit to BR Account # 101170128 $350,000.00

CREDIT
Wire Deposit $125,000.00 Goldman Sachs
Wire Deposit $500,000.00 Goldman Sachs

## 2008

**January -**

DEBIT
Transfer Debit to BR Account # 101170128 $100,000.00
Transfer Debit to RCM Account # 101849686 $100,000.00
Wire Rothbard $250,000.00
Wire Brown $110,000.00

CREDIT
Transfer Credit from RCPA Account # 112499571 $200,000.00
Wire Deposit $110,000.00 Goldman Sachs
Wire Deposit $200,000.00 Goldman Sachs

ן0                                                    Exhibit 2

**February -**

DEBIT
Transfer Debit to BR Account # 101170128 $50,000.00
Transfer Debit to RCM Account # 101849686 $50,000.00
Transfer Debit to BR Account # 101170128 $50,000.00

CREDIT
Wire Deposit $100,000.00 Goldman Sachs
Wire Deposit $200,000.00 Goldman Sachs

**March -**

DEBIT
Wire Katz $200,000.00
Transfer Debit to BR Account # 101170128 $100,000.00

CREDIT
Wire Deposit $100,000.00 Goldman Sachs

**April -**

DEBIT
Wire Brown $300,000.00
Check Franchise Tax Board $800.00
Transfer Debit to BR Account # 101170128 $20,000.00
Transfer Debit to BR Account # 101170128 $28,000.00
Transfer Debit to BR Account # 101170128 $100,000.00
Transfer Debit to BR Account # 101170128 $100,000.00
Transfer Debit to BR Account # 101170128 $50,000.00
Transfer Debit to BR Account # 101170128 $50,000.00

CREDIT
Wire Guniganti $1,350,000.00
Transfer Credit from BR Account # 101170128 $28,000.00

**May -**

DEBIT
Check *Malibu* $170,000.00
Transfer Debit to BR Account # 101170128 $50,000.00
Transfer Debit to BR Account # 101170128 $100,000.00
Transfer Debit to BR Account # 101170128 $50,000.00

**June -**

*ll*

Exhibit 2

**123**

DEBIT
Transfer Debit to RCM Account # 101849686 $30,000.00
Transfer Debit to BR Account # 101170128 $170,000.00
Transfer Debit to BR Account # 101170128 $250,000.00
Transfer Debit to BR Account # 101170128 $100,000.00

CREDIT
Wire Deposit $200,000.00 Goldman Sachs
Wire Wald $500,000.00

**July -**

DEBIT
Wire Rothbard $500,000.00
Wire Brown $150,000.00
Transfer Debit to BR Account # 101170128 $30,000.00
Wire $200,000.00 Goldman Sachs
Wire $300,000.00 Goldman Sachs

CREDIT
Wire Abramson $400,000.00
Wire LMA $500,000.00

**August -**

DEBIT
Transfer Debit to RCM Account # 101849686 $24,000.00
Transfer Debit to BR Account # 101170128 $75,000.00
Transfer Debit to BR Account # 101170128 $50,000.00

**September -**

DEBIT
Transfer Debit to BR Account # 101170128 $60,000.00
Transfer Debit to BR Account # 101170128 $60,000.00
Transfer Debit to BR Account # 101170128 $10,000.00
Transfer Debit to BR Account # 101170128 $10,000.00
Transfer Debit to RCM Account # 101849686 $30,000.00
Wire $500,000.00 Goldman Sachs

CREDIT
Wire Rothbard $850,000.00
Transfer Credit from BR Account # 101170128 $60,000.00

**October -**

1 2

Exhibit 2

DEBIT
Transfer Debit to RCM Account # 101849686 $100,000.00
Wire $200,000.00 Goldman Sachs

CREDIT
Wire Deposit $200,000.00 Goldman Sachs

**November -**

DEBIT
Wire Brown $140,000.00
Check Secretary of State $20.00
Transfer Debit to BR Account # 101170128 $52,000.00
Transfer Debit to BR Account # 101170128 $15,000.00
Transfer Debit to BR Account # 101170128 $30,000.00
Transfer Debit to RCM Account # 101849686 $5,000.00
Transfer Debit to BR Account # 101170128 $5,000.00

CREDIT
Wire LMA $250,000.00

**December -**

DEBIT
Check Secretary of State $20.00
Wire Ned Davis Research $20,000.00
Transfer Debit to BR Account # 101170128 $50,000.00
Transfer Debit to RCM Account # 101849686 $5,000.00

**2009**

**January -**

DEBIT
Wire Rothbard $250,000.00
Wire Brown $25,000.00
Transfer Debit to BR Account # 101170128 $10,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00

CREDIT
Transfer Credit from RCPA Account # 112499571 $45,000.00
Wire Deposit $300,000.00 Goldman Sachs
Wire Deposit $500,000.00 Goldman Sachs

**February -**

13

Exhibit 2

**125**

**March -**

DEBIT
**Wire Koff $100,000.00**
Transfer Debit to RCM Account # 101849686 $1,500.00
Transfer Debit to BR Account # 101170128 $5,000.00
Transfer Debit to RCM Account # 101849686 $10,000.00

