UNITED STATES v RUDERMAN
CR 09-0757 SVW

EXHIBIT 3

## ANCILLARY TRANSFERS OF INVESTOR FUNDS

**The ancillary transfer of investor funds by Bradley L. Ruderman and related entities are as follows:**

"ANCILLARY TRANSFERS OF INVESTOR FUNDS" is deemed to include investor funds that were incorrectly directed to individuals or entities. Of note, the recipients were investors in the related entities of Bradley L. Ruderman.

2003

December - **Prabhakar Guniganti** private equity distribution --- $74,694.96
December - **John Monteverde** private equity distribution --- $177,853.10
December - **Mukesh Patel** private equity distribution --- $177,853.10
December - **Prabhakar Guniganti** distribution --- $206,920.05

2004

January - **Prabhakar Guniganti** distribution --- $328,494.00
March - **Prabhakar Guniganti** private equity distribution --- $77,853.10
July - **Prabhakar Guniganti** distribution --- $180,020.00
July - **Prabhakar Guniganti** distribution --- $180,020.00

2005

January - **Prabhakar Guniganti** distribution --- $328,494.00
January - **Anthony Brown** private equity distribution --- $111,008.00
March - **Talon Ventures, LLC** --- $3,356.20
June - **John Monteverde** private equity distribution --- $12,050.00
June - **Mukesh Patel** private equity distribution --- $12,050.00
July - **Prabhakar Guniganti** distribution --- $180,020.00
July - **Prabhakar Guniganti** distribution --- $180,020.00
December - **John Monteverde** private equity distribution --- $21,011.00
December - **Mukesh Patel** private equity distribution --- $21,011.00
December - **Prabhakar Guniganti** distribution --- $1,000,000.00

2006

March - **Prabhakar Guniganti** distribution --- $1,000,000.00
October - **Prabhakar Guniganti** distribution --- $1,000,000.00
November - **Prabhakar Guniganti** distribution --- $1,000,000.00

2007

December - **Prabhakar Guniganti** distribution --- $150,000.00

1

Exhibit 3

2009

March - **Howard Koff** --- $50,000.00
March - **Howard Koff** --- $100,000.00

**TOTAL: $6,572,728.51**

Exhibit 3

2

# UNITED STATES v RUDERMAN
## CR 09-0757 SVW

## EXHIBIT 4

Rudeman
Govt Into's

①

Govt Into 5/15/09
Ronee Katzenstein
Cheryl Murphy
Agt Jeremy

- advised of rights

- 818 730 2465  Rabil
- Deutch Bank — locatus of
  private equity / investment
  are questionance
- Sept 08 ntolerant $725,198
- But don't trade equit in
  secondary market
- Private equity investment: Made
  w Deutch bank or morgan,
  Carlisle group, various funds
  1 real estate fund, 1 infrastructure
  fund, 1 asia growth
  If want to seek they
  have careful roles —
  don't invest all at
  once

Call
When —
FBI will—
take
computer

Exhibit 4

134

- Invested in these 3 —
they gave presentations. You
subscribe.
- Check from my personal acct
but for benefit of
partners
- If capital call came, wrote
them a personal [check]
Would not say that but
was for partner
- Total commitment 500 K
for each = 1.5 mill
- Harold Born - partner - Cent City
were at [Peretsch] bank
- They did trades
- Acct 7 acct placed +
withdrawn
- Not sure what brokers did —
out in November -
if not there would be at
UBS

Exhibit 4

135

- other private equity investors

  - Gores Group - 2 funds
  1495.75    1749.25    8625   /7K
  - Careers got me out
    of funds

- There were by me

- DIR of one or Preserva Capital
    Management

- No other involvement w Gores
    after ~~2004~~ 2006 - April

  - 2 out of Red Cp Managent
  & personal - Dayakar Puskoor -
  he is principle of these 2
  Co's - JP Mobile is 1
  entity

