# UNITED STATES v RUDERMAN
## CR 09-0757 SVW

## EXHIBIT 10

# Beit T'Shuvah

*Returning lost Jewish Souls to themselves, their families and God.*



*Providing emotional and spiritual healing in a
Jewish context, to individuals and families afflicted
with addictive and behavioral disorders.*

Exhibit 10





# 10 Steps to Prevention of Addictive Behaviors and Recovery of Our Humanity and Souls

by
Rabbi Edward Feinstein and Rabbi Mark Borovitz

1. I am a Holy Soul. I have chosen a wrong path that has brought destruction and separation from myself, my family and my community.

2. I will perform a searching and fearless inventory of all the separations and destructions I have brought to my family, my community and myself.

3. I will acknowledge the good I have done and, with gratitude, the gifts that are mine, even though I have chosen paths of separation and destruction.

4. I will confess aloud to another person all of the good and the separation/destruction that I have done to self, family, community and God. I will also acknowledge with gratitude the unique gifts that I possess.

5. I will make a list of all the people that I have harmed by choosing this wrong path and establish a plan for restitution and reconciliation. I will also establish a plan to make real my resolve to choose a different path in my life and to avoid the path that has brought this separation and destruction.

6. I will make amends, where possible, to those that I have harmed and repair the separation and destruction that I have wrought.

7. Having done my T'shuvah with others, I will now rejoin my covenant with God.

8. I acknowledge that I am God's partner in the covenant. I accept the responsibilities of being God's partner in the tasks of repairing my relationships, my family, my world and myself.

9. I will meditate on my Covenant with God and its responsibilities, at home and away, day and night. I will teach them to my children and to others.

10. I will renew my Covenant with God each day through the study of Torah, through Prayer and through acts of Hesed/Kindness.



*The purpose of these steps is to take a look at our lives and see where all of us have chosen paths that have led us to the separation from family, community, and the destruction of the essential ingredients that make us human.*



# How We Came to Be



Beit T'Shuvah is an outgrowth of a non-profit organization called the Jewish Committee for Personal Service or JCPS, started in 1921 by a group of rabbis and Jewish leaders in San Francisco. Its mission was to provide social services to Jews in California mental hospitals and prisons. In 1961, with a donation from a grateful JCPS client, Gateways Hospital and Mental Health Center was created. JCPS continued as a program of Gateways Hospital and Mental Health Center.

Harriet Rossetto joined the staff of JCPS in 1984. She was soon frustrated by the cycle of recidivism and the absence of any resources to help the offender re-enter the community. An article by Dr. Abraham Twerski, *Judaism and the Twelve Steps*, inspired her vision of a home for Jewish ex-cons and addicts that integrated Jewish spirituality and the 12-step principles of recovery.

In 1987, with a grant from FEMA and a loan from the Jewish Community Foundation, Gateways Hospital bought an old house at 216 South Lake Street in Los Angeles and opened the doors of Beit T'Shuvah. The original mission was to provide transitional living and reentry services to Jewish men being released from jails and prisons.

The program has broadened in scope over the years to reach out to Jews, many of whom have had no legal problems but who are struggling with a wide range of addictive behaviors. As the program grew so did the waiting list. The dream of a new facility grew with it – one that could accommodate more people, including women, and provide adequate space for group meetings and religious services.

On November 10, 1999 Beit T'Shuvah moved with 34 residents into a beautiful campus at 8831 Venice Boulevard. Currently we have over 100 residents! In addition, a thousand community members participate in Beit T'Shuvah spiritual and educational programs per year! Our hope of having adequate space for group meetings and religious services has been realized.

On August 27, 2001 Beit T'Shuvah became an independent agency. After years of benefiting from the guidance and support of Gateways Hospital and Mental Health Center, Beit T'Shuvah is now its own entity – and a constituent agency of the Jewish Federation.

Although Beit T'Shuvah continues to grow, its essence has remained the same. The program is vital and vibrant and Beit T'Shuvah remains a warm and loving home for those in need.

Exhibit 10

# The Serenity Prayer

*God grant me the serenity*
*to accept the things*
*I cannot change,*
*the courage to change*
*the things I can,*
*and the wisdom*
*to know the difference.*



*God grant us all the courage to be*
*spiritual through action and to change*
*the things we can through taking an*
*interest in those Jews who have*
*temporarily fallen from grace, the*
*forgotten Jews.*

## Beit T'Shuvah

8831 Venice Boulevard
Los Angeles, California 90034-3223
Phone: 310.204.5200 • Fax: 310.204.8908
www.beittshuvahla.org



*Beit T'Shuvah is a constituent*
*agency of The Jewish Federation*

# UNITED STATES v RUDERMAN
# CR 09-0757 SVW

## EXHIBIT 11

# Beit T'Shuvah

*Returning lost Jewish Souls to themselves, their families and God.*

## From Slavery to Freedom, The Exodus from Addiction

**Addiction:** The obsessive pursuit of drugs, alcohol, food, sex, money, property and/or prestige.

Some addictions are legal and some are illegal; even the legal ones often compel the user to commit illegal or immoral actions as a by-product of "chasing the dragon". In its broadest sense, addiction is dependency on people, places or things to "fix" our sense of brokenness and make us feel whole. All external solutions or "fixes" ultimately fail to satisfy the inner yearning for something more. "Is this all there is?" is the sad refrain of those who get everything they thought they always wanted.



A belief in a power greater than one's self is necessary for all addicts to be free of the obsessions to drink, abuse drugs, over or under eat, gamble, lie, cheat, steal or engage in destructive relationships. The addict must surrender self will to God's will and learn to accept "life on life's terms."

For Jewish addicts, a spirituality rooted in Judaism is the proven path to wholeness, helping to unify disparate parts of the self as well as reconnecting with family, community and cultural lineage. For these who have felt separate and apart, it is a place of belonging.

