UNITED STATES v RUDERMAN
CR 09-0757 SVW

EXHIBIT 21

# Timothy W. Fong

## PERSONAL HISTORY

Address:     Semel Institute of Neuroscience and Human Behavior at UCLA
             David Geffen School of Medicine
             760 Westwood Plaza, Room C8-887
             Los Angeles, CA 90024

Phone:      310-825-1479
Fax:        310-825-0301
E-mail:     tfong@mednet.ucla.edu
Website:    www.uclagamblingprogram.org

Date of Birth:      3/10/1972; Winfield, IL
Citizenship:        United States of America
Marital Status:     Married

## EDUCATION

1990 - 1994        Northwestern University
                   Evanston, IL
                   B.A. English, B.S. Biology, June 1994

1994 -1998         Northwestern University Medical School
                   Chicago, IL
                   MD, June 1998

1998 - 2002        UCLA – Neuropsychiatric Institute and Hospital
                   Los Angeles, CA
                   Postgraduate Program in Adult Psychiatry

2002 - 2004        UCLA – Neuropsychiatric Institute and Hospital
                   Los Angeles, CA
                   Addiction Psychiatry Fellowship

## LICENSURE

Medical Board of California  (Lisc # A70984)                    exp 3.31.2010
Physician and Surgeon's License

1

Exhibit 21

## BOARD CERTIFICATION

American Board of Psychiatry and Neurology (Psychiatry)
January 2004

American Board of Psychiatry and Neurology (Addiction Psychiatry)
April 2006

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2004 – Present | David Geffen School of Medicine at UCLA<br>Semel Institute of Neuroscience and Behavior<br>Department of Psychiatry and Biobehavioral Sciences<br>Los Angeles, CA<br>Assistant Clinical Professor (Compensated)<br>Director, Impulse Control Disorders Clinic<br>Director, UCLA Addiction Medicine Clinic<br>Co-Director, UCLA Gambling Studies Program |
| 1999 – 2004 | Asian Pacific Counseling and Treatment Center<br>Los Angeles, CA<br>Staff physician and Director of Dual Diagnosis Program (2002) |
| 1992 - 1998 | Northwestern University Medical School<br>Department of Rheumatology<br>Chicago, IL (Part-Time)<br>Research Assistant |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2001 - 2002 | UCLA Psychiatry Residency Program Chief Resident |
| 2002 - 2009 | Board of Directors, California Council on Problem Gambling |
| 2003 - | Reviewer,    *Journal of Gambling Studies*<br>*Annals of Clinical Psychiatry*<br>*Journal of Clinical Psychiatry*<br>*CNS Spectrums (2006 -)*<br>*Journal of Addiction Medicine (2007 - )*<br>*American Journal on Addictions (2007 -)* |
| 2004 - | Consultant and Speaker's Bureau, Office of National Drug Control<br>Policy, National Anti-Drug Youth Media Campaign. |

2

Exhibit 21

|  | Ask the Doc Internet Campaign (2007) |
|---|---|
| 2005 - | Member, Advisory Board,      Psychiatry 2005 |
| 2005 - | Member, Editorial Board,   International Journal of Mental Health and  Addiction |
| 2005 - | Physician Mentor, SAMHSA/ASAM,  Physician Clinical Support System (Buprenorphine) |
| 2005 - | Mentor, Treatment Advocate Program, Reckitt Benckiser Pharmaceuticals |
| 2005 - 2009 | Speaker's Bureau, Forest Pharmaceuticals (Campral) |
| 2006 | Member, Strategic Planning Committee, National Council on Problem Gambling |
| 2006- | Medical Reviewer, Lumetra Ltd. |
| 2007- | Expert Reviewer, Medical Board of California Specialty Area: Addiction Medicine and Addiction Psychiatry |
| 2006- | Member, UCLA Data Safety Monitoring Board: Addiction Medicine |
| 2006- | Grants Reviewer, Ontario Problem Gambling Research Centre, Grants Division |
| 2007- | Member, UCLA Institutional Review Board (Medical IRB-3) |
| 2007- | Career Advisor and Virtual Mentor, David Geffen School of Medicine at UCLA |
| 2007- | Speaker's Bureau, Pfizer Pharmaceuticals (Chantix) |
| 2007 | Reviewer, Society for Research on Nicotine and Tobacco, 2008 Annual Meeting |
| 2007- | Faculty Mentor, UCLA Psychiatry Residency Big Sib Program |
| 2007- | Member, UCLA Medical Staff Committee |
| 2008- | Northwestern University Externship Program, Site Mentor |
| 2008- | Associate Director, UCLA School of Medicine, Psychiatry Clerkship |

3

Exhibit 21

| 2009- | Speaker's Bureau, Lilly Pharmaceuticals (Cymbalta) |
| 2009- | Member, UCLA Medical Education Committee |
| 2009- | Medical Advisor, California Council on Problem Gambling |

## PROFESSIONAL MEMBERSHIPS

| 1998 - | American Psychiatric Association |
| 1998 - | Southern California Psychiatric Society |
| 2000 - | American Academy of Addiction Psychiatry |
| 2002 - | National Council on Problem Gambling |
| 2004 -2007 | College on Problems of Drug Dependence |
| 2007- | American Society of Addiction Medicine |

## HONORS AND SPECIAL AWARDS

| 1995 | Betty Ford Center Summer Institute for Medical Students<br>Awarded scholarship to experience the Betty Ford Center's model of substance abuse rehabilitation. |
| 1995 | Illinois Academy of Family Physician's Summer Externship<br>Awarded one-month externship in Olney, IL to experience rural medicine. |
| 1997 | American Academy of Addiction Psychiatry<br>Medical Student Essay of the Year Award<br>Travel award to attend the annual meeting in San Antonio, TX. |
| 1997 | Rutgers University Summer School of Drug and Alcohol Studies<br>Sciafe Family Foundation Fellowship recipient to attend weeklong seminars addressing clinical treatment of substance use disorders. |
| 2000 | Program for Minority Research Training in Psychiatry<br>Awarded mini-fellowship to attend APA annual meeting in Chicago, IL |
| 2000– 2002 | American Psychiatric Association / AstraZeneca Minority Fellowship |

4

Exhibit 21

Awarded two-year fellowship to become part of organized psychiatry.  Served on the APA component, the Committee on Training and Education in Addiction Psychiatry.

2000
: AAAP Resident Travel Award (Janssen)
Travel award to attend the annual meeting in Phoenix, Arizona.

2002 - 2004
: Program for Minority Research Training Research Fellowship
NIMH funded, full-time research award for two years of post-residency research.

2003
: ACNP Travel Award
Travel Award to attend ACNP annual meeting in San Juan, Puerto Rico.

2004
: Future Leaders In Psychiatry Award
Granted travel award to attend annual meeting sponsored by Emory University to mentor junior academic faculty.

2004 – 2006
: Alcohol Medical Scholars Program
Awarded scholarship to promote education in medical schools regarding the identification and management of substance use disorders.

2006
: Friends of the Semel Institute Travel Award
Awarded travel grant to present work at the annual meeting of the National Council on Problem Gambling.

## RESEARCH GRANTS AND FELLOWSHIPS RECEIVED

2001-2002
: Study Physician
Assessment of potential interactions between intravenous cocaine and selegiline.
Principal Investigator: Tom Newton MD.

2001-2002
: Study Physician
Assessment of potential interactions between intravenous methamphetamine and oral selegiline.
Principal Investigator: Tom Newton MD.