CREDIT
Wire Goldman Sachs $105,000.00

⅃ Ψ                                                    Exhibit 2

Expenses/Transfers - **Ruderman Capital Partners A, LLC** - City National Bank
Account # **112499571**

**2006**

**August -**

CREDIT
Wire Goldman Sachs $400,000.00

**September -**

DEBIT
Transfer Debit to RCM Account # 101849686 $100,000.00
Transfer Debit to RCP Account # 112062882 $800,000.00

CREDIT
Wire Goldman Sachs $100,000.00
Wire Goldman Sachs $800,000.00

**October -**

DEBIT
Wire **Guniganti** $1,000,000.00

CREDIT
Wire Goldman Sachs $590,000.00
Transfer Credit from BR Account # 101170128 $20,000.00

**November -**

DEBIT
Check Secretary of State $20.00
Check Secretary of State $20.00
Wire **Guniganti** $1,000,000.00

CREDIT
Wire Goldman Sachs $1,000,000.00

**December -**

DEBIT
Wire *Djordevic* **$100,000.00**
Transfer Debit to BR Account # 101170128 $100,000.00

CREDIT

Exhibit 2

Wire Goldman Sachs $100,000.00
Wire Goldman Sachs $100,000.00

## 2007

**January -**

DEBIT
Wire Anthony Brown $125,000.00
Check Ruderman Capital Partners $1,000,000.00

CREDIT
Wire Goldman Sachs $125,000.00
Wire Goldman Sachs $1,000,000.00

**February -**

DEBIT
**Wire *Kaplan* $142,000.00**
Check Ruderman Capital Partners $100,000.00

CREDIT
Wire Goldman Sachs $100,000.00
Wire Goldman Sachs $150,000.00

**March -**

DEBIT
Transfer Debit to BR Account # 101170128 $100,000.00

CREDIT
Wire Goldman Sachs $100,000.00

**April -**

**May -**

DEBIT
Transfer Debit to BR Account # 101170128 $300,000.00
Transfer Debit to BR Account # 101170128 $10,000.00

CREDIT
Wire Goldman Sachs $300,000.00

**June -**



Exhibit 2

**July -**

DEBIT
Transfer Debit to BR Account # 101170128 $300,000.00
Transfer Debit to BR Account # 101170128 $77,000.00

CREDIT
Wire Goldman Sachs $300,000.00
Wire Goldman Sachs $70,000.00

**August -**

DEBIT
Transfer Debit to RCM Account # 101849686 $30,000.00
Transfer Debit to BR Account # 101170128 $100,000.00
Transfer Debit to RCM Account # 101849686 $100,000.00
Transfer Debit to BR Account # 101170128 $300,000.00

CREDIT
Wire Goldman Sachs $130,000.00
Wire Goldman Sachs $400,000.00
Wire Goldman Sachs $150,000.00

**September -**

DEBIT
Transfer Debit to BR Account # 101170128 $150,000.00
Transfer Debit to RCM Account # 101849686 $50,000.00
Transfer Debit to BR Account # 101170128 $50,000.00

CREDIT
Wire Goldman Sachs $100,000.00

**October -**

DEBIT
Transfer Debit to BR Account # 101170128 $150,000.00

CREDIT
Wire Goldman Sachs $150,000.00

**November -**

DEBIT
Transfer Debit to RCM Account # 101849686 $25,000.00

3                                                    Exhibit 2

Transfer Debit to BR Account # 101170128 $322,000.00
Transfer Debit to BR Account # 101170128 $85,000.00
Transfer Debit to BR Account # 101170128 $18,000.00

CREDIT
Wire Goldman Sachs $450,000.00

**December -**

**2008**

**January -**

DEBIT
Wire Goldman Sachs $250,000.00
Transfer Debit to RCP Account # 112062882 $200,000.00

CREDIT
Wire Goldman Sachs $200,000.00
Wire Puskoor $270,000.00

**February -**

**March -**

CREDIT
Wire Goldman Sachs $65,000.00

**April -**

DEBIT
Check Franchise Tax Board $800.00
Transfer Debit to BR Account # 101170128 $60,000.00
Transfer Debit to BR Account # 101170128 $11,000.00
Transfer Debit to BR Account # 101170128 $20,000.00
Transfer Debit to BR Account # 101170128 $30,000.00

CREDIT
Wire Goldman Sachs $30,000.00
Transfer Credit from BR Account # 101170128 $11,000.00

**May -**

**June-**

**July-**

4                    Exhibit 2

**August -**

**September -**

**October -**

**November -**

DEBIT
Secretary of State $20.00
Transfer Debit to BR Account # 101170128 $100,000.00

CREDIT
Wire Goldman Sachs $100,000.00

**December -**

**2009**

**January -**

DEBIT
Transfer Debit to RCP Account # 112062882 $45,000.00

CREDIT
Wire Goldman Sachs $40,000.00

**February -**

**March -**

CREDIT
Wire Goldman Sachs $3,355.23

Exhibit 2