- Dayakar raising capital
- Can get names of other company -
  Dayakar changed name
- Became shareholder

Exhibit 4

(4)

- 47K into 2nd to pnt
- Got 48 K back on JP Mahib
- No idea value of 2nd one
- Global Outlook 100 K
- I am shareholder aut of BEP - .106
- I have are all the private equity in that tm
- Upshot - 2009
- Argued for fractions of investment
- Set up LLC & made investment thru Talos Venture
- Pooled $
- There was either 1 or 2
- Talos set up to invest in Upshot
- Made distribution
- Did not send statements
- There people pressure me &
- told them was afraid ...

Exhibit 4

- Each created 250 K
- People got $ that shall not have
- This was before RCP
- Patel, Montaverte, Subramta — Che was a partner also
- Point of fear was they would come after me & had thre actin in 2008
- Never got anything for this
- Paid them out of RCM
- Gambling:
  - 2003 — moment gambling at Casinos
  - 2004 - 2005 — voltus
  - 2006 — got crazy — met Molly Bloom — had mutual friend — brother & Cantor

Exhibit 4

138

- Sumner Jooss - at have
- Nile had Malibu have day the
  beach
- Met Molly who → havers
- I played at game Nile have
  8 players
- Molly is cleaning have
- Molly brought up professional
  dealers + table
- She kept schedule +
  she was the bank
- when lost wrote check
  to players at the Molly
- Text message from Molly
  what said of who to
  write check to
- Molly had Michelle as a
  runner
- Dealer Manny Lopez
  at game used Michele +
  sometime 1 other
  helper

Exhibit 4

⑦

- Molly very aggressive to
  get fund to keep
  playing

- when more get busy
  Molly got 40
  eg if buy 50k she
  gave to player 49,200

- Told Molly problem 20k
  per week

- 90% of games at
  Pair/Seasons in a
  suite

Exhibit 4

# UNITED STATES v RUDERMAN
## CR 09-0757 SVW

## EXHIBIT 5

## CHINATEL GROUP INC. (CHTL)

CHTL, headquartered in Irvine, CA, formed through various acquisitions, is engaged in the business of delivering wireless broadband services, telecommunications infrastructure, and internet technologies in the Peoples Republic of China (PRC). RCP and RCPA are investors in the company. The following is a depiction of the events that led to the entities initial investment in the company, as well as events after commencing the investment. Please note that dates within the timeline are approximate and that all trading records exist and are available at Goldman Sachs.

- **Timeline of events concerning investment**

In early May of 2008, an investor in CHTL, Kevin Washington, approached me unsolicited via telephone concerning my interest in making a potential investment in the company. At that moment, Mr. Washington revealed he was a substantial investor (I recall he mentioned a holding approximately 2,000,000-3,000,000 shares).

As a fiduciary and fund manager, it is my responsibility to, at a minimum, be available (without prejudice) for a company presentation, as long as it adheres to the fund mandate of capital appreciation and a potential for meaningful risk-adjusted returns. Importantly, I submit unequivocally that prior to the conversation with Mr. Washington, I had never heard of CHTL, its business or management team.

I agreed to take a conference call with Mr. Washington and a corporate finance professional at Knight (NITE) Securities. Prior to the meeting, I received (unsolicited) a presentation from (NITE) outlining various economic projections about the macroeconomics of the projected addressed market of CHTL services, and the specific projected impact to CHTL cash flow and earnings stream. The projections from NITE projected results that would have, at worst, resulted in a return three times that of the market value of CHTL.