### The Not-so-secret Secret

Who are these people?  The addicted Jews, the criminal Jews?  They are our fallen angels; our sons and daughters, our mothers and fathers, our sisters and brothers. They're our next-door neighbors, our coworkers, employers, friends, and lovers. They've davened beside us in shul, they've sat at our Passover Seders, and lit Hanukkah candles beside us.



### They are us!

The myth of Jewish perfection that we have passed down from generation to generation is that Jews don't:

drink, use hard drugs, have eating disorders, abuse their children, beat their spouses, commit violent crimes or go to jail.

### The "not-so-secret secret" is that Jews do all of the above and

become doctors and lawyers, make lots of money, provide for their families, take care of their own, look perfect in public and make t'shuvah.

As Jews, we are commanded to pray in community, confess our sins, ask for forgiveness and be responsible for one another. Addiction is **_our_** problem.



*How could any of this have happened to our family? We gave him the same love and advantages we gave our other children. He could have been anything he wanted to be.*



Exhibit 1

**160**

# Beit T'Shuvah

*Returning lost Jewish Souls to themselves, their families and God.*

## Programs and Services

The Beit T'Shuvah campus is located in West Los Angeles. Our facility, "the house," is a warm living space with multiple courtyards and comfortable living rooms. Beit T'Shuvah is the only treatment program of its type in the United States. It is a therapeutic community based on Jewish spirituality integrated with the 12-Steps of Alcoholics Anonymous and psychotherapy.

### Residential Treatment



The most important component of the Beit T'Shuvah faith based model of recovery is the spiritual community. It is through this community of study, meditation, prayer and discussion that residents transition from behavior patterns of perfectionism, failure, isolation and entitlement to life goals of progress, accountability and gratitude. Residents look to religious archetypes, shared heritage, and communal wisdom for the strength to alter their behavior.

### Primary Care

Residents benefit from the 12-Step program of AA, group and individual psychotherapy, as well as creative arts therapy. In addition to staff therapists, Beit T'Shuvah has 20 volunteer licensed therapists who lead group therapy sessions and meet individually with residents. Residential treatment varies in length according to individual client needs but typically involves six months in residence.

Our Career Center prepares residents to reenter the workforce. A full time career counselor provides skills assessment and assists residents in locating occupational training and placement.

Volunteers run a monthly support group that provides residents with clothing, guidance with grooming and hygiene and motivational workshops, all geared to ensuring the residents' success in procuring a job and maintaining a career path.

### Sober Living

This program is open to individuals with over four months of recovery. Residents resume work and outside activities while participating in therapy, Torah Study and 12-Step meetings.

### Independent Living

Apartment style living for graduates of Beit T'Shuvah and other recovery programs. Residents enjoy autonomy, and have the option of participating in community events.



*The only thing Jewish about me the day I arrived was my surname. In my year at Beit T'Shuvah I have become immersed in the study of Torah. The high point of my week is the sense of God I feel at Shabbat services.*



Exhibit 11

# Beit T'Shuvah

*Returning lost Jewish Souls to themselves, their families and God.*

## Outpatient Treatment

### Family Care

Addiction is a family disease. Having it yourself or in your family is no indicator of weak moral character or faulty upbringing. If addiction is acknowledged and treated correctly it can be a catalyst that brings families closer to one another and to God. Beit T'Shuvah provides a lifeboat for family members who need a forum to share the struggles and learn new ways of relating and communicating.

Family counseling  •  Support groups for family members

Group counseling for residents and their families

Relationship and marriage counseling  •  Crisis counseling



### Alumni Aftercare

Recovery from addiction is a life-long process that requires constant vigilance. Ironically, the risk of relapse for the addict is greatest when he achieves his goals and appears to be successful. The external trappings of success feed into the addict's denial system, allowing him to believe that he is "normal" and therefore exempt from the required daily actions to maintain sobriety. It is necessary to keep alumni connected with one another and with Beit T'Shuvah to remind them of the dangers of relapse. Therefore Beit T'Shuvah provides:

Two weekly men's alumni groups  •  Alumni Torah study for men and women

One women's alumni group  •  Individual and spiritual counseling as needed

Training program for alumni to volunteer as paraprofessional counselors

Social, recreational, and spiritual events that keep Alumni connected to the Beit T'Shuvah community

### Crisis Intervention



To have an addict in the family means living in a state of emergency. Is he alive? Is she telling the truth this time? If I bail him out am I helping or hurting him?  Life is out of control!

Many families have struggled with the problem for years, alone and in secret because of the shame associated with addictive illness. They seek help at the point of crisis or disaster, when they are no longer able to cope by themselves. Often the situation is so critical that the family cannot wait for an office appointment. Dedicated staff and volunteers are available to respond to every urgent call and to work with family members in designing a plan of action.



*In this world of managed care and red tape, it is a miracle to find Beit T'Shuvah. The staff's immediate response to our cry for help converted our disaster into a blessing.*



# Beit T'Shuvah

*Returning lost Jewish Souls to themselves, their families and God.*

## Congregation Beit T'Shuvah

Friday night and Holiday services at Beit T'Shuvah are a powerful experience. "Magical" is the word most often used to describe the spiritual energy that is generated through song, prayer, reflection and t'shuvah.

Young and old, addicts and non-addicts, orthodox and conservative, reform and reconstructionist – all come together as members of the community of Israel, those who "wrestle with God." The soul of the service is the sharing of T'Shuvah. Community members express gratitude, make amends to one another or declare new responses to situations. The honesty and courage of the residents in their life and death struggle to remain sober and to connect with God uplifts and opens the hearts of all who attend.



Alumni who return week after week to give thanks or celebrate sobriety "birthdays" are the best testimonial that Congregation Beit T'Shuvah is working. Even those who belong to more traditional congregations are drawn to Beit T'Shuvah to celebrate simchas or mourn losses. They tell us that Beit T'Shuvah is the most spiritual experience they've ever had, that they understand Judaism for the first time.

| | |
|---|---|
| Shabbat | High Holidays |
| Hannukah | Shavuot |
| Private Study | Group Study |
| B'nai Mitzvah, Adult and Child | Spiritual Counseling and Direction |

## What We Contribute

Besides serving hundreds of residents each year, Beit T'Shuvah provides many community programs and services.