2001 – 2002
: Study Physician
A Phase 3 placebo-controlled, double-blind multi-site trial of lofexidine for opiate withdrawal.
Principal Investigator: Walter Ling MD.

5

Exhibit 21

| | |
|---|---|
| 2002 | Study Physician<br>The effects of methamphetamine on brain metabolism.<br>Principal investigator: Edythe London PhD. |
| 2001 – 2002 | Study Physician<br>Assessment of potential interactions between intravenous cocaine<br>and oral tolcapone.<br>Principal investigator: Tom Newton MD. |
| 2002 – 2003 | Study Physician<br>Assessment of potential interactions between intravenous<br>methamphetamine and bupropion.<br>Principal investigator: Tom Newton MD. |
| 2002 – 2003 | Co-Principal Investigator and Study Physician<br>Nalmefene in the treatment of pathological gambling.<br>Co-Principal Investigator: Tom Newton MD.<br>Sponsored by Oy Contral Pharma Ltd. |
| 2003 – 2005 | Study Physician<br>Assessment of potential interactions between intravenous<br>methamphetamine and oral selegiline.<br>Principal Investigator: Tom Newton MD. |
| 2003 – 2005 | Study Physician<br>Human behavioral pharmacology of GHB.<br>Principal Investigator: John Roll PhD |
| 2003 – 2005 | Study Physician<br>Human methamphetamine use: a model.<br>Principal investigator: John Roll PhD. |
| 2003 – 2005 | Study Physician<br>Sleep and immunity in chronic cocaine use.<br>Principal investigator: Michael Irwin MD. |
| 2003 – 2006 | Co-Investigator<br>Early methamphetamine abstinence: fMRI and cognition.<br>Principal Investigator: Edythe London PhD. |
| 2003 – 2006 | Co-Investigator<br>Nicotine withdrawal, smoking and cognition: an fMRI study.<br>Principal Investigator: Edythe London Ph D |
| 2003 –2005 | Principal Investigator |

6

Exhibit 21

Measuring the effect of context on a delayed discounting task in pathological gamblers.

2003 – 2005    Principal Investigator
               Pre-pulse inhibition of acoustic startle as a measure of behaviorally induced bioactivity in pathological gamblers.

2003 – 2006    Co-Investigator, Site Principal Investigator
               Topiramate in the treatment of pathological gambling: a randomized, double-blind placebo controlled and flexible-dose study.
               Principal Investigator: Susan McElroy and Eric Hollander
               Sponsored by Ortho-McNeil Pharmaceuticals Inc.

2004 – 2006    Study Physician
               Effects of a tumor necrosis factor receptor antagonist (TNF-RA) on sleep and inflammatory cytokine levels in alcohol dependent individuals. Principal Investigator: Michael Irwin MD

2004 – 2006    Study Physician
               A phase I double-blind, double-dummy, randomized, dose-ranging, placebo and active controlled, three period cross-over evaluation of the abuse and liability potential of NS2330 against a known standard stimulant.
               Principal Investigator: Thomas Newton.
               Sponsored by Boehringer Ingelheim, Inc.

2004 – 2006    Study Physician
               Phase I, double-blind, placebo-controlled assessment of potential interactions between intravenous cocaine and ethanol and oral disulfiram.
               Principal Investigator: Thomas Newton MD

2004 –2007     Study Physician
               Double-blind, placebo-controlled assessment of potential interactions between intravenous methamphetamine and aripiprazole
               Principal Investigator: Thomas F. Newton MD

2005 – 2006    Co-Investigator, Site Principal Investigator
               A phase III, randomized, double-blind, placebo-controlled, multi-center study to assess the efficacy and safety on nalmefene HCL in the treatment of pathological gambling.
               Principal Investigator: Jon Grant MD
               Sponsored by Somaxon Pharmaceuticals.

7                                                                    Exhibit 21

2005-2007        Principal Investigator
                 The Impact of Gambling on Los Angeles Asian Communities.
                 This study examined the incidence, prevalence and cultural factors
                 that contribute to pathological gambling on Asian Pacific Islanders
                 who live in Los Angeles
                 Funded by the UCLA Center for Community Partnerships.
                 Amount: $43,000

2006- 2007       Study Physician
                 Aging: Cytokine Mechanisms and treatment of insomnia
                 Principal Investigator:  Michael Irwin

2006-2009        Principal Investigator
                 Efficacy of a Self-Help Workbook for Pathological Gamblers
                 This clinical trial examines the efficacy of a self-help workbook in
                 the treatment of pathological gambling
                 Funded by the State of California, Office of Problem Gambling
                 Amount: $250,000

2006 –2009       Principal Investigator
                 Effectiveness of a Telephone Helpline for Pathological Gamblers
                 This clinical trial examine the effectiveness of a phone intervention
                 treating pathological gamblers who call a telephone helpline
                 Funded by the State of California, Office of Problem Gambling
                 Amount: $250,000

2006  - 2011     Principal Investigator
                 Impulsivity in pathological gambling
                 K23 Career Developmental Award.
                 The purpose of this project is to understand the mechanisms and
                 contributions of impulsivity to pathological gambling.
                 Funded by the National Institutes on Drug Abuse
                 Amount: $620,000

2007 – 2012      Principal Investigator
                 Establishing Best Practices for Pathological Gambling
                 This clinical trial examines the effectiveness of cognitive behavioral
                 treatment for pathological gambling
                 Funded by the State of California, Office of Problem Gambling
                 Amount:  $750,000

## LECTURES AND PRESENTATIONS

8

Exhibit 21

1.    Asian-Americans and Dual Diagnosis.  Presented at The Art of Being Culturally
      Competent: California Mental Health Summit VIII.  Los Angeles, CA  November
      2000.

2.    What Every Internist Should Know About Addictions.  Presented at Harbor UCLA
      Department of Internal Medicine Continuing Education Conference.  Los
      Angeles, CA April 2002.

3.    Medical Student Education in Addiction: Competencies and Resources.
      Presented as aworkshop at the American Psychiatric Association Annual
      Meeting.  Philadelphia, PA, May 2002.

4.    A Review of Pathological Gambling  Grand Rounds Presentation at the Asian
      American Pacific Counseling and Treatment Center.   Los Angeles, CA
      September 2002.

5.    Update on Pharmacological Management of Dual Diagnosis Patients  Workshop
      at the American Academy of Addiction Psychiatry Annual Meeting, Las Vegas,
      NV December 2002.

6.    An Update on Compulsive Gambling.  UCLA Healthcare Community Speaker
      Series.  Santa Monica Hospital, Los Angeles, CA.  November 2002.

7.    Chicken Soup for the Consultation-Liaison Soul.  Grand Rounds presentation at
      the UCLA Consultation-Liaison Services.  Los Angeles, CA January 2003.

8.    Understanding Impulse Control Disorders  UCLA Healthcare Community
      Speaker Series. UCLA-NPI, Los Angeles, CA.  April 2003.

9.    Pharmacologic Management of Impulse Control Disorders  UCLA-NPI Core
      Residency Curriculum, May 2003 – Current (annually)

10.   Bipolar Disorder and Substance Abuse: Diagnostic and Treatment
      Considerations  Healing The Village.  Prototypes Annual Conference. Los
      Angeles Department of Mental Health.  Los Angeles, CA.  May 2003.