*It is here I want to introduce the fact that daily trading volume in CHTL began to surge. Specifically, in the prior four weeks to my introduction of the company, daily trading volume did not exceed 100,000 shares (approximately averaging 75,000 shares). As May commenced, volume began to surge. I submit that a personal associate of Mr. Washington, Jaime King (Vancouver, Canada and close personal friend of Mr. Washington) began to "cross" shares of CHTL common stock between his various investment entities. The purpose was to represent "activity" to drive interest in a security where little, if any, liquidity presently existed. This submission was later admitted to by Mr. Washington, and verifiable by the trading records of Mr. King's broker UBS).*

After the conference call, Mr. Washington proceeded to inform me of the roster of investors in CHTL, arranging telephone conference calls to confirm the alleged positive outlook presented in our prior dialogue. Importantly, he educated me on the pending CHTL merger with Trussnet USA. CHTL would merge with Trussnet, subsequently

**Exhibit 5**

signing an agreement with a Wholly Owned Foreign Enterprise (WOFE) to acquire a 49% interest in Chinacomm Ltd. of the PRC. The significance of the merger was profound: Trussnet (biography on the company website www.chinatelgroup.com) was to bring depth of management and, most importantly, ability to secure financial resources to meet corporate capital expenditure requirements.

In the days ahead Mr. Washington, and other investors he placed in my contact, would discuss a potential investment in CHTL by Carlos Slim. As CHTL was in the market place attempting to secure equity financing this anecdote carried substantial significance. Mr. Slim (at the time recognized as the wealthiest man in the world by Forbes Magazine) built his massive wealth principally in the telecommunications industry through controlling stakes in Telephonos De Mexico (TMX), the largest telecom company in Mexico, and American Movil, the largest mobile telecommunications provider in Latin America. Any participation by Mr. Slim, an investor with recognized expertise in the industry, in a company as small as CHTL would constitute an unambiguous positive and material event. *As Mr. Slim was not an investor, never became an investor, nor intended to be so, this qualifies as a material misrepresentation.*

Mr. Washington then proceeded to invite me to a "closing dinner", held at what is now Nona Restaurant on Sunset Boulevard, on the border of Beverly Hills and Los Angeles. The dinner, attended by approximately 20-30 people comprised the senior executives of Trussnet (including the CEO, George Alvarez) and key employees of CHTL. Also in attendance: Mr. Washington, Mr. King, and another large CHTL investor, Jason Sugarman. Topical conversation included status of the already publicly disclosed capital raise by CHTL.

Upon this event, RCP and RCPA commenced accumulation of shares in CHTL. Mr. Washington placed significant emphasis on the timing: there was a large seller in the marketplace, and RCP and RCPA would be able to acquire a position efficiently without moving the market to high (the result would be to acquire at an unsustainable and inflated price per share). It was here where Mr. Washington placed numerous calls to my office during business hours and on my mobile phone at night expressing an enormous sense of urgency to act.

In the immediate aftermath of the accumulation of our stake, daily trading volume of CHTL began to dissipate, and the share price sagged. It was here I began my own market intelligence (using Bloomberg and other sources) and discovered some disturbing facts, chiefly: the shares purchased by RCP and RCPA were supplied by none other than Mr. Washington and Mr. King (Mr. Sugarman may also have participated, though I cannot confirm). Alarmed as to the consequences of our investment, I confronted Mr. Washington who, shockingly, admitted to the aforementioned course of events (his admission was done via telephone, mobile phone, and text). He further (and repeatedly through my investment) suggested he would compensate me for any monetary damages caused by his fraud. As Mr. Washington's father, Dennis, ranked #88 on the Forbes 400, I was satisfied by his claims playing ability. *Stated simply, an unsolicited call by Mr.*

Exhibit 5

*Washington (a person of whom I had little, if any personal contact) resulted in a scripted and orchestrated scheme to defraud.*

At this turn, I contacted George Alvarez, CEO of CHTL. Mr. Alvarez assured me that while he had a relationship with Mr. Washington and Mr. King, he had no knowledge into the aforementioned transactions. He instructed me to exert "patience" as he deemed company fundamentals solid and the outlook substantial, all this despite the uninterrupted share price plunge and lack of fresh equity financing.