### Speakers Bureau

Staff and alumni travel to agencies, synagogues and schools across the country to speak about addiction, prevention and Jewish faith based recovery.

### Educational Seminars

Rabbi Mark Borovitz and Harriet Rossetto share their expertise to inform the general community about relationships, love, t'shvuah and many other important life issues.

### Prevention Institute

Alumni share their stories with adolescents at schools, camps and synagogues. When young people hear that Judaism "works" from the mouth of someone who has been and done everything they think would make them happy, they hear with different ears than when they listen to parents, teachers and rabbis.



*After attending Shabbat services at Beit T'Shuvah, I finally understood the relevance of Judaism in my life. Inspired by the stories of Beit T'Shuvah residents, I too, wanted to connect with my soul.*



Exhibit 11

# *Beit T'Shuvah*

Beit T'Shuvah is a therapeutic community for Jewish offenders whose antisocial behavior is a by-product of an addictive/compulsive disorder over which they have lost control; i.e., drugs, alcohol, gambling, sex and "macherism". Statistics show that the majority of Jewish offenders (85-95%) are incarcerated because of an addictive/compulsive disorder.

The Jewish Committee for Personal Service, under the auspices of Gateways Hospital and Mental Health Center, established the program to provide a supportive healing atmosphere to Jews recently released from jail or prison and to provide an alternative to incarceration for those who can benefit from a recovery environment. Residents participate in intensive Jewish study, individual and group counseling, and 12-step recovery leading toward full recovery and independent living.

The vicious cycle of addiction and criminality can only be broken by effective treatment that creates and supports a positive sense of self-warmth through connection with a caring and stable spiritual community. Beit T'Shuvah provides:

- A residential therapeutic community

- A clean and sober environment

- A home that exemplifies Jewish ethical and moral values

- Individual and group counseling

- Regularly scheduled Shabbat and holiday celebrations

- Weekly Torah study and Jewish ethics classes

- Weekly "L'Chaim" meetings integrating Judaism and the 12-step recovery program

- Alternative sentencing for Jewish offenders

- Rehabilitation and re-entry services for ex-offenders and their families

- Job placement assistance

- Out-client counseling and assistance

- Family counseling and family groups

- Intensive 12-step recovery program

- Follow-up and aftercare services



Beit T'Shuvah opened in 1986. Since then, thousands of people have come through the doors.

Over 60% have remained free of addiction and incarceration.

When compared to the current 85-90% recidivism rate for criminals with addictive/compulsive disorders, these statistics reflect the strength and depth of the Beit T'Shuvah program.

Our programs are supported by grants from the Jewish Federation Council, contributions from private charitable organizations, as well as donations from individuals and companies in the community. Though our residents are asked to contribute to their care, no resident is refused care due to lack of financial resources.

For tax deduction purposes, our Federal I.D. number is 77-0152646 and is listed under Jewish Committee for Personal Service, which is a tax-exempt agency.

Exhibit 11

# Beit T'Shuvah Alternative Sentencing Program

Beit T'Shuvah is a therapeutic community for Jewish offenders whose antisocial behavior is a by-product of an addictive/compulsive disorder over which they have lost control; i.e., drugs, alcohol, gambling, sex and theft.

Our goal is to reduce recidivism and improve our communities through T'Shuvah. T'Shuvah is the process, in Jewish tradition, wherein individuals make a living amends by learning to live in a manner that is decent, ethical, and moral.

Services Include:

- Substance Abuse Treatment
- Criminal Offender Rehabilitation
- Psychological Assessment and Counseling
- Spiritual Counseling and Life Skills based on the Principles of Judaism
- Community Reentry and Vocational Rehabilitation
- Private Alternative Sentencing Reports
- Client-specific treatment planning and adherence to court-mandated individualized sentencing structures

**State Licensed Program**

**Probation and parole approved throughout the state of California**

- Beit T'Shuvah has a 17 year history of working with the Los Angles County Department of Probation and Los Angeles area Department of Corrections parole officers.

**In-custody assessments and court advocacy**

- Beit T'Shuvah has attorney room clearance within Los Angeles Sheriff's Department jail facilities, to conduct in-depth interviews with prospective clients. Clients are assessed based on their ability and willingness to participate in a structured program of recovery. Thorough client assessments and alternative sentencing reports can be provided to the court, upon request.

**Custody releases from the Los Angeles County Sheriff's Department**

- We have a working relationship with the Sheriff's Department Inmate Reception Center and Rehab desk deputies, to arrange custody releases by Beit T'Shuvah staff members, if indicated by the court.

      Any client who fails to comply with program rules or requirements, or who fails to fulfill his or her court sentence will be immediately reported, in writing, to the appropriate agencies.

Contact: Carrie Newman, Alternative Sentencing Coordinator, or Phillip Hamburger, Assistant Sentencing Advocate @ (310) 204-5200.

2/16/2005 8:45 AM

Exhibit 11

## State of California

# Department of Alcohol and Drug Programs

# *License and Certification*

*In accordance with applicable provisions of the Health and Safety Code of California
and its rules and regulations, and standards,
the Department of Alcohol and Drug Programs hereby licenses and certifies:*

### BEIT T'SHUVAH

*to operate and maintain an adult residential alcohol and/or drug abuse/
recovery or treatment facility using the following name and location:*

### BEIT T'SHUVAH
### 8831 VENICE BOULEVARD
### LOS ANGELES, CALIFORNIA  90034

*This license and certification extends to the following services:*

### INDIVIDUAL SESSIONS; RECOVERY OR TREATMENT PLANNING; GROUP SESSIONS; AND EDUCATIONAL SESSIONS

*Limitations or conditions are listed as follows:*
*Treatment/Recovery Capacity:* **98**
*Total Occupancy for location is limited to:* **120**

### MALES AND FEMALES

### License/Certification Number:
### 190326AN

**Effective Date:  01/01/2008**
**Expiration Date:  12/31/2009**

Linda B. Wadley

_____
*Authorized Representative*

*Complaints regarding services provided in this facility should be directed to:*
*Complaint Coordinator, Program Compliance Branch*
*1700 K Street, Sacramento, California 95811-4037*
*(916) 322-2911  FAX: (916) 324-4505  E-mail: LCBcomp@adp.state.ca.us*

**Post in a prominent location.  This License and Certification is not transferable.**

Exhibit 11

## LEVEL SYSTEM

You have decided to come to Beit T'Shuvah either for the first time or for yet another time. We hope that this will be an experience in which you will learn about yourself and learn tools to help you stay sober.