11.   Understanding Outcome Measures from Medication Trials of Pathological
      Gambling. National Council on Problem Gambling Annual Meeting.  Louisville,
      KY.  June 2003.

12.   Pathological Gambling and  Comorbid Disorders  Mental Health Systems Annual
      Training. San Diego, CA.  September 2003.

13.   The Causes of Pathological Gambling.  Tumbling Dice:  Problem Gambling
      Awareness Week. Sponsored by the California Nations Indian Gaming
      Association.  Sacramento, CA October 2003.

9

Exhibit 21

14. Diagnosis and Management of Pathological Gambling.  Torrance Memorial Hospital Continuing Education Series.  Torrance CA, November 2003.

15. Buprenorphine and Office-Based Treatment of Opioid Dependence.  Sponsored by the Orange County Psychiatric Association and American Psychiatric Association. Anaheim, CA. February 2004.

16. Pathological Gambling 101.  Edelman Mental Clinic.  Grand Rounds Presentation.  Los Angeles, CA. March 2004.

17. Opiate Detoxification with Buprenorphine.  UCLA Consultation-Evaluation Grand Rounds.  Los Angeles, CA March 2004.

18. Pathological Gambling in Adolescents: No Longer Child's Play.  American Society for Adolescent Psychiatry Annual Meeting.  Los Angeles, CA March 2004.

19. How Impulsive are Pathological Gamblers?  National Council on Problem Gambling 18th Annual Meeting.  Phoenix, AZ June 2004.

20. Understanding and treating the pathological gambler.  Sierra Tucson/Matrix Institute Professional Development Series.  Los Angeles, CA August 2004.

21. Update on Management of Pathological Gambling.  UCLA Annual Review of Psychiatry. Los Angeles, CA.  October 2004.

22. Practical Interventions with Pathological Gamblers  Western Conference on Addictions.  Universal City, CA.  November 2004.

23. Buprenorphine and Office-Based Treatment of Opioid Dependence.  Faculty leader and lecturer. Sponsored by the American Society of Addiction Medicine. Los Angeles, CA.  December 2004.

24. Is there a link between Parkinson's and Gambling?  Young Parkinson's Disease Support Group.  Los Angeles, CA April 2005.

25. Asian Americans and Problem Gambling.  Presented at the NAPAFASA Annual Meeting. Los Angeles, CA.   May 2005.

26. Building the UCLA Gambling Studies Program  UCLA Neuropsychiatric Grand Rounds.  Los Angeles, CA.  May 2005.

27. The Neurobiology of Impulse Control Disorders   UCLA Seminars in Addiction Psychiatry.  Los Angeles, CA May 2005.

10

Exhibit 21

28. The Biopsychosocial Consequences of Pathological Gambling  Symposium presented at the American Psychiatric Association Annual Meeting.  Atlanta, GA. May 2005.

29. Street Drugs and Mental Disorders: Overview and Treatment.  CME Course presented at the American Psychiatric Association Annual Meeting.  Atlanta, GA. May 2005. Toronto Canada.  May 2006.  San Diego, May 2007.  Washington DC May 2008, San Francisco May 2009.

30. Asian Pacific Islander Problem Gambling  Workshop presented at the 2nd Annual API Summit: Unity in Action.  Convened by the State of California API Legislative Caucus.  Sacramento, CA.  June 2005.

31. Problem Gambling Services in California  Workshop presented at IHS/SAMHSA Behavioral Health Conference on Alcohol, Substance Abuse and Mental Health : Weaving Visions for a Healthy Future.  San Diego, CA. June 2005.

32. Pharmacological Management of Addictive Disorders.  Department of Psychiatry Grand Rounds, Oliveview Medical Center.  Sylmar, CA. September 2005.

33. Pathological Gambling 2005: Update on the Hidden Addiction.  Department of Psychiatry Grand Rounds.  Harbor General UCLA Medical Center.  Torrance, CA.  September 2005.

34. Situational Assessment of Problem Gambling Services in California  Plenary session - California County Alcohol and Drug Program Administrators (CAADPAC) Quarterly Meeting. Sacramento CA.  October 2005.

35. Situational Assessment of Problem Gambling Services in California.  Workshop presented at California Association of Alcohol and Drug Abuse Counselors (CAADAC) 25th Annual Conference, Sacramento CA.  October 2005.

36. Pathological Gambling: Phenomena and Forensic Issues.  Panel presentation at 36th Annual American Academy of Psychiatry and the Law (AAPL) Annual Meeting.  Montreal, Canada.  October 2005.

37. Medications for Impulse Control Disorders A Decade of Progress:  UCLA 10th Annual Review of Psychiatry and Psychopharmacology Update.  Los Angeles, CA  October, 2005.

38. Overview of Buprenorphine: Lessons from the Field.  Grand Rounds presented at Coastal Recovery Center.  Wilmington, CA. October 2005.

39. Gambling Treatment in California:  What Every Clinician Should Know. Workshop presented at the 2nd Annual Western Conference on Addictions. Universal City, CA.  November 2005.

11

Exhibit 21

40. Pathological Gambling: Insights on an Emerging Addiction. Grand Rounds presentation at the West Los Angeles Veterans' Administration Department of Psychiatry. Los Angeles, CA November 2005

41. STAT! Writing the Drama in the Medical Drama Medical Expert Panelist, Writers Guild Association of America, Sponsored by Office of National Drug Control Policy. Los Angeles, CA November 2005

42. Effective Treatments for Problem and Pathological Gambling. Office of Problem Gambling Advisory Board. Ontario, CA December 2005,

43. Pharmacological Management of the Dually Diagnosed Patient: 2005 Update. Workshop presented at the 16th Annual American Academy of Addiction Psychiatry Annual Meeting. Scottsdale, AZ. December 2005.

44. Pathological Gambling 2005: Updates on the Hidden Addiction. Grand Rounds Presentation at Cedars-Sinai Medical Center. Los Angeles, CA. December 2005.

45. Biomedical Aspects of Addiction. UCLA School of Public Health and Asian American Studies Department. Los Angeles, CA. January 2006

46. Pathological Gambling: Update on the Hidden Addiction. Psychopharmacology Update 17. Southern California Psychiatric Society. Santa Monica, CA. January 2006.

47. What Every Medical Student Needs to Know About Drugs, Alcohol, Gambling and Sex. Medical Student Selective. David Geffen School of Medicine. Los Angeles, CA. Winter Quarter 2006, Spring Quarter 2007, Fall Quarter 2007, Fall Quarter 2008, Winter Quarter 2008

48. Pathological Gambling: 2006 Update San Diego County Drug and Alcohol Administrators Quarterly Meeting. San Diego, CA February 2006.

49. Asian Pacific Islanders and Pathological Gambling 3rd Annual Asian Pacific Islander Summit. Sacramento, CA. March 2006.

50. America as a Gambling Nation: We're All In! Fiat Lux Freshman Seminar, UCLA College of Arts and Sciences. Spring Quarter 2006

51. Pathological Gambling Among Asian Pacific Islanders. National Council on Problem Gambling Annual Meeting. St. Paul, Minnesota. June 2006

Exhibit 21

52.   Opioid Dependence, Prevention and Management. 2006 Physical Medicine and Rehabilitation Pain Management Symposium. Southern California Permanente Medical Group. Las Vegas, July 2006

53.   Pathological Gambling and Women: Emerging Trends Women in Addiction Monthly Conference Series. UCLA. Los Angeles, CA September 2006.