*During this period, and in the months ahead, Mr. King (confirmed) and Mr. Sugarman (unconfirmed) continued too pressure the market with more shares for sale. (I had learned Mr. Sugarman's brother was a hedge fund manager, yet did not have any known holdings of CHTL, which I found rather curious). In addition, our later research disclosed that Mr. King has been a frequent early investor and participant in reverse-mergers, commonly referred to as "shell companies".*

Dialogue continued uninterrupted with Mr. Washington, as he continued to attempt appeasement. He briefed me on numerous occasions that Tobin Smith, CEO of Changewave Investing, and since 2000 the contributing market analyst for the Fox News Channel was going to produce a presentation both in his news letter and on-air. *As Mr. Smith did not produce a report, never produced a report, nor intended to do so, this qualifies as a material misrepresentation.*

Mr. Washington next introduced me via telephone to Matthew Jennings, principal of Westmoore Capital Group, LLC, a beneficial owner (over 10%) of CHTL. Like other investors prior, Mr. Jennings espoused the fundamental virtues of CHTL. Unlike the other prior investors, he was the only known incremental buyer of CHTL shares during this period (that said, in a private transaction, he was able to acquire 4,650,000 shares at $1.00 per share, or approximately 50% below market value). *Importantly, Mr. Jennings revealed to me, he personally provided bridge financing to CHTL, as the company (void of the promised equity financing) struggled to comply with basic expenditures. This desperate state of company finances was never disclosed by CHTL management despite repeated assurances to the contrary.*

Eventually, shares retreated to the current market price (at this writing) of $0.36, or a loss of approximately 87% from the average purchase price of RCP and RCPA. The equity financing, promised beginning May 2008, eventually was placed in March 2009 at prices so punitive that common shareholders would suffer such massive dilution as to render any previous (as it turns out erroneous and misleading) corporate projections specious at best. The running total exposure to RCP and RCPA is approximately $3,000,000.00, or nearly 10% of the net capital contributions by members over the period 2003-2009.

This sorry and despicable sequence of events must not be rendered insignificant. This was a choreographed attempt to identify a large pool of capital (RCP & RCPA) to provide investment, mislead and materially misrepresent said investor, all in the interest of securing a liquidity event for earlier investors in the "shell company". This egregious

Exhibit 5

fraud was nothing more than an elementary "pump-and-dump", a scheme which caused significant monetary damage. Furthermore, while I cannot confirm, I believe there is a broad lineage of perpetrators here. If overlooked and unchecked by the regulating agencies and respective legal authorities, that outcome would be a disappointing event.

Exhibit 5

# UNITED STATES v RUDERMAN
## CR 09-0757 SVW

## EXHIBIT 6

## MEMBER INVESTMENTS (REDEMPTIONS)

The following represents member investments and redemptions in Ruderman Capital Partners, LLC and Ruderman Capital Partners A, LLC. The total for each member indicates their respective net investment in the Fund.

### RUDERMAN CAPITAL PARTNERS, LLC

ANTHONY BROWN REVOCABLE TRUST

07/02/2002 $500,000.00**approximate +/- $200,000.00
01/01/2004 $635,139.00
07/01/2004 $600,000.00
10/01/2004 $2,016,950.00
01/01/2005 ($350,000.00)
04/01/2005 $20,000.00
07/01/2005 ($50,000.00)
10/01/2005 ($475,000.00)
01/01/2006 ($110,000.00)
04/01/2006 ($100,000.00)
07/01/2006 ($250,000.00)
04/01/2007 ($220,000.00)
07/01/2007 ($175,000.00)
10/01/2007 ($191,000.00)
01/01/2008 ($110,000.00)
04/01/2008 ($300,000.00)
07/01/2008 ($150,000.00)
10/01/2008 ($140,000.00)
01/01/2009 ($140,000.00)
**TOTAL: $1,011,089.00**

RICHARD KATZ & NANCY KATZ TRUST

00/00/2002 $500,000.00**approximate +/- $200,000.00
01/01/2003 $250,000.00
07/01/2004 $100,000.00
10/01/2004 $100,000.00
01/01/2005 $500,000.00
07/01/2005 ($18,500.00)
01/01/2006 ($534,226.00)
10/01/2006 $285,000.00
01/01/2007 $195,000.00
01/01/2008 ($200,000.00)
07/01/2008 ($449,517.00)
**TOTAL: $727,757.00**

Exhibit 6

1

ROTHBARD DIVERSIFIED L.P.