We respect, encourage and acknowledge each person's growth, therefore these are our guidelines:

**LEVEL 1 - First 30 Days:** This is a time of adjustment for both you and Beit T'Shuvah.

- Attend all groups and activities.
- We want you to stay focused, so cell phones are not allowed.
- We believe that it is important to work a 12-Step program – the Beit T'Shuvah Van will take residents to meetings both on weekdays and weekends. (The Beit T'Shuvah Van is also used to take interested residents to other events.)
- Going places outside of Beit T'Shuvah's doors:
  - You must inform a staff person.
  - We have written passes that need to be signed by a staff member.
  - For your safety: Only leave the house with a staff member or senior resident.
- To assist in your personal growth you will work with a senior resident and complete 30 questions.
- Families are important in your recovery, and they are allowed and encouraged to attend our services:
  - Fridays          6:30pm
  - Saturdays      11am
  - Orientation Saturday  1:30pm
  - Visiting times are weekends:
    - Saturdays from 2pm to 6pm
    - Sundays from 10am to 6pm

Exhibit 11

---

## LEVEL SYSTEM

---

### LEVEL 2 - 60 Days at Beit T'Shuvah:

60 days is only a guideline; it is NOT automatic.

For you as a resident, to move into this phase of our program a joint meeting with you, your counselor, spiritual counselor and their supervisor will take place. It is a great opportunity at this time to discuss your progress with the treatment team and write the next treatment plan.

- Physically, your body has stabilized from all the chemicals you had been using.
- This is the time to begin reaching out to the 12-Step community. You have had the opportunity to select a sponsor and have started your step work.
- It is also the time to embrace the spiritual program using the spiritual 10 Steps and meetings with your spiritual counselor. This will help you to develop the soul you have lost.
- At this junction in your recovery you are meeting with your therapist and beginning a journey of self-realization.

The specific rules of Beit T'Shuvah stay mainly the same as in your first 30 days… with the understanding that this is an individual program and your needs may be different from other peoples'.

At this time it is possible to go on pass – with counselor approval – on Saturday and Sunday with your family or residents who have more time than you. Passes must be in writing and signed by your counselor.

Our program offers help in making decisions. Your counselor will be able to help you with any changes that need to be made.

Exhibit 11

## LEVEL SYSTEM

### LEVEL 3 - 90 Days at Beit T'Shuvah:

At this time in your recovery you have built a foundation of recovery from our program.

As a more senior resident you are at a level to begin taking more responsibility with your life. You have started to think about work, either part time or full time.

This next phase will incorporate life skills as well as a job search and budgeting.

A new treatment plan including life skills and plans for the future will be written by you and your support staff.

As you well know this is a 3-part program, therefore:

1. Spiritual: Friday night and Saturday morning services are required
2. 12-Step: Meetings are a must (3 to 5 per week)
3. Therapy: You will continue your therapy sessions to address Psychological problems that come up and to advance your Social Skills

You will want to be of service to the rest of the community:

- Having completed your 30 questions, it will be your responsibility to become a peer counselor to help the Level 1 and Level 2 residents, as you were helped.

- Also at this time in the program you are able to take residents to meetings.

Exhibit 11

---

## LEVEL SYSTEM

---

### LEVEL 4 - 120 Days at Beit T'Shuvah/working:

Your job search has borne fruit, you are employed and earning money.

Your social/psych skills are advanced enough that you can hold a job and receive paychecks with decency and responsibility.

- As a level 4 it is your privilege/duty to pay rent as agreed to with Beit T'Shuvah.
- You will keep the staff informed as to where you are working and how to contact you during working hours
- You will continue to find ways to be of service to the Beit T'Shuvah community

This is still a 3-part program, therefore you will continue:

1. Spiritual:  Friday night and Saturday morning services are required
2. 12-Step:  Meetings are a must (3 to 5 per week)
3. Therapy: You will continue your therapy sessions to address Psychological problems that come up and to advance your Social Skills

We hope you will be successful in our program and continue to be involved in Beit T'Shuvah as you become more and more independent.

Exhibit 11

# Additional Beit T'Shuvah Level System Requirements for Criminal Justice Clients

**"Criminal Justice Clients" include:**

1. Residents who are court-mandated to Beit T'Shuvah
2. Residents who are on either summary/misdemeanor or formal/felony probation, even if not court or probation mandated to Beit T'Shuvah
3. All parolees
4. Any resident with a pending/unresolved court case

**Criminal Justice clients will progress through the levels as delineated in the attached level system with the following additional/alternate restrictions:**

- No passes for the initial 60 days that a criminal justice client is at Beit T'Shuvah, (versus supervised passes allowed for the first 60 days for a non-criminal justice connected resident.)

- After 60 days in the program, supervised passes can be allowed, (but are not automatic.) "Supervision" = a staff approved family member or staff approved sober friend, a staff approved senior resident or alumnus of the program, or a staff approved 12-step sponsor, (versus unsupervised passes being allowed non-criminal justice connected residents after 60 days in the program.)

- Criminal justice clients are not eligible to return to work until they have been in the program 120 days, (versus non-criminal justice connected residents being allowed to return to work at 90 days in the program.)