54.   Gambling Addiction among Asian-American Pacific Islanders. 12th Annual Asian American Mental Health Training Conference. Long Beach, CA. October 2006 **Keynote Address**

55.   The Culture of Dysfunctional Impulsivity in Adolescence. American Academy of Pediatrics: Current Advances in Pediatrics. Irvine, CA. October 2006

56.   New Prevention and Treatment for Pathological Gambling. UCLA 11th Annual Review of Psychiatry. Los Angeles, CA. October 2006.

57.   Dreamland Open Mind Documentary Series, Friends of the Semel Institute. Panel Discussion. Los Angeles, CA November 2006

58.   Pathological Gambling: New Prevention and Treatment Strategies. Evening of Addiction Medicine, California Society of Addiction Medicine. Los Angeles, CA. January 16, 2007.

59.   Brief Interventions for Problem Gamblers. Office of Problem Gambling Advisory Group Annual Meeting. Sacramento, CA. January 23, 2007

60.   Pathological Gambling Among Asians: The Not-So-Hidden Addiction. NIDA Translational Conference: From Community To Bedside. Santa Monica, CA. February 12, 2007.

61.   Applying Neuroscience to Problem Gambling Prevalence Studies. Best Practice In Prevalence Studies of Problem Gambling. Swedish National Institute of Public Health. Ostersund, Sweden. February 21, 2007 **Keynote Address**

62.   Testimony on problem gambling treatment in California. Senate General Committee on Governmental Organization. Sacramento, CA. February 27, 2007

63.   Collecting and Translating Survey Data for Effective Interventions. APA Community Research Roundtable Conference. Los Angeles, CA March 2, 2007.

64.   Adolescent Problem Gambling. Stress, Vulnerability and Serious Mental Disorders. American Society for Adolescent Psychiatry – 2007 Annual Meeting. Santa Monica, CA. March 10, 2007.

13                                                                    Exhibit 21

65.  Better Luck Tomorrow.  Cross-Cultural Movie Night.  UCLA Psychiatry Residency.  Los Angeles, CA.  April 25, 2007.

66.  Pharmacotherapy for Nicotine Dependence.  Exodus Recovery Center.  Venice, CA.  May 14, 2007.

67.  Asian-Addictions and Barriers to Treatment.  American Psychiatric Association Annual Meeting.  San Diego, CA.  May 2007

68.  Is Problem Gambling Neurotoxic?  National Council on Problem Gambling Annual Meeting.  Kansas City, MO.  June 2007.

69.  Pathological Gambling: Causes, Course and Treatment  Psychiatry Grand Rounds, Harbor King-Drew Medical Center.  Los Angeles, CA.  June 26, 2007.

70.  What's New with Gambling and Video Game Addiction?  UCLA Integrated Substance Abuse Program Research Rounds.  Los Angeles, CA.  July 20, 2007

71.  Addiction and an Introduction of Office-Based Treatment of Opioid Addiction.  Armenian American Medical Society of California Monthly Education Series.  Glendale, CA.  July 25, 2007.

72.  Overview of Impulse Control Disorders.  Kaiser Permanente Addiction Training Inservice.  San Diego, CA.  September 18, 2007.

73.  Gambling and the Law: Hidden Addiction With Real Consequences.  UCLA Law School Monday Colloquium Series.  October 1, 2007.

74.  Understanding and Treating Problem Gambling: Translating Neuroscience into Culturally Competent Practices.  Orange County Department of Mental Health.  Santa Ana, CA.  October 9, 2007.

75.  Problem Gambling Among Asian Pacific Islanders.    First Annual Compulsive Gambling Among AAPIs Conference.  New York University.  New York, New York.  October 26, 2007.

76.  The Growth of Gambling in Asia:  Examining the Impact of History and Culture.  National Association of Gambling Studies, 17th Annual Meeting.  Cairns, Australia.  November 19, 2007. **Keynote Address**.

77.  Pathological Gambling 101.  UCLA Department of Psychiatry, Psychiatry Residency Core Curriculum, PGY-3 Resident Curriculum.  Los Angeles,CA.  Annually since 2006..

14                                        Exhibit 21

226

78. Pharmacological Management of the Dually Diagnosed Patient: 2007 Update. 18th Annual American Academy of Addiction Psychiatry Meeting. Coronado, CA. December 1, 2007.

79. Video Game Addictions. UCLA Seminars in Addiction Psychiatry. Los Angeles, CA. December 6, 2007.

80. Co-Occurring Disorders among Asian Americans. Orange County Department of Mental Health: Cultural Competency Training Initiative. Orange, CA. December 10, 2007.

81. 2007 Update on Pathological Gambling. USC Department of Psychiatry Grand Rounds. Los Angeles, CA. December 11, 2007.

82. Pathological Gambling Among College Students. UCLA Student Psychological Services. Los Angeles, CA. January 9, 2008.

83. Clinical Aspects and Treatment Of Addictive Disorders. David Geffen School of Medicine at UCLA, Year 2 -Neuroscience Curriculum. Los Angeles, CA. January 18, 2008

84. Pathological Gambling Among Asian Americans: The Hidden Addiction. San Mateo Behavioral Health – Department of Psychiatry Grand Rounds. San Mateo, CA. January 22, 2008.

85. Pathological Gambling and the Law. Los Angeles Department of Mental Health. Twin Towers Correctional Facility Grand Rounds. Los Angeles, CA. January 30, 2008.

86. Evidence-Based Pharmacotherapies for Addictive Disorders. UCLA Internal Medicine Grand Rounds. Los Angeles, CA. February 6, 2008.

87. Pathological Gambling Among Adolescents: When the Fun Stops? Harbor UCLA Medical Center. Child and Adolescent Psychiatry Grand Rounds. Torrance, CA. February 20, 2008.

88. Recognizing and Managing Addictions: Evidence-Based Lessons. Armeniam American Medical Society of California. Monthly CME Meeting. Glendale, CA. February 27, 2008.

89. Pathological Gambling Among Adolescents: When Does the Fun Stop? UCLA Child-Adolescent Psychiatry Fellowship, 2nd Year Didactic Series. Los Angeles, CA. March 7, 2008.

90. Severe Problems With Self-Regulation: Focus on Addictive Disorders. Southern California Psychiatric Society. Fallbrook, CA. April 12, 2008.

15 Exhibit 21

91.   Pathological Gambling Among Asian-Americans.  Psychiatry Grand Rounds. California Pacific Medical Center.  San Francisco, CA.  April 22, 2008.

92.   Better Luck Tomorrow: Pathological Gambling Among Asian Americans. American Psychiatric Association 161th Annual Meeting.  Washington DC.  May 6, 2008.

93.   Building a Roadmap for Pathological Gambling in the DSM-V.  National Council on Problem Gambling.  Long Beach, CA.  June 28, 2008.  **Keynote Address**

94.   Opioid Dependence and Pharmacological Treatments.  Nevada Academy of Family Physicians, Summer CME Meeting.  Las Vegas, NV.  August 15, 2008.

95.   Compulsive Shopping.      Friends of the Semel Institute Salon.  Los Angeles, CA.  September 9, 2008.

96.   Brief Interventions for Pathological Gambling.   Mid-Central Alliance on Problem Gambling, Annual Meeting.  Cincinnati, Ohio.  September 17, 2008. **Keynote Address**

97.   Asian Americans and Gambling: Insights into a Hidden Addiction:  Kaiser-Permanent San Jose, Department of Psychiatry.  CME Training Event.  San Jose, CA.  October 23, 2008.