04/01/2003 $750,000.00
07/01/2003 $750,000.00
10/01/2003 $350,000.00
01/01/2004 $850,000.00
04/01/2004 $400,000.00
07/01/2004 $250,000.00
10/01/2004 $300,000.00
01/01/2005 $600,000.00
10/01/2005 $350,000.00
01/01/2007 $1,400,000.00
07/01/2007 ($250,000.00)
10/01/2007 ($250,000.00)
01/01/2008 ($250,000.00)
07/01/2008 ($500,000.00)
09/01/2008 $850,000.00
01/01/2009 ($500,000.00)
**TOTAL: $5,100,000.00**

IRA HALPERN FAMILY TRUST

01/01/2003 $600,000.00
07/01/2003 $500,000.00
01/01/2004 $100,000.00
07/01/2004 $50,000.00
**TOTAL: $1,250,000.00**

IRA HALPERN & SUSAN HALPERN FAMILY TRUST

07/01/2003 $200,000.00
**TOTAL: $200,000.00**

PARIKH LIVING TRUST

04/01/2004 $250,000.00
01/01/2005 $750,000.00
04/01/2007 $1,500,000.00
**TOTAL: $2,500,000.00**

ELINS FAMILY TRUST

07/01/2004 $1,000,000.00
01/01/2005 $2,000,000.00
08/01/2006 ($1,000,000.00)
09/01/2006 ($3,304,468.00)

Exhibit 6

**TOTAL: ($1,304,468.00)**

FRIEDMAN FAMILY TRUST

01/01/2005 $500,000.00
04/01/2006 $250,000.00
**TOTAL: $750,000.00**

PACIFIC CREDIT CORP

01/01/2005 $2,000,000.00
07/01/2006 $2,000,000.00
**TOTAL: $4,000,000.00**

DHIR FAMILY TRUST

10/01/2005 $1,000,000.00
08/01/2006 ($800,000.00)
09/01/2006 ($358,341.00)
**TOTAL: ($158,341.00)**

MALIBU TRADING & INVESTING L.P.

10/01/2005 $3,000,000.00
08/01/2006 ($2,000,000.00)
09/01/2006 ($1,484,464.00)
**TOTAL: ($484,464.00)**

KATZ TRUST DTD 2006

01/01/2006 $534,226.00
01/01/2006 $100,000.00
07/01/2006 $100,000.00
04/01/2007 $250,000.00
10/01 2007 $125,000.00
**TOTAL: $1,109,226.00**