- Criminal justice clients are not eligible for overnight passes until they have been at Beit T'Shuvah for 120 days.

**The level system and the above requirements are designed to serve as a guideline. Privileges and levels are not automatic, but are based on resident progress.**

**The following are additional Beit T'Shuvah program rules and requirements that Criminal Justice Clients should be aware of:**

- All court mandated residents and parolees will be required to sign out both in the court log, and on the chalkboard, when leaving the facility for any reason.

- Residents of Beit T'Shuvah are asked not to communicate with any person who is in custody, either via correspondence or telephonically. If a resident receives mail from a correctional facility, he or she will be asked to write back one time to inform the writer that he or she cannot continue correspondence while a resident of Beit T'Shuvah.

Monday, February 18, 2008

Exhibit 11

# RELIGION

**Exploring issues, answers and beliefs**

# Salvaging Lost Jewish Souls

■ Halfway house incorporates religious values into treatment of addicts and alcoholics, boasting a 65% success rate.

By TERESA WATANABE
TIMES RELIGION WRITER



In a ramshackle home with peeling paint, lumpy sofas and a scruffy yard in painful need of water, a motley crew of hookers, scam artists, crackheads and thieves is talking about Yom Kippur, the Jewish holy day of solemn penitence that begins Sunday.

What do these lowlifes know about such lofty matters? Plenty: They live the spirit of Yom Kippur and *t'shuvah,* or repentance and return, not merely once a year but every day.

Here at Gateways Beit T'Shuvah, a halfway house off Alvarado Sreet in Los Angeles, a powerful spirit of penitence, healing and transformation is struggling to take root in the lives of lost Jewish souls. The program, created 13 years ago by Harriet Rossetto and Gateways Hospital and Mental Health Center, is said to be the only recovery program in the nation that integrates the values of the Torah with the 12 steps of Alcoholics Anonymous to lead Jews from the slavery of addiction to the promised land of liberation.

The program has graduated more than 500 people and boasts a 65% success rate, says Rossetto, a clinical social worker who began the program in an attempt to reverse the recidivism of addicts. The program relies primarily on funds from Gateways Hospital, the Jewish Federation and individuals, but residents also chip in what they can.

The residents here—more than 25 men and about a dozen women, housed in separate facilities—say that the Jewish aspects of the program make it more effective than the host of other recovery programs they have tried. At Beit T'Shuvah, there is daily Torah study, classes in Jewish ethics, weekly services and communal living with other Jews—giving many their first sense of belonging to a community.

dump!'" said Eric Greenstein, 28, who is struggling to break free of an addiction that began with marijuana at age 13 and escalated to heroin and crack cocaine within six years. "But within a few hours, I knew I was in the midst of something special. I felt more love and community the first day than I had in all the different places I'd lived all over the world."

The program is an oasis of acceptance for many Jews who felt outcast in a community that has traditionally stressed success and high achievement, Rossetto said, or who somehow did not connect with the Christian flavor of many 12-step programs.

"There's an old saying, 'A *shikker* is a goy,' meaning if you're drunk, you're not Jewish," Rossetto said. "One of our main messages is that spirituality begins with the acceptance of our imperfections. Anyone who cannot recognize his flaws cannot be redeemed."

In fact, one of the center's favorite Tamuldic teachings is that not even the most saintly can enter the place where the truly repentant stands. That's because the penitent have within their souls both the forces of good and the powerfully transformed forces of evil, according to Mark Borovitz, Beit T'Shuvah's spiritual director.

Borovitz is a potent role model for those lessons. He is an ex-felon who received a certificate of rehabilitation from the Los Angeles courts in 1996 and is now enrolled in rabbinical school at the University of Judaism.

At the age of 14, Borovitz began selling stolen goods to help support his family after his father's death. He progressed to insurance fraud, armed robbery and kiting checks of more than $2 million. From 1982 to 1989, he was in and out of prison.

It was at the Chino prison in 1987 that Borovitz made his turn toward coming home. His rabbi came to visit, and Borovitz glumly asked him if he was going to cut him loose too, like everyone else in his life.

"How can I cut you loose?" the rabbi exclaimed. "You are one of my own. You're a Jew."

Today, Borovitz gives his men and women the same message. Earlier this week, he gathered about two dozen of them into a circle beneath a stained tent in the backyard of Beit T'Shuvah for daily Torah study, and spoke to them about the two steps involved in the process of penitence. The first is to acknowledge the wrongs done and ask for forgiveness. The second, he said, is to recognize oneself as a pure soul in the spirit of *taharah*, the Judaic concept of purity.

"You are all pure, beautiful souls!" said Borovitz, a portly force of nature who puffs Marlboros and peers directly into the faces of his own as he paces around the circle. "Your actions only say what you've done. Your soul says who you are. If all you do is say you're sorry and don't change your image, you'll do the same thing again and again."

Not everyone buys it.

How do you know you're a pure soul? someone asked.

"You just say it," Borovitz replied.

"Whether you believe it or not?"

"The truth is," Borovitz said, "you're a pure soul. Now, you may have a lot of *schmutz* around it, but it's down there."

## Residents Transformed

Eventually, many come to embrace the message. After even a few months, the residents say they find themselves touched, even transformed, by the combined power of spirituality, psychology, community and the larger-than-life personalities of Rosset-to and Borovitz, who are married, and Elaine Breslow, the center's assistant director.

Joey Davids, for instance, came to Beit T'Shuvah

Residents of the Gateways Beit T'Shuvah halfway house listen to spiritual director Mark Borovitz, above, who tells them, "Your actions only say what you've done. Your soul says who you are." The program is believed to be the only one of its kind in the nation. Photos by ANACLETO RAPPING Los Angeles Times



**SATURDAY, SEPTEMBER 18, 1999**

about three months ago. The son of a Hasidic Orthodox rabbi, Davids had studied at a yeshiva but rejected the community at age 14, riven by a sense of failure and guilt that he was more interested in women, drinking and music than in religion and God.