98.   Impulse Control Disorders.  UCLA 13th Annual Review of Psychiatry.  Plenary Address.  Los Angeles, CA.  October 24, 2008.

99.   Pharmacotherapy of Dually Diagnosed Patients. US Psychiatric and Mental Health Congress. CME LLC.  San Diego, CA.  October 31, 2008.

100.  Medications for Addictive Disorders. UCLA Internal Medicine Residency Core Curriculum:  PGY-2 and 3.  Los Angeles, CA.  November 12, 2008

101.  Addictive Disorders and Their Treatment.   UCLA Child and Adolescent Psychiatry Fellowship Core Curriculum.   December 2, 2008

102.  Benzodiazepines:  Addiction and Treatment.   UCLA Neuropsychiatry Residency Core Curriculum:  PGY-2.  Los Angeles, CA.  February 2, 2009.

103.  Brief Interventions for Pathological Gambling.    Office of Problem Gambling Advisory Board.  Sacramento, CA.  March 3, 2009

104.  Legal and Clinical Aspects of Pathological Gambling.  Nevada Council on Problem Gambling Statewide Annual Meeting.  Las Vegas, NV.  March 5, 2009. **Keynote Address**

Exhibit 21

105. Forensic Clinical Case Conference: Focus on Pathological Gambling.  Nevada Council on Problem Gambling Statewide Annual Meeting.  Las Vegas, NV. March 6, 2009.

106. Building an Evidenced-Based Treatment System for Pathological Gambling: From Research to the Real World.  California Gambling Control Commission. Sacramento, CA.  March 12, 2009

107. Beating the Odds: Dealing with Problem Gambling in the Asian Community. Asian-American Studies Institute.  University of Massachusetts – Boston. Boston, MA.  March 25, 2009

109. Comparisons of Impulsivity and Neurocognitive Performance Between Social, Problem and Pathological Gamblers.  14th International Conference on Gambling and Risk-Taking. Lake Tahoe, CA.  May 25, 2009.

110. Where Does the Money Come From and Where Does it Go?  2009 Update on Publicly Funded Services for Problem Gamblers.  14th International Conference on Gambling and Risk-Taking.  Lake Tahoe, CA.  May 25, 2009

## BIBLIOGRAPHY

RESEARCH PAPERS (PEER REVIEWED)

## A.    RESEARCH PAPERS:  PEER REVIEWED

1. Leibovich SJ, **Fong TW**, Polverini PJ, Harlow, LA, Koch AE:  Production of angiogenic activity by human monocytes requires an L-arginine/NO synthase dependent effector mechanism.  Proceedings of National Academy of Sciences. 91: 4190-4194, 1994.

2. Szekanecz Z, Haines GK, Harlow LA, Shah MR, **Fong TW**, Fu R, Lin SJW, Rayan G, Koch AE:  Increased expression of synovial adhesion molecules CD 66a, CD 66b, and CD 31 in RA.  Clin. Immun. Immunopathology.  76: 180-186, 1995.

3. Szekanecz Z, Haines GK, Harlow LA, Shah MR, **Fong TW**, Fu R, Lin SJW, Rayan G,Koch AE:  Increased expression of TGF-Beta receptor endoglin and TGF-Beta in RA. Clin. Immun. Immunopathology. 76: 187-194, 1995.

4. Volpert OV, **Fong T**, Koch AE, Peterson JD, Waltenbaugh C, Tepper RI, Bouck NP: Inhibition of angiogenesis by Interleukin-4.  J. Experimental Medicine.  188: 1039-1046, 1998.

17                                          Exhibit 21

5.   Greenberg WM, Ritvo JI, Fazzio L, Bridgeford D, **Fong TW**:  A survey of addiction training programming in psychiatry residencies. <u>Academic Psychiatry</u> 26:105-109, 2002.

6.   Tsuang JT, Ho A, **Fong TW**, Haponski D, Giannini C.  Dual diagnosis and treatment compliance. <u>Psychiatric Services</u>. 54:576, 2003.

7.   **Fong TW**, Ho A, Haponski D, Giannini C, Tsuang JT:  Factors related to poor contact rates of discharged dual diagnosis patients from a psychiatric emergency room. <u>Addictive Disorders and their Treatment.</u> 1:81-88, 2002.

8.   **Fong TW**.  Self-mutilation:  Impulsive traits, high pain threshold suggest new drug therapies. <u>Current Psychiatry.</u>  2: 15-23, 2003.

9.   Tsuang JT, **Fong TW**.  Treatment of patients with schizophrenia and substance use disorders. <u>Current Pharmaceutical Design</u>. 10: 2249-2261, 2004.

10.  **Fong TW**.  Why aren't more psychiatrists prescribing buprenorphine? <u>Current Psychiatry</u>.  3(6): June 2004. Available at: <u>http://www.currentpsychiatry.com/2004_06/0604_Fong.asp</u>

11.  **Fong TW**, Rosenthal R.  The etiology of pathological gambling.   Situational assessment of problem gambling services in California.  California Drug and Alcohol Program, Office of Problem Gambling.  November 2004.

12.  Volberg R, Rugle L, Rosenthal R, **Fong TW**.  Situational assessment of problem gambling services in California.  California Drug and Alcohol Program, Office of Problem Gambling.  November 2004.

13.  **Fong TW**.  The biopsychosocial consequences of pathological gambling. <u>Psychiatry MMC</u>.  2: 22-30, 2005.

14.  **Fong TW**.  The vulnerable faces of pathological gambling.  <u>Psychiatry MMC</u>. 2:34-42, 2005.

15.  **Fong TW**, DeLaGarza R, Newton TF.  A case report of topiramate in the treatment of non-paraphilic sexual addictions.  <u>J Clin Psychopharmacol</u>. 5:512-4, 2005

16.  **Fong TW**.  Types of psychotherapy for pathological gamblers.  <u>Psychiatry 2005</u> 2:32-39, 2005.

17.  Tsuang, JT, **Fong TW**, Pi E.  Pharmacological treatment of patients with schizophrenia and substance abuse disorders.  <u>Addictive Disorders and their Treatment</u>  4:127-137,2005

18

<u>Exhibit 21</u>

18.   Newton TF Roache J, De La Garza RD, **Fong TW**, Wallace C, Li SH, Elkashef A, Chiang N, Kahn R. Safety of intravenous methamphetamine administration during treatment with bupropion. Psychopharmacology. 182:426-35, 2005

19.   Newton TF, De La Garza R, 2nd, **Fong T**, Chiang N, Holmes TH, Bloch DA, Anderson A, Elkashef A: A comprehensive assessment of the safety of intravenous methamphetamine administration during treatment with selegiline. Pharmacol Biochem Behav; 82:704-11, 2005.

20.   Tsuang, JT, **Fong TW**, Lesser I. Psychosocial Treatment of Patients with Schizophrenia and Substance Abuse Disorders. Addictive Disorders and their Treatment 5 (2) 53-66. June 2006.

21.   Newton TF Roache J, De La Garza RD, **Fong TW**, Wallace C, Li SH, Elkashef A, Chiang N, Kahn R. Bupropion Reduces Methamphetamine-induced Subjective Effects and Cue-induced Craving. Neuropsychopharmacology. 31:1537-44, 2006.

22.   **Fong TW**. Adolescent Gambling: No longer child's play. Annals of Adolescent Psychiatry. Volume 29. Analytic Press, New Jersey. 119-147, 2005.