KOFF LIVING TRUST

01/01/2006 $2,000,000.00
12/31/2006 ($2,395,024.00)
**TOTAL: ($395,024.00)**

HILLMANN REVOCABLE TRUST

04/01/2006 $750,000.00

Exhibit 6

09/01/2006 ($794,613.00)
**TOTAL: ($44,613.00)**

BANKS JT

04/01/2006 $250,000.00
08/01/2006 ($258,764.00)
**TOTAL: ($8,764.00)**

GUNIGANTI SECURITIES LTD

04/01/2008 $1,350,000.00
**TOTAL: $1,350,000.00**

AUSTIN KATZ

07/01/2008 $449,517.00
**TOTAL: $449,517.00**

RYAN WALD

07/01/2008 $500,000.00
**TOTAL: $500,000.00**

LMA 7 LTD

07/01/2008 $500,000.00
10/01/2008 $250,000.00
**TOTAL: $750,000.00**

LAURENCE ABRAMSON LIVING TRUST

07/01/2008 $400,000.00
**TOTAL: $400,000.00**

DAYAKAR PUSKOOR

07/01/2008 $280,000.00
**TOTAL: $280,000.00**

BIRDIE ONE

01/01/2009 $250,000.00
**TOTAL: $250,000.00**

EAGLE ONE

4

Exhibit 6

01/01/2009 $250,000.00
**TOTAL: $250,000.00**

ALAN ABRAMSON LIVING TRUST

01/01/2009 $500,000.00
**TOTAL: $500,000.00**

**RUDERMAN CAPITAL PARTNERS –**
**TOTAL MEMBER INVESTMENT, LESS (MEMBER REDEMPTION):**
**$18,981,915.00**

**RUDERMAN CAPITAL PARTNERS A, LLC**

RICHARD ROTHBARD IRA

10/01/2005 $1,944,129.00
04/01/2006 $220,771.00
**TOTAL: $2,164,900.00**

TODD FIGI IRA

04/01/2006 $1,016,988.00
09/01/2006 ($1,074,790.00)
**TOTAL: ($57,802.00)**

PRABHAKAR GUNIGANTI IRA

01/01/2007 $750,000.00
**TOTAL: $750,000.00**

RICHARD KATZ IRA

01/01/2007 $1,100,000.00
04/01/2008 $690,000.00
10/01/2008 $450,000.00
**TOTAL: $2,240,000.00**

IRA HALPERN IRA

07/01/2007 $499,895.00
07/01/2008 $230,000.00
**TOTAL: $729,895.00**

LAURENCE ABRAMSON

5

Exhibit 6

07/01/2008 $100,000.00
**TOTAL: $100,000.00**

DAYAKAR PUSKOOR

07/01/2008 $223,465.00
**TOTAL: $223,465.00**

**RUDERMAN CAPITAL PARTNERS A, LLC -**
**TOTAL MEMBER INVESTMENT, LESS (MEMBER REDEMPTION):**
**$6,150,458.00**


**TOTAL MEMBER INVESTMENT, LESS (MEMBER REDEMPTION):**
**$25,132,373.00**

6

Exhibit 6

**150**

UNITED STATES v RUDERMAN
CR 09-0757 SVW

EXHIBIT 7

## INVESTMENT PERFORMANCE OF INVESTOR FUNDS

**The Investment Performance of investor funds by Bradley L. Ruderman and related entities are as follows:**

"Investment Performance" is deemed to include the profit and loss (P&L) from all securities trading at brokerage, plus private equity investment. With respect to private equity investments, **"TOTAL"** represents either the liquidated P&L or assessed value.

INVESTMENT P&L - BROKERAGE

### BRADLEY L. RUDERMAN

Goldman Sachs - Account # 76T1
2003 - ($18,546.88)
2004 - $0.00
2005 - ($308.56)
2006 - $0.00
2007 - ($2,593.80)
2008 - $0.00

**TOTAL: ($21,449.24)**

### RUDERMAN CAPITAL MANAGEMENT, LLC

Goldman Sachs - Account # 7L6D
2003 - ($56,869.73)
2004 - ($488.06)
2005 - ($281.13)
2006 - ($38.79)
2007 - $6.02
2008 - ($16.25)

**TOTAL: ($57,687.94)**

### RUDERMAN CAPITAL PARTNERS, LLC

Goldman Sachs - Account # 75VY
2003 - ($72,146.14)
2004 - $527,574.12
2005 - ($1,105,479.37)
2006 - ($2,253,515.40)
2007 - $829,043.49
2008 - ($3,033,281.01)

**TOTAL: ($5,107,804.31)**

Exhibit 7

1

**RUDERMAN CAPITAL PARTNERS A, LLC**

<u>Goldman Sachs - Account # 4MS5</u>
2005 - $0.00
2006 - $4,939,101.48
2007 - ($2,672,852.44)
2008 - ($1,943,117.14)