By age 15, he was popping pills, drinking and smoking. By 17, he was hooked on cocaine and, two years later, on heroin. Over the next decade, his turbulent life would include financial scams, time spent in a psychiatric ward, a divorce and a constant death wish as he lived under the boardwalk in Atlantic City, N.J. Finally, teetering on the edge of life, Davids said he prayed sincerely to God for the first time, asking for help.

Through the fellowship at Beit T'Shuvah, Davids made his return this Rosh Hashana, when he read the Torah in

Please see **PROGRAM**, B11

# PROGRAM

**Continued from B2**

Hebrew for the first time in 15 years. During the service, he told his community that his Hebrew name, Yosef, means "one who adds," but that he had never felt he had added anything to anyone. That night, by sharing his skills in reading the sacred text, Davids said, he felt he had finally been of worth.

"It was amazing, overwhelming," he said. "I felt through the reading of Torah, I was helping bring everyone closer."

For Greenstein too, this holiday season has brought a breakthrough. He stayed at Beit T'Shuvah nine months beginning last year, but left without completing the process. How could he regard himself as a pure soul? In his mind, he had caused his parents' divorce. He had been molested as a boy. He had been arrested 16 times, for everything from drug possession to armed robbery. He had violated the trust of everyone he had ever loved.

After being arrested again on robbery charges a few months after leaving the center, Greenstein returned—this time, he says, genuinely ready for change. A big one came during Rosh Hashana, as he and his community sang and danced, holding the Torah aloft. Overwhelmed with emotion, Greenstein said, he caught a glimpse of his pure soul for the first time. The high was as high as he had ever got on drugs.

Like the others, though, Greenstein must constantly struggle to turn such fleeting moments of grace into a lifelong pattern of new behavior. He knows it won't be easy.

"The most important thing is that I stay in the here and now . . . that I fulfill the legacy that my parents and grandparents and Abraham and Jacob left for me, that I struggle with God—and that I don't drink or use," Greenstein said.

## Exhibit 11

*"This is the time to clean up and put an end to the schmutz [dirt]. We have to make strides in putting back into the world what we've taken out by our negative behaviors."*

**Rabbi Mark Borovitz**



PHOTOS BY SHLOMIT LEVY / WESTSIDE WEEKLY

**Rabbi Mark Borovitz, above, a former convict, gives an impassioned lecture about atonement to residents of the Jewish halfway house Gateways Beit T'Shuvah. At left, Tali Wait, 19, left, and Madeline Bellanich, 20, are recovering from substance abuse problems.**

# House of
# ATONEMENT

**West L.A. halfway house Gateways Beit T'Shuvah helps Jews make peace with their past and find the strength for a better future**

**Denise Carson**
WESTSIDE WEEKLY

It's the end of the run. Jewish souls with deep wounds of self-affliction collapse at the doorsteps of Gateways Beit T'Shuvah. Their reflections in the mirror are no longer recognizable after a spin on heroin, a release from prison or a rude awakening from homelessness.

Beit T'Shuvah, which means "house of return" in Hebrew, is a refuge.

Within its walls, waif-figured women and haggard men seek deliverance from the bondage of their addictions. The West Los Angeles halfway house is a passageway to freedom for those undergoing treatment for addictions, often after being on the streets or in prison.

It's where Jews make amends with themselves and those they have wronged. The journey of penitence is spiritually magnified during High Holy Days, which will climax when the sun sets tonight, marking the beginning of the holiest day of the Jewish year. Yom Kippur is a day of fasting and communal prayer as Jews seek forgiveness for their sins of the past year.

The Day of Atonement is what Beit T'Shuvah is all about, Rabbi Mark Borovitz told a group of residents in recovery during a Judaism ethics class recently.

"This is the time to clean up and put an end to the *schmutz* [dirt]," he said. "We have to make strides in putting back into the world what we've taken out by our negative behaviors."

Borovitz's voice resonated in the house chapel, aglow with beams of sunlight shining through multicolored stained-glass windows. His teachings echo the 12 steps of recovery intertwined with Judaism. Indeed, he connects with his people.

He pounded on the pulpit and shouted his convictions of change laced with inflammatory four-letter words to stir up the audience. His omnipresent spirit of *t'shuvah* emanates the possibilities of transformation.

Borovitz once was a convict. In May, he was ordained as a Conservative rabbi.

"Just as you didn't screw up all in one day, you can't clean up all in one day," he told residents in the 18-month program at Beit T'Shuvah.

Borovitz spent seven years in and out of prison after being convicted of fraud and armed robbery. He said he rediscovered his Jewish roots while in prison.

While working as the prison rabbi's inmate clerk, Borovitz met Harriette Rossetto, who had come to do inmate counseling.

Rossetto went on to establish the halfway house and, after Borovitz's release, he and she eventually developed a relationship and got married.

"You are not locked into your past," Borovitz said of his life's journey.

His story resonates with those at the house, many of whom are laden with guilt and weary from the poisons of their addictions.

"I was tired of being addicted to everything outside of myself," said Erika Eisleven, 30, a West Los Angeles resident who was nicknamed 25/8 instead of 24/7 because she pushed drug addiction beyond the limits.

She has been taking a spiritual inventory since her arrival at Beit T'Shuvah six months ago, writing letters of amends to those she wronged. Since Rosh Hashanah, she has been making a phone call a day to apologize to family members.

"It's the little steps that do the footwork in the right direction," she said.

SEE HOUSE PAGE 11

# HOUSE

## CONTINUED FROM 1

Ron Prosky said he was spiritually bankrupt when he carried his baggage through the doors of Beit T'Shuvah.

Six years of crack cocaine robbed his soul of integrity, a fiancee and his friendships. Finally, last year his family sent him from Denver to Beit T'Shuvah.

"My sole mission in life was to get drugs," Prosky said of his former lifestyle. "Every 'I love you mom' had an ulterior motive. Trying to break that cycle is like starting from infancy."