23.   **Fong TW**. More Adolescents are Gambling – With Addiction. Current Psychiatry 5(6). 59-64, 69-70, 2006.

24.   Newton TF, De La Garza RD, **Fong TW**, Chiang N, Holmes TH, Bloch DA, Anderson A, Elkashef A. A comprehensive assessment of the safety of intravenous methamphetamine administration during treatment with selegiline. Pharmacology, Biochemistry and Behavior. 82 (4) 704-711. Dec 2005.

25.   Irwin MR, Olmos L, Wang M, Valladeres E, Lee J, **Fong TW**, Newton TF, Butch A, Cole SW. Cocaine Dependence and Acute Cocaine Decrease Expression of Monocyte Intracellular Proinflammatory Cytokines across the Diurnal Period. Journal of Pharmacology and Experimental Therapeutics. Feb;320(2):507-15, 2007

26.   **Fong TW**. Pathological gambling: phenomena and forensic issues. AAPL Newsletter. July 2006.

27.   Kalechstein A, **Fong TW**, Rosenthal R, Davis A, Vanyo H, Newton TF. Pathological gamblers demonstrate frontal lobe impairments consistent with that previously reported in methamphetamine depdendent individuals. The Journal of Neuropsychiatry and Clinical Neurosciences Neurosciences 19 (3), 298-303. *2007*. PMID#: 17827415

Exhibit 21

28.     DeCastro V, **Fong TW**, Rosenthal RJ, Tavares H.  A comparison of craving, emotional states and personality between pathological gamblers and alcoholics. <u>Addictive Behaviors</u>.  32(8):1555-64 2007 PMID# 17174480.

29.     **Fong TW**.  Understanding and treating compulsive sexual behaviors.  <u>Psychiatry 2006.</u>  3 (11): 51-58, November 2006.

30.     **Fong TW**, Tsuang JT.  Asian, Addictions and Barriers to Treatment.  <u>Psychiatry MMC</u>.  November 2007.  http://www.psychiatrymmc.com/asian-americans-addictions-and-barriers-to-treatment/

31.     **Fong TW**, Rugle L, Rosenthal RJ, Berhnard B.  A double-blind, placebo-controlled study of Olanzapine for the treatment of video poker pathological gamblers.  <u>Pharmacology Behavior and Biochemistry</u>.  89 (3), 298-303.  May 2008 PMID# 18261787

32.     Payer DE. Lieberman MD, Monterosso JR, Xu J, **Fong TW**, London ED.  Differences in Cortical Activity between Methamphetamine-Dependent and Healthy Individuals Performing a Facial Affect Matching Task.   <u>Drug and Alcohol Dependence</u>.  93 (102), 93-102.  Jan 2008.  PMID#17964741

33.     Dickson-Gillespie L, Rugle L, Rosenthal R, **Fong T**.  Preventing the incidence and harm of gambling problems. <u>J Prim Prev</u>. 2008 Jan;29(1):37-55. PMID: 18373202

34.     J Xu, J Monterosso, CP Domier, A Azizian, AL Brody, **TW Fong**, ED London.  Gender Effects on Mood and Cigarette Craving During Early Abstinence and Resumption of Cigarette Smoking.  <u>Nicotine and Tobacco Research</u>. Vol. 10, pp. 1653-1661.  PMID: 18988078

35.     **Fong TW**, Campos MD, Rosenthal R.  Problem Gambling Knowledge and Perceived Community Impact Among Asian-Pacific Islanders and Non Asian-Pacific Islanders  Journal of Immigrant and Minority Health  PMID: 19266282


B.      <u>RESEARCH PAPERS – PEER REVIEWED (IN PRESS)</u>


1.      **Fong TW**, Campos MD, Brecht ML, Davis A, Marco A, Pecanha V, Rosenthal RJ. Prevalence of Problem and Pathological Gambling in a Sample of Casino Patrons.  <u>Journal of Gambling Studies</u>

C.    RESEARCH PAPERS – PEER REVIEWED (SUBMITTED)

1.    **Fong TW**, Rosenthal RJ, Newton TF.  A critical review of outcome measures
      used in medication trials of pathological gamblers.  Submitted Journal of
      Gambling Studies Dec 2008

2.    **Fong TW**, Dickson LD, Rosenthal RJ.  Problem gambling: A comprehensive
      review of social and environmental influences.  Submitted Journal of Social
      Psychology August 2008.

3.    Shead, WN, Derevensky JL, **Fong TW**, Gupta. R. Characteristics of Internet
      Gamblers among a College Sample of Student.  Journal of Prim Prevention.
      January 2009

4.    **Fong TW,** Campos M, Sato A.  Preliminary Evaluation of the Chance 2 Change
      Program: Does Telephone Counseling Work for Gambling Problems?  Addictive
      Behaviors March 2009.

RESEARCH PAPERS (NON-PEER REVIEWED)

D.    RESEARCH PAPERS – NON- PEER REVIEWED

NONE

E.    RESEARCH PAPERS – NON-PEER REVIEWED (IN PRESS)

NONE

F.    RESEARCH PAPERS – NON-PEER REVIEWED (SUBMITTED)

NONE

CHAPTERS

None

CHAPTERS  (In Press)

1.    **Fong TW**.  Gambling Addiction in the Asian American Community.  In Asian
      American Health.  John Wiley and Sons, Inc.  2008.  In Press.

Exhibit 21

2. **Fong TW**. Addictive Disorders and Their Treatment. Behavior and Medicine. 5th Edition. Edited by Danny Wedding and Margaret Stuber. Hogrefe & Huber Publishing. 2009

## LETTERS TO THE EDITOR

NONE

## REVIEWS

1. **Fong TW**. Review of A Handbook on Drug and Alcohol Abuse: 4th edition by Gail Winger, James Woods and Frederick Hoddman. Am J Psychiatry 162:1556-1557, 2005.

2. **Fong TW**. Review of Pathological Gambling , edited by Jon Grant and Marc Potenza. Psychiatric Services 56:1031-1032, 2005

3. **Fong TW**. Review of What's the matter with addiction by Helen Keane. Psychiatric Services. 57 (1): 149-150, January 2006.

4. **Fong TW**. Review of The Science, Treatment and Prevention of Antisocial Behaviors: Evidence-Based Practice Volume II by Diana Fishbein. Psychiatric Services. February 2006

5. **Fong TW**. Review of Clinical Textbook of Addictive Disorders Third Edition edited by Richard Frances, Sheldon Miller and Avram Mack. American Journal of Psychiatry..

6. **Fong TW**. Review of Self-Harm Behavior and Eating Disorders: Dynamics, Assessment, and Treatment Edited by: John Levitt, Randy Sansone, Leigh Cohn. Psychiatry 2006. 4 (1): 24, January 2006.

7. **Fong TW**. Review of Living with a Black Dog. Matthew Johnstone. Psychiatry 2006. March 2006.

8. **Fong TW**. Review of Personality Disorders and Eating Disorders: Exploring the Frontier . ed. Randy Sansone and John Levitt. Psychiatry 2006. November 2006

9. **Fong TW**. Review of Counseling for Problem Gambling: Person-Centered Dialogues by Bryant Jefferies. Journal of Gambling Issues. January 2007

10. **Fong TW**. Review of Problem and Pathological Gambling by James Whelan. American Journal of Addictions. In Press April 2009.