**TOTAL: $323,131.90**

<u>INVESTMENT P&L - PRIVATE EQUITY</u>

<u>Gores Funds - Various (Fully Liquidated)</u>
2004 - Committed Capital $21,267.00
2004 - Distribution $7,326.75
2006 - Distribution $13,934.01

**TOTAL: ($6.24)**

<u>JP Mobile, Inc. - Direct Investment</u>
2005 - Committed Capital $47,115.38

**TOTAL: ($47,115.38)**

<u>Global Outlook, Inc. - Direct Investment</u>
2006 - Committed Capital $100,000.00

**TOTAL: ($100,000.00)**

<u>Deutsche Bank Proprietary Funds - Various</u>
2006 - Committed Capital $115,000.00
2006 - Committed Capital $65,000.00
2007 - Committed Capital $65,622.00
2007 - Committed Capital $35,000.00
2007 - Committed Capital $115,000.00
2007 - Committed Capital $60,000.00
2007 - Committed Capital $69,958.00
2008 - Committed Capital $45,000.00
2008 - Committed Capital $60,000.00
2008 - Committed Capital $50,000.00
2008 - Committed Capital $35,025.00
2008 - Committed Capital $60,000.00
2008 - Committed Capital $35,100.00

**TOTAL: ($85,507.00)**

2

Exhibit 7

UNITED STATES v RUDERMAN
CR 09-0757 SVW

EXHIBIT 8

## PERSONAL USE OF INVESTOR FUNDS

**The personal use of investor funds by Bradley L. Ruderman and related entities are as follows:**

"PERSONAL USE OF INVESTOR FUNDS" is deemed to include personal, medical and related, automotive, and legitimate business activities.

Given the time sensitivity, the reporting of each line-item expense (i.e.: meals, general merchandise, utilities) is not possible, though records are available of all executed checks, wires, and credit card transactions for all entities. Alas, while this is not representative of a complete personal usage of investor funds, it is, nonetheless, a forthright assessment for the period 2003-present **by Bradley L. Ruderman and related entities**.

Credit Cards
American Express --- $800,483.52
Citi Card --- $66,000.00
MBNA (Bank of America) --- $30,000.00
(Of the aforementioned credit card expenses, $135,456.00 is attributable to charities).

Checks/Wires
Rent - Residence --- $300,000.00
Rent - Business --- $52,500.00
Housekeeping - Elizabeth Hernandez --- $145,600.00
Automotive - Purchase --- $60,000.00
Automotive - Lease --- $179,925.00
Automotive - Insurance --- $45,000.00
Rent - Malibu (Net Security Deposits) --- $798,101.11
Loan - Sara Wharton --- $75,000.00
Gambling - Net --- $5,213,427.89
Sporting Events - Additional Tickets --- $53,930.00
Cash - Checks to Cash Withdrawals --- $327,600.00
Professional Services - Legal & Accounting --- $72,650.52
Investment Research Subscriptions - Business --- $180,000.00
Family - David Ruderman - Loan Repayment --- $184,500.00
Family - Melissa Ruderman --- $9,000.00
Family - Matt Ruderman --- $65,000.00

**TOTAL: $8,658,718.04**

Exhibit 8

1

# UNITED STATES v RUDERMAN
## CR 09-0757 SVW

## EXHIBIT 9



Nancy Mishkin
Chairman of the Board

Harriet Rossetto
Chief Executive Officer

Elaine Breslow
Administrative Director

Rabbi Mark Borovitz

Faina Geller
Chief Financial Officer

Warren Breslow
Chairman Emeritus

*BOARD MEMBERS*

Donald J. Berghoff
Lynn Bider
Emily Corleto
Jon Esformes
Mel Gagerman
Bob Gluckstein
Carolyn Guld
Brimlell Gortlieb
Salli Harris
Dr. Susan Krevoy
Diane Licht
Virginia Maas
Donald S. Passman
Ed Prayer
Joan Prayer
Heidi Praw
Dr. Bill Resnick
Jan Rosen
David Ruderman
Richard Schulman
Annette Shapiro
Ronnie Stabler
Dr. Howard Wallach
Hal Wiseman