On a recent Friday at the house, Prosky worked in the kitchen preparing the Shabbat dinner for residents and their families, along with members of Sinai Temple in Westwood, who were invited to join services on that day.

Prosky also does all the marketing for a catering company that he and a partner run out of the kitchen. They give 30% of their proceeds to the house.

"I've learned above and beyond Alcoholics Anonymous and recovery," Prosky said. "I gained an identity and more importantly what it means to have a soul."

Beit T'Shuvah, the only home of its kind that caters to Jews, is a work in progress for founder Rossetto, who opened it 15 years ago.

Rossetto and Borovitz have been molding a clean, safe haven for their residents to begin their tumultuous journey to recovery. Until last November, Beit T'Shuvah operated for a decade in an smaller dilapidated house on Third and Alvarado streets.

Moving to the Westside was a clean break from the troubled neighborhood but it also brought new challenges to Rossetto, who led the place like a captain at the helm.

The new, 40,000-square-foot building on Venice Boulevard, just across the street from Helms Bakery, has allowed the facility to triple in size.

Funded by Gateways Hospital and Mental Health Centers, along with the Jewish Federation, it now serves 90 Jewish residents. But the growth has made it harder for Rossetto to maintain close contact.

"We are trying to preserve the homelike spirit," she said. "This is not an institution. It's a home."

Everything has a price tag, however, Rossetto said as she kicked her feet up on the oak desk tucked into her elegantly decorated office. Her former office was damp and dreary, located just below the leaky plumbing of a broken-down house.

But she felt connected to the residents. The closeness of the old house made them a family.

Now, she has to search for people in the huge new facility to counsel them or maybe just talk about their day.

"There is always constant action here. One thing I can't stand is routine and boredom," said Rossetto, who has a master's degree in social work. "I was always a misfit. So I had to create a community where I belong and fit in. I am more comfortable here than anywhere else."

Rossetto is the first to welcome the outside community into the house on Friday evenings for Shabbat.

The Friday night services are a ceremony of welcome to the new residents in the house. And there is a bittersweet acceptance of return that Borovitz gives to residents who are asking to be let back in to the program after disappearing on a drug run. Some celebrate their sobriety anniversaries with a cake and a candle for each year of living *t'shuvah*.

"In these walls, I'm alive," house resident David Brusslan said during the service. The 42-year-old has struggled with alcoholism since his teenage years.

On his first night at Beit T'Shuvah a month ago, he was overwhelmed with emotion. Brusslan had found his safe haven.

"All of my life I've isolated myself from my people," he said with tears welling in his eyes. "Out there I was dead."

Beit T'Shuvah is where people remake the image looking back at them in the mirror. Some make it a home. Others find it to be a resting place on a long journey to something greater.

Today, Sheldon Wolfe, 22 and clean-cut, doesn't look like a prison inmate. But he is serving his jail time. He was released to Beit T'Shuvah from Los Angeles County's Men's Central Jail in July after Carrie Newman, a Beit T'Shuvah jail counselor, met him in jail and lobbied for the court to let him come to the home. He arrived covered in tattoos and his hair spiked into a Mohawk with multicolored stripes.

Borovitz accepted Wolfe into the home under the condition that he cut his hair. He also had to wear long sleeves to cover the tattoos.

And soon enough Borovitz and the staff at Beit T'Shuvah nurtured this street kid, who was homeless by 12 and addicted to heroin and speed by 13. He is one of the chosen ones, Borovitz said.

"Sheldon Wolfe will not be identified by his Mohawk and tattoos anymore," he said.

After eight years of living in and out the justice system, Wolfe had hardened his mind and body. But he is breaking the mold and stopping the self-destruction.

"I'm not really at amends yet," he said. "I'm still working with my life and my relationship with God. It's the process. The process is *t'shuvah*.

"There's no actual finish point. I don't graduate with a diploma. I get my satisfaction from being in the process of living my life."

Exhibit 11

4 Jewish Standard / January 16, 2004 | COMMUNITY

# Turn, turn, turn

## Couple who changed lives to speak locally

JOANNE **PALMER**

RIVER EDGE – Judaism. Addiction. Spirituality. Passion. Psychotherapy. Joy. The 12 steps.

These are not words usually found close to each other, at least not in Jewish community newspapers.

But to social worker Harriet Rossetto and her husband, Rabbi Mark Borovitz, who will be scholars in residence this Shabbat at Temple Beth Sholom here, those words help define the pathway from self-destruction to happiness.

Borovitz, the younger brother of Beth Sholom's Rabbi Neal Borovitz, is the spiritual leader of Beit T'Shuvah, the Los Angeles treatment center Rossetto founded in 1987. The couple will talk about addiction and spiritual renewal during services, during Torah learning sessions, and at mealtimes.

Addictions — ranging from alcoholism and drug addiction to compulsive gambling, shopping, or sex or other "diversionary, distracting things," as Rossetto put it in a telephone interview — are "an attempt to deal with the psychic pain." As a therapist, she added, "I believe that what we're doing here at Beit T'Shuvah is integrating psychotherapy and Judaism and spirituality, because I see addiction as a separation from self and others. It's an attempt to deal with the psychic pain. It's the inability to integrate the contradictory or polarized part of the self, which I believe is the challenge of all human beings."

Undergirding their passionate abstractions are the grittiness of the life from which Mark Borovitz eventually escaped and the realities of the lives of the former addicts with whom the couple now work.

Mark Borovitz was an alcoholic. "When my brother first started drinking and passing bad checks, my mother and my uncle and some of my cousins and I used to clean up for him. When he was arrested for driving while intoxicated I bailed him out of jail," said the River Edge rabbi. By the time he was 38, Mark Borovitz was imprisoned in California for check-kiting. He went straight from prison to Beit T'Shuvah, which means the house of repentance and return.