Exhibit 21

11.   **Fong TW.** Review of Overcoming Pathological Gambling: Treatments That Work by Robert Ladouceur and Stella LaChance.  Journal of Gambling Issues. Submitted April 2009.

EDITORIALS

NONE

PAPERS IN PREPARATION (RESEARCH COMPLETED)

1.   **Fong TW**, Kalechstein AK, Monterosso JM, Rosenthal RJ.  The effects of context on a measure of impulsivity in pathological gamblers.

2.   **Fong TW**, Kalechstein AK, Monterosso JM, Jackson BJ, Stote D, Rosenthal RJ. Acoustic startle respnse in pathological gamblers.

3.   Volberg RA, Nysse-Carris K, Gerstein DR, Rosenthal RJ, **Fong TW**.  Gambling and problem gambling in California : Results of a new prevalence survey.

4.   **Fong TW**, Lee T, Campos MK, Rosenthal RJ, Kalechsten AK, Kupper S, Sayers MJ.  Patterns of Gambler's Anonymous Usage.

5.   **Fong TW**, Lopez J, Collard M, Bilkejian M, Rosenthal RJ, Derevensky J.  Risk Factors for Problematic Video Game Behaviors among College Students.  April 2009

6.   **Fong TW**, Campos MD, Brecht ML, Lopez J, Collard M, Marco A, Rosenthal RJ, Hedrick S, Canale TS. Effectiveness of a Self-Help Workbook in the Treatment of Pathological Gambling.

7.   **Fong TW**, Collard M, Lopez J, Sugar C, Alstein L, Marco A.  Dimensional Aspects of Impulsivity Among Gamblers.

8.   Campos MD, Han A, Collard M, Lopez J, **Fong TW**.  Sociopathy among pathological gamblers.

9.   **Fong TW**, Garcia J, Collard M, Lopez J, Hyman M.    Prevalence and patterns of substance abuse among a population of worker's compensation primary care population.

10.  **Fong TW**, Lui C, Kwon HK, Marco AM, Rosenthal RJ.  Problem Gambling among Asian American Pacific Islanders in California.

ABSTRACTS

Exhibit 21

1.  **Fong TW**, Ho A, Giannini C, Haponski D, Tsuang JT. Ethnicity and rates of follow-up among dual diagnosis patients. Presented at Young Investigators Symposium, American Psychiatric Association, May 2001, New Orleans, LA.

2.  Ho A, Tsuang JT, **Fong TW**, Giannini C, Finazzo C, Haponski D. Transition from emergency to routine dual diagnosis patients. Presented at American Psychiatric Association, May 2001, New Orleans, LA.

3.  **Fong TW**, Newton TF, Kalechstein AD, Hooper KB, Ling W. Risperidone blunts cocaine induced craving for cocaine. Presented at College on Problems of Drug Dependence, June 2001, Scottsdale, AZ.

4.  **Fong TW**, Rosenthal RJ. A survey of gambling helplines: What do they do?. Presented at the National Council on Problem Gambling, 16th Annual Conference. June 2002, Dallas TX.

5.  **Fong TW**, Tsuang JT, Ho A. Follow-up rates of discharged dual diagnosis patients. Presented at the Institute for Psychiatric Services, October 2002, Chicago, IL.

6.  **Fong TW**, Rosenthal RJ, Newton TF. Expectations and motivations of research volunteers to a medication trial in pathological gambling. Presented at the National Council on Responsible Gambling Annual Meeting, December 2002, Las Vegas, NV and at the American Academy of Addiction Psychiatry Annual Meeting, December 2002, Las Vegas NV.

7.  **Fong TW**, Newton TF, Mechanic Linda. Cardiovascular effects of bupropion with intravenous methamphetamine. Presented at the American College of Neuropsycharmacology Annual Meeting. December 2003, San Juan Caribe, Puerto Rico.

8.  **Fong TW**, Rosenthal RJ, Oto C, Vanyo H, Chan T, Newton TF. Characterizing the role of context on a behavioral measure of impulsivity among pathological gamblers. Presented at the American Psychiatric Association, Annual Meeting. Astra-Zeneca Evening of Excellence. May 2004, New York, New York, the College of Problem of Drug Dependence. June 2006. San Juan Caribe, Puerto Rico and 16th Annual Academy of Addiction Psychiatry Annual Meeting. December 2005, Scottsdale, AZ..

9.  Stote DL, **Fong TW**, Jackson B, Rosenthal RJ, Oto C, Vanyo H, Chan T, Newton TF. Diminished pre-pulse inhibition in pathological gamblers. Presented at the Society for Neuroscience Annual Meeting. October 2004, San Diego, CA.

10. **Fong TW**, Newton TF, Roache JD, Kalechstein AD, De LaGarza R, Wallace C, Dawes M, Bloch D, Holmes T, Elkashef A, and Chiang N. The subjective effects

Exhibit 21

of intravenous methamphetamine during treatment with bupropion. Presented at the College on Problem of Drug Dependence. June 2005. Orlando, FL..

11.     Payer DE, Albiestegui-Dubois R, Xu J, Monterosso J, **Fong T**, Cohen MS, London ED. Deficits in cortical activation associated with emotion recognition and processing in methamphetamine abusers. Presented at the Society for Neuroscience Annual Meeting. November 2005. Washington DC.

12.     Monterosso JR, Domier C, Cordova X, Xu J, **Fong TW**, London ED. Behavioral and neural activity differences between methamphetamine abusers and controls performing a delay discounting task. Presented at the Society for Neuroscience Annual Meeting. November 2005. Washington DC.

13.     Newton TF, Reid MS, DeLaGarza RD, Palamar J, Mahoney JJ, **Fong TW**, Elkshef A, Mojsiak J, Chiang N, Anderson A, Jackson BJ. A double-blind, placebo-controlled assessment of potential interactions between intravenous methamphetamine and aripiprazole. Presented at the Society for Neuroscience Annual Meeting. November 2005. Washington DC.

14.     **Fong TW**, Schuckit MA, Tapert SF, Guschwan M. A personalized approach to training medical school teachers regarding alcohol and drug disorders: The Alcohol Medical Scholars Program (AMSP). Presented at the American Academy of Addiction Psychiatry 16th Annual Meeting. December 2005. Scottsdale, AZ.

15.     Valladeres EM, Elijammal SM, Lee J, Newton TF, **Fong TW**, Ehlers C, Irwin MI. Sleep dysregulation in cocaine dependence during acute abstinence. Present at the Associated Professional Sleep Societies Annual Meeting. June 2006. Salt Lake City, UT.

16.     Bilezikjian, M, Hull A, Teryzan S, Rosenthal RJ, **Fong TW**. Internet Gambling and Video Gaming: A Survey of UCLA Students. 2007 Josiah Brown Poster Fair. David Geffen School of Medicine. Los Angeles, CA. August 2, 2007.

17.     **Fong TW**, Kalechstein AK, Vanyo H, Davis A, Newton TF. A comparison on neurocognitive performance between pathological gambling and methamphetamine dependence. Annual Meeting, American Academy of Addiction Psychiatry. Coronado, CA. November 30, 2007. NIDA Mentored K Awardees Meeting. Betheseda, MD. July 25, 2008. Available, American Journal on Addictions. 17 (4), July-August 2008, 334.

18.     Garcia J, Hyman M, **Fong TW**. Addiction among worker's compensations patients. 2008 Josiah Brown Poster Fair. David Geffen School of Medicine. Los Angeles, CA. July 31, 2008.