*HONORARY
BOARD MEMBERS*

Sheldon Appel
Blair Belcher
Robert Felixson
Herb Gelfand
Shelley Kneck
Chuck Maltz
Cheri Morgan
Mike Nissenson
Craig Taubman
Greg Vilkin

THE
JEWISH
FEDERATION

*Beit T'Shuvah is a constituent
agency of The Jewish Federation*

14 May 2009

Presiding Judge
United States District Court
Edward R Roybal Federal Building
255 E Temple St
Los Angeles, CA 90012

Re: Bradley Ruderman

Your Honor,

Please allow this letter to verify that Bradley Ruderman is a resident in the Beit T'Shuvah program. Mr. Ruderman entered the program on April 28, 2009.

Beit T'Shuvah was established in 1986 as a response for the need to assist Jewish men and women who had lost their moral, ethical, and spiritual compasses. For the past 22 years Beit T'Shuvah has been assisting the Criminal Justice System by providing forensic counseling, rehabilitation, and evaluation services to legal offenders of the Jewish faith. We have frequently provided alternatives to incarceration, when appropriate, that meets both the protective needs of society and the rehabilitative needs of the offender.

The Court should also be aware that Beit T'Shuvah has worked with the Los Angeles County Superior Court in providing alternatives for offenders facing serious charges and extensive amounts of time incarcerated. Because we take our obligation to the courts very seriously, and because we have proven to demonstrate numerous successes in such cases, we have become respected and trusted within the Los Angeles Criminal Justice System as an often suitable alternative in cases that might appear, at first glance, unsuitable for consideration of an alternative to incarceration.

Beit T'Shuvah is a long-term residential facility. It is a drug free environment that combines group and individual therapy, 12-step recovery participation, and Judaism to facilitate abstinence from a variety of addictive, compulsive, and criminal behaviors. We provide a range of services that includes substance abuse treatment, criminal offender rehabilitation, psychological assessment and counseling, vocational rehabilitation, and spiritual counseling. Our primary purpose is to assist Jewish criminal offenders in reestablishing themselves as productive and proactive members of society.

- 1 -

Exhibit 9

154


**Beit T'Shuvah**

The program is highly structured. Residents are under 24-hour supervision, and for a minimum of 90 days that an individual is in the program they do not leave the facility unsupervised. Residents participate in groups, individual counseling, 12-step meetings, religious services, and classes in Jewish ethical and spiritual values. After the initial restriction period, residents are gradually given more responsibility and freedom based on their progress in the program. Residents are tested regularly for the presence of drugs and alcohol. Additionally, it is Beit T'Shuvah policy to notify the Court and/or probation immediately upon any violations of program rules or requirements. We also provide progress reports to the Court, as requested.

In addition to the primary care program, Beit T'Shuvah offers sober and independent living levels of care. Once residents have established themselves in permanent employment, they can transition to the sober living program. Sober living offers residents the opportunity to remain connected to the Beit T'Shuvah recovering community as they become accustomed to working and functioning within the community at large. Independent living is the final stage of the program, and for those residents who have demonstrated the responsibility and growth that indicates they are ready for life outside of the treatment milieu, yet who want to maintain their connection to the Beit T'Shuvah community by continuing to reside on campus. These levels of care allow staff to continue to monitor residents' behavior and to offer assistance with recovery and integration as needed.

Respectfully Submitted,

Phillip Hamburger
Assistant Alternative Sentencing Coordinator

- 2 -

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034 . Ph 310.204.5200 . Fax 310.204.8908 . Email:info@beittshuvahla.org

Exhibit 9