Beit T'Shuvah began as a halfway house for men on their way out of prison; it has broadened in scope to become a therapeutic community for men and women, some with legal problems and some without such problems, who are struggling with addictions.

"Addicts are black-and-white thinkers," said Rossetto, who grew up in Paterson. "They try to be perfect; they try to be all good. Because that's not possible, they give up. They embrace the darkness. My view is that therapy and Judaism are both ways to become whole, to integrate rather than alternate between the good and the bad, the dark and the light, the creative and the destructive. Judaism calls those impulses yetzer ha-tov and yetzer ha-rah; Jung calls them persona and shadow."

She believes that "Judaism is the most logical path to integration for people who happen to be Jewish, but many people who happen to be Jewish don't find it in Judaism.

"But," she continued, "I think that the Jewish world is beginning to recognize this quest. This approach is not only helpful to people who suffer from addictions, but those are the people who know they need a spiritual path. If people's lives are working, if they look good from the outside, then they don't know they need it. For an addict, a spiritual path is not a luxury. It's a necessity."

Others can learn from addicts, she added. "Addicts really exemplify who we all are, but they're magnified, so we can see ourselves clearly in them."



Rabbi Mark Borovitz and Harriet Rossetto

Beit T'Shuvah uses both the 12 steps first developed for Alcoholics Anonymous and its own 10 steps, which are more overtly Jewish. The 12 steps ask an addict to trust in a higher power. Despite the neutrality of the language and the universality of the ideas, many Jews are uncomfortable with them. "The 12 steps are sort of neutral, generic spirituality, although a lot of people interpret them to be Christian," Rossetto said. "And often the

> "For an addict, a spiritual path is not a luxury. It's a necessity."

whole idea of a personal God, a God who is involved in your life, to whom you pray on a daily basis, is unfamiliar, and it feels like it's Christian."

Such an approach is not specifically Christian, she said, and as a Jew she believes that faith is necessary. "My own faith is not that if I'm good everything will turn out well," she said. "My faith is that when life hands me difficulties, I will also be given what I need to deal with those difficulties. There's a balance in the cosmos somewhere. If I look for a way to find a solution to a problem I will find it. There is an order and meaning somewhere beyond me. It is not all absurd.

"Faith is a decision," she added. "I used to believe that life is hard and then you die, and it's all absurd, and there is no meaning. And then at some point, about 20 years ago, I made a conscious decision to change that perspective. I chose to have faith in the fact that there is meaning, that things do happen for a reason, that one can make sense out of events. I just turned it around, and it worked."

Mark Borovitz believes that most addictions are caused by a lack of spirituality, and "for Jewish addicts Judaism is the answer.

"It's a return to their own spiritual heritage and values. But although Judaism is the answer, at some times,

because of the way it was taught, it also was the problem."

He is a Conservative rabbi, whose smicha was earned in 2000 — his brother is Reform, ordained in 1975 — and the religious services he heads are post-denominational. "It's like an evangelical service in many ways, with a lot of music, a lot of teaching, and a lot of preaching," he said.

Joy, according to Mark Borovitz, "is what our tradition is all about. If you don't see the joy, you've missed it again. It's all we have. Joy is the basis for everything in Judaism. Didn't they teach you that?"

What of grief? "Grief is part of life," he said, "but I can be in joy and experience grief. Every time you look at something as either/or, you're not looking at it Jewishly. Judaism is both/and. Judaism is the path that leads us out of slavery, the slavery of addiction. Addiction is today's mitzraim — our Egypt, our narrow place — and Judaism is the way out.

"I believe all this stuff," he added. "And I live it. I live my life as a committed Jew, committed to faith and to tradition. I'm a lunatic."

"We share a lot, but we have very different styles," said Neal Borovitz of his brother. On Shabbat morning, they will give a d'var Torah together. It won't be rehearsed, said Neal Borovitz. "We study together, we prepare what we want to do, then I let Mark take the lead. When I feel like jumping in, I do."

Addiction, he said, "is a bigger issue here than anybody in the Bergen County Jewish community is willing to admit. The reason I called Mark and Harriet's program 'Addiction: The Road From Denial to Dealing With Reality,' is because I venture to say that everyone here knows someone who has a problem with some kind of addictive behavior. One of the things we do is hide. We cover up. And that's been true from the beginning of time."

He pointed to the story of Noah in Genesis: When Noah became drunk, one of his three sons was punished for uncovering his father's nakedness, for making it public. "Noah's kids were the first ones who tried to cover up, but they're not the last," he said. "What they did is presented as good behavior, and that's part of the problem." His covering up for his brother when Mark was an alcoholic did not help, he said; instead, it simply enabled Mark to continue his self-destructive behavior.

Now, said Neal Borovitz, the Jewish community's approach to addiction, like its approach to spirituality, has begun to change. "Now we have all sorts of Jewish recovery groups," he said. Over the weekend, "Mark and Harriet are going to address this issue. How do we get the Jewish community to open its doors to people who are seeking recovery? It's a hard issue. We need good will, skill, and honesty. We must be able to look at ourselves and our loved ones, and see ourselves and them for who we are."

Borovitz said that he never lost his connection with his brother — the two talked regularly and to each other when the younger brother was in jail — "but I didn't trust him." Now the trust is back, but it took years. He has learned from that experience, and from his almost 20 years on the bimah, that "it's important to be accepting, but it's important to be able to say to someone, 'I love you even if I don't like your behavior.' And to be able to say the reverse. I used to tell Mark all the time: 'I love you, but I don't like you.'"

Borovitz explained his brother's approach to joy. "Because of Mark's experience, he's learned that every moment of life offers an opportunity and a choice," he said.

As it turns out, Mark Borovitz and Harriet Rossetto were scheduled to arrive in New Jersey on Thursday. That's the yarhzeit of the Borovitzes' father, and of their elder brother as well. "We'll be able to say kaddish together at mincha," the older brother said. "That's sadness and joy together; it's obviously a painful moment in our lives, but we can celebrate our father's and our brother's lives together."