25                                    Exhibit 21

19.   Oh, E. **Fong TW**. Internet Addiction: A General Overview and Associated
      Psychiatric Co-Morbidities.   UCLA Senior Scholarship Day.  David Geffen
      School of Medicine.   Los Angeles, CA.  March 18, 2009.

20.   Chan, AK, Zane, N. **Fong TW**.    An IRT evaluation of the SOGS for Asian-
      Americans. 2009 APA Annual Convention. August 6-9, 2009. Toronto, Canada.

26

Exhibit 21

Medical Expert Evaluation and Testimony Log
Timothy W Fong MD
May 2008

1.     People vs. Charles Yi, Case No: YA056024 at the request of
Richard Kim, Deputy Public Defender
Law Offices of the Public Defender
3655 Torrance Blvd., Suite #200
Torrance, CA 90503

Forensic psychiatry evaluation and report: July 2004
Date of Testimony: October 2004

2.     United States of America vs. Michael Freedman at the request of
Ellen Barry, Esq.
Law Office of Ellen Barry
316 W. 2nd Street, Suite 1202
Los Angeles, CA 90012

Date of evaluation: June 17, 2005

Forensic psychiatry evaluation and report
No court testimony

3.     United States vs. Joshua John Taskey: CR-N-05-86-ECR (RAM) at the
request of

Rene Acosta
Law Offices of the Federal Public Defender
201 W. Liberty St.
Suite 102
Reno, NV 89501

Date of evaluation: October 31, 2005

Forensic psychiatry evaluation and report
Court testimony:  May 1, 2006

4.     United States vs. Reynaldo Garcia-Cunanan: : 3:06-cr-0055-BES-RAM at
the request of

Rene Acosta
Law Offices of the Federal Public Defender
201 W. Liberty St.

Exhibit 21

Suite 102
Reno, NV 89501

Forensic psychiatric evaluation completed:  July 2006
Testimony completed: 11/9/2006


5.      People of California vs. Anthony Cain #VA081911 at the request of

Christopher Apostal
Law Offices of the Public Defender
210 West Temple St.
Los Angeles, CA 90012

Forensic Psychiatric Evaluation completed April 2006

6.      Jim Sweet, Hashim Khidir, Joe Neglia, Christa Khidir, Chris Sweet,
Carolyn Reisen  vs.  PFIZER dba Pharmacia and Upjohn, Boehringer Ingelheim,
DOES 1-100, et al    (No.: ED CV 05-00052 VAP SGLx) at the request of:

Soheila S. Azizi, State Bar No. 167030
Daniel Kodam, State Bar No. 190703
SOHEILA S. AZIZI & ASSOCIATES, P.C.
10213 Foothill Boulevard
Rancho Cucamonga, California 91730
Telephone: (909) 484-9992
Facsimile: (909) 484-0120

Psychiatric evaluation and report completed of Jim Sweet, Hashim Khidir and
Joe Neglia.

7.      Gingher vs. Alza Corporation (Civil Cas 449216) at the request of

Mollie F. Benedict
Tucker Ellis & West LLP
1000 Wilshire Blvd. Suite 1800
Los Angeles, CA 90017

Review of medical records and expert opinion rendered: September 2006

8.      Daniel Branson vs. Grossmont Hospital at the request of

Vogt and Resnick
2216 Colby Avenue
Los Angeles, CA 90064


Exhibit 21

Review of medical records and depositions:     August 2007

9.      Yoshida vs. Mission Community Hospital at the request of
Carroll, Kelly, Trotter, Franzen, and McKenna
111 West Ocean Boulevard 14th Floor
Long Beach, CA 90802

Review of medical records and depositions, expert opinion rendered: July 2007

10.     People vs. Michelle Maclaren CS 280505 at the request of

Law Offices of the Public Defender
County of San Diego
Julie Gibson
75 Third Avenue, Suite 100
Chula Vista, CA 91910

Review of medical records, psychiatric evaluation and written report:   April 2007

11.     People vs. Thomas Sizemore Jr. at the request of

Fay Arfa
Certified Specialist - Criminal Law
Certified Specialist - Appellate Law
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Tel: (310) 841-6805
Fax: (310) 841-0817

Review of medical records, psychiatric evaluation and medical expert testimony:
June 2007

People vs. Clifford Palm at the request of

Law Offices of the Public Defender
David Santiago, Deputy Public Defender
210 W. Temple St. 19th Floor
Los Angeles, CA 90012

Review of medical records, psychiatric evaluation and medical expert testimony:
October 2007

13.     In the Matter of Morton at the request of

Phillips, Lerner, Lauzon and Jamra, L.L.P.
2029 Century Park East

Exhibit 21

Suite 1200
Los Angeles, California 90067

Review of records, correspondences and medical declaration
January 2008

14. Max Wells vs. Smith Kline Beecham Corporation
Civil Action A06CA126LY
United States District Court
Western District of Texas, Austin

David Morris
Winstead PC
401 Congress Ave
Suite 2100
Austin, Texas 78701

Review of records, correspondences, psychiatric evaluation, deposition taken.
January 2008

15. Gonzales vs. Tulare County  at the request of

Justus Spillner
Donna K. Johnston
Paralegal to Justus C. Spillner
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720
Tel: 559-433-2352
FAX: 559-433-2300

Review of records, correspondences, deposition taken.
March 2008

16.   Branson vs. Grossmont Hospital at the request of

James Vogt LLP
Review of records, correspondences and medical declaration
May 2008

17.     People vs. Bradley Bergman at the request of

Fay Arfa
Certified Specialist - Criminal Law

Exhibit 21

Certified Specialist - Appellate Law
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Tel: (310) 841-6805
Fax: (310) 841-0817

Review of medical records, psychiatric evaluation and medical expert testimony:
June 2007

18.     People vs. Jeremy Hoffman at the request of

Pat McGillicuddy LLP
Phoenix, AZ

Review of medical records, psychiatric evaluation and medical expert testimony:
June 2007

19.     LEONE V. NBC UNIVERSAL AT THE REQUEST OF

RONALD PAPELL LLP
11111 SANTA MONICA BLVD
LOS ANGELES, CA 90025

Review of medical records, psychiatric evaluation
March 2009

20.

INDEPENDENT MEDICAL EXAMINATIONS:

1.  BEATRIZ LARES AT THE REQUEST OF:

THE MEDICAL BOARD OF CALIFORNIA (MAY 2007)

Review of records, psychiatric evaluation, generation of medical report.

2.  HOICHI CHEUNG AT THE REQUEST OF

Exhibit 21

THE PHARMACY BOARD OF CALIFORNIA (JUNE 2007)

Review of records, psychiatric evaluation, generation of medical report.

3. Juanita Gandy at the request of

The Medical Board of California (May 2008)

4. Michael McKneely, State Bar Case No. 07-C-13666 at the request of

The State Bar of California (May 2008)

5. Frederick Goodwin at the Request of

The Medical Board of California (March 2009)

Exhibit 21

THE PHARMACY BOARD OF CALIFORNIA (JUNE 2007)

Review of records, psychiatric evaluation, generation of medical report.

3. Juanita Gandy at the request of

The Medical Board of California (May 2008)

4. Michael McKneely, State Bar Case No. 07-C-13666 at the request of

The State Bar of California (May 2008)

5. Frederick Goodwin at the Request of

The Medical Board of California (March 2009)

Exhibit 21