UNITED STATES v RUDERMAN
CR 09-0757 SVW

EXHIBIT 25

# Gregory D. Metzger

13 November 2009

The Honorable John F. Walter
United States District Judge
United States Court House
312 N. Spring Street
Los Angeles, CA 90012

Re: Bradley Lewis Ruderman, Docket No. CR09-757-JFW

Dear Judge Walter,

I am a spiritual counselor at Beit T'Shuvah and a rabbinical student at the Academy for Jewish Religion, California. This letter is written in support of justice and leniency for Brad Ruderman.

For the past seven months, I have come to know, respect and admire Brad. I have watched him confront and face the consequences of his behavior. He openly speaks before groups of recovering gamblers and addicts about the harm he has wrought, the remorse he experiences and his commitment to amend his failures by repairing, to the best of his ability, the damage for which he takes responsibility. Brad is neither naïve nor is he in denial about the scale of this commitment. He is committed.

I take financial responsibility seriously. Prior to attending rabbinical school, I was a National Practice leader for a "Big 4" auditing firm and for a major global consulting firm, where I consulted primarily on ERISA and the best practices in fiduciary management of corporate and government retirement plans and trusts. I also lobbied Congress on behalf of stronger safeguards and retirement security. To be sure, the purpose of my practice and my efforts was to help our clients safeguard and protect over $90 billion in employee retirement savings.

As a spiritual counselor and future rabbi working with clients in today's economy, I am very sensitive to the impact that financial losses have on every facet of investors' lives and those of their families. Therefore, my training and experiences make me uniquely qualified to comment on these issues.

Mr. Ruderman's actions caused damage and pain to investors and their families. However, there is no punishment that will heal their wounds or make up for their losses. Hope for healing wounds, soothing pain and softening scars will come from Brad continuing his path of turning his life toward the service of others, preventing future damage and making amends. This process and Brad's transformation has already begun. I respectfully request that you consider continued treatment and counseling at Beit T'Shuvah as the best solution for society and the best hope for healing the community's wounds.

Sincerely,

8831 Venice Boulevard • Los Angeles • CA 90034

Exhibit 25

282

UNITED STATES v RUDERMAN
CR 09-0757 SVW


EXHIBIT 26



Nancy Mishkin
Chairman of the Board
Harriet Rossetto
Chief Executive Officer
Elaine Breslow
Administrative Director
Rabbi Mark Borovitz
Faina Gellur
Chief Financial Officer
Warren Breslow
Chairman Emeritus
BOARD MEMBERS
Donald J. Berghoff
Lynn Bider
Emily Corleto
Jon Esformes
Mel Gagerman
Bob Gluckstein
Carolyn Gold
Beverly Gruber
Salli Harris
Dr. Susan Krevoy
Diane Licht
Virginia Maas
Bradley H. Mindlin
Donald S. Passman
Ed Praver
Joan Praver
Heidi Praw
Avi Reichental
Dr. Bill Resnick
David Ruderman
Richard Schulman
Annette Shapiro
Ronnie Stabler
Dr. Howard Walluch
Hal Wireman

HONORARY
BOARD MEMBERS

Sheldon Appel
Blair Belcher
Robert Felixson
Herb Gelfand
Brindell Gottlieb
Shelley Kozak
Chuck Maltz
Cheri Morgan
Mike Nissenson
Jan Rosen
Craig Taubman
Greg Vilkin



THE
JEWISH
FEDERATION

Beit T'Shuvah is a constituent
agency of The Jewish Federation

16 November 2009

The Honorable John F. Walter
United States District Judge
United States Court House
312 N. Spring Street
Los Angeles, CA 90012

Re: Brad Ruderman, Docket No. CR09-757-JFW

Dear Judge Walter,

This letter is being written to inform the Court and Counsel of the progress of Mr. Brad Ruderman while he has been a resident of the Beit T'Shuvah Residential Treatment Program. In addition, it is intended to elucidate our position that, rather than prison time, Brad and society might be better served by the completion of a substantial period of time in treatment at Beit T'Shuvah, in conjunction with a lengthy period of probation.

As the Clinical Director, I am responsible for managing an employed clinical staff of 14, as well as 20 volunteer and interning MSW and MFT psychotherapists. My main priorities are overseeing and directing the treatment of each of our clients, matching the appropriate services to the individual needs, in order to maximize treatment outcomes. In addition to my management role, I provide psychotherapy to individuals, couples, and families. Mr. Ruderman is one of my individual therapy clients.

The treatment approach at Beit T'Shuvah can best be described as holistic, integrating the spiritual with the physical and psychological. Each client has a team consisting of an addictions counselor, a 12-Step sponsor, a spiritual counselor (rabbi or cantor), and a psychotherapist. Each client's team, along with the client, maps out an individually tailored weekly schedule of therapeutic activities, with regular progress checks. In addition to one-on-one meetings, the client may be directed to participate in various psycho-educational and process groups, 12-Step groups, Torah study, ethics discussion groups, and a variety of mind/body therapies, as appropriate. Psychiatric intervention is available as well.

I have spent the last seven years at Beit T'Shuvah treating individuals whose traumas and unhealed wounds led them to a variety of addictions, compulsive behaviors, and other maladaptive coping patterns. Addictions and compulsive behaviors are symptomatic of an emotional and spiritual dis-ease, which often leads to antisocial behaviors such as fraud and theft.

Exhibit 26

# Beit T'Shuvah

Upon meeting Mr. Ruderman for the first time, it was apparent that he was a man in great shock and despair. He had just turned himself in for criminal activity related to his investment practice and he was aware that he would likely be facing serious consequences for his actions. At the time, however, when speaking of his activities, Mr. Ruderman (like many in his situation) often minimized his actions and did not take full responsibility for his behavior. Nor did he seem to understand the depth of his own psychosocial issues. It was clear that he had been living a 'false life' for many years. His 'relationships' with others were based on manipulation, gratification, and a narcissistic need for external validation, all the while being unable to tolerate any real feeling or connection and using gambling and reckless behavior to temporarily feel okay. In addition, he was locked into the pursuit of material wealth in order to solidify the image, which he thought would bring him the validation he so desperately needed.

Our initial treatment plan for Mr. Ruderman included the following goals:

- Full admission of his criminal actions.
- Take responsibility for these actions and exhibit remorse.
- Identify and accept that he has a gambling problem, which contributed to his illegal behaviors.
- Learn about gambling addiction and begin participation in Gamblers Anonymous (GA) as well as participate in Criminal and Gangmembers Anonymous (CGA).
- Begin intensive psychotherapy.
- Increase awareness of his authentic self (as opposed to the false or narcissistic self) and the demonstration of congruent behaviors, including greater real interpersonal connection with others.

As our work together began, I observed Mr. Ruderman slowly come to terms with his life, with much pain and shame. Initially, he was more concerned with how his father thought he was doing at Beit T'Shuvah, and was reticent to leave the facility lest he be seen by someone he knows. Again, this demonstrates a focus on image and validation needs. As the therapy progressed, he revealed more of himself and admitted to have been gambling out of control for many years. He actually remembered the experience of placing his first bet over 35 years ago.

Brad met all of the diagnostic requirements for Pathological Gambling and also had a long history of depression and anxiety. As a child, he reports having had several bouts of gastritis, secondary to anxiety, resulting in two hospitalizations. In the ten years prior to turning himself in, it was clear that he led an isolated and incongruent life.

Exhibit 26

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034 . Ph 310.204.5200 . Fax 310.204.8908 . Email:info@beitshuvahla.org

284



**Beit T'Shuvah**

Brad has made considerable progress in the last seven months by immersing himself in the program at Beit T'Shuvah and aggressively working at understanding his actions, exploring their roots and seeking new ways to live a congruent life. Brad has begun to understand the nature of his patterns and how destructive they have been. He has also started to face his demons and begun to learn to deal with them in more healthy and appropriate ways.

So far, Brad has exhibited his progress in the following ways:

- He has fully admitted responsibility for his illegal actions
- Joined the Criminal and Gangmembers 12-Step groups and began working those steps
- He has demonstrated remorse and begun a plan for restitution
- Made several meaningful interpersonal connections including with me
- Participated in family therapy
- He has become an active member of the community
- Has been instrumental in starting an open GA meeting at Beit T'Shuvah as well as gambling specific programming at Beit T'Shuvah
- Volunteers in Partners in Prevention, a youth education and outreach program to prevent addictions and destructive behaviors
- Volunteers in Beit T'Shuvah's career center by aiding residents with various phases of job search
- Attended a part of a recent conference by the National Council on Problem Gambling in Los Angeles

Brad has made significant progress in his time at Beit T'Shuvah. I firmly believe that allowing him to continue along with path would be a service, not only to him, but to society. Brad has already begun to demonstrate a commitment to making restitution and to helping his community through service.

In light of all of the above, I respectfully ask the courts to consider a lengthy probation and continued treatment at Beit T'Shuvah in lieu of Federal prison time for Brad Ruderman.

Sincerely,

Kathy A. Marks, LMFT
Clinical Director
Beit T'Shuvah

Exhibit 26

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034 . Ph 310.204.5200 . Fax 310.204.8908 . Email:info@beitshuvahla.org

285

# UNITED STATES v RUDERMAN
# CR 09-0757 SVW

# EXHIBIT 27

Jeffrey Paul
PRESIDENT

Vivian B. Seigel
CEO

Claudia Finkel
COO

Steven Hirsh
Irving Karp
HONORARY
VICE PRESIDENTS

Eileen Coskey Fracchia
Bradley Gibbons
John Goldsmith
Jared Wolff
VICE PRESIDENTS

Judith Galperson
SECRETARY

Jim Hausberg
TREASURER

DIRECTORS
Alan Adelman
Jess Beim
Ronny Benjumon
Alan E. Berlin
Ruby Bubis
Rhea Coskey
Lawrence Cowan
Robert Dean
Judy Felzenthal
Jessica Fisher
Richard Foos
Julian Galperson
Robert Galperson
Elizabeth Ganz
Donna Ellman Garber
Janice Gerringer
Gregory S. Glazer
Yona Goldberg
Ralph Geldman
Roz Goldsune
Nan Goodman
Bernard Harris
Sali Harris
Cyrus Hekmat
Meyer (Mike) Hersch
Jim Hyman
Carol Jacobi
Orrin Kabaker
Joanne Kirshbaum
Ron Klepetar
Richard Kralstein
Harry Laburger
Pearle Rae Levey
Art Levitt
Ellen Morehead
David Nikayin
Richard Orgell
Eleanor Pacinick
Andrew D. Palmer
Jack Paul
Edgar M. Phillips, Jr
Larry Powell
W. Michael Rosenberg
Don Rosman, M.D
Mel Spitz
Maxine Stern
Steve Sugerman
Ethel Taft
Michael Terner
Ellyn Vickman

PAST PRESIDENTS
Morry Axelrod •
Fred Berne •
Harry Braverman •
Sunny Caine
Joseph Feldman •
Robert Garber •
Irwin H. Goldenberg •
Abner Goldstine
Adrienne Horwitch
Mike Klapper
David Licht
M.M. Chuck Maltz
Edward Marks •
James Mason
George Polinger
Rick Powell
Susan W. Robertson
Donald S. Simons
Jack Suzar
Judge Robert Thompson
Joseph Weiss •
A. Charles Wilson

HONORARY DIRECTORS
John Alschul
Joyce Berger
Arnold L. Gilberg, M.D., Ph.D.
Lawrence M. Grossman
David Klein

• Deceased

JVS
Building better lives,
One job at a time.

Hon. John F. Walter,
United States District Court, Central District of California
312 N. Spring Street
Los Angeles, CA 90012-4793

Dear Judge Walter:

I am employed as a career counselor by Jewish Vocational Service. For the past 5 ½ years I have been assigned as the on-site career counselor at Beit T'Shuvah. I work with residents as they transition from primary care to returning to the world of work. I have known Brad Ruderman for the past 6 months, when he, himself, became a resident. Brad became aware of the great demand for career center services and staffing issues, and immediately offered his services to the career center and residents seeking employment.

For the past 4 months Brad has volunteered his services in the career center. He utilizes his expertise in the business world and as an employer to assist in preparing residents for job searches, interviewing, and follow up activities. In addition, he assists residents in critiquing and revising their resumes. Brad has become an essential asset to residents, me, and the goals of the career center in general.

I understand Brad has engaged in serious and unacceptable decisions in the past. Together, we have had numerous discussions regarding his unacceptable behavior. Brad has faced up to his unacceptable actions, understanding the consequences that go along with them. As someone who works closely with him five days a week, I can attest he continues to express sincere regret, remorse, and repentance for these actions and those harmed.

Respectfully, I request that you take under consideration all the good qualities and acts of service to the community that Brad has demonstrated. I understand that the purpose of incarceration is deterrence and punishment. It is my opinion that both can be accomplished under an extended period of supervised release. In this setting, Brad will be able to continue to be a productive and respectable member of society, utilizing his gifts and experiences to better people's lives, all the while paying his incurred debts.

I have developed a meaningful working relationship with Brad during the past 6 months. He is taking active and conscious steps to make valuable contributions to the community and lead a productive and lawful life. I am confident that he has turned his life around and will not repeat his unlawful and unacceptable behavior in the future.

Respectfully yours,

Lydia Buchman
Career Counselor
Jewish Vocational Service

Jewish Vocational Service
6505 Wilshire Blvd., Suite 200, Los Angeles, CA 90048
(323) 761-8888 f (323)761-8575 TTY (323) 761-5101

22622 Vanowen Street, West Hills, CA 91307
(818) 464-3222 f (818) 464-3375

JVS WorkSource Centers
5757 Wilshire Blvd., Promenade 3, Los Angeles, CA 90036
(323) 904-4900 f (323) 904-4905 TTY (323) 904-4906

13160 Mindanao Way, Suite 240, Marina Del Rey, CA 90291
(310) 309-6000 f (310) 309-6032 TTY (310) 309-6018

www.jvsla.org

Exhibit 27 

# UNITED STATES v RUDERMAN
# CR 09-0757 SVW

# EXHIBIT 28

15260 VENTURA BLVD SUITE 1000
SHERMAN OAKS, CALIFORNIA 91403

DAVID P. RUDERMAN

TEL: 818-382-5720
FAX: 818-382-5705

11 November 2009

The Honorable John F. Walter
United States District Judge
United States Court House
312 N. Spring Street
Los Angeles, CA 90012

Re: Bradley Lewis Ruderman, Docket No. CR09-757-JFW

Dear Judge Walter,

This is the most difficult letter I have ever written. I want to introduce myself as Bradley Ruderman's father. I and my late wife, Judy, raised Brad since birth, and I am afraid that this letter will not do him the justice he deserves.

Bradley was the young man who always excelled in school, graduated with high marks, was an outstanding athlete, and a good friend to many. He has been an incredibly loyal son and brother going far beyond the norm for his friends and family. His business career began with outstanding results and I feel that this may have put pressure on him to succeed beyond his already high expectations. I believe that these pressures to succeed created a strong emotional imbalance resulting in his gambling addiction and his crossing the line into unethical actions in his business.

I believe that the treatment he has been receiving at Beit T'Shuvah and at the UCLA Gambling Studies Program has been of tremendous benefit to him as proved by his starting classes at UCLA in Addiction Studies so that he might pursue his new goal of becoming an addiction counselor. He is also doing career counseling for residents of Beit T'Shuvah. There is no question in my mind that Brad's outlook and attitudes have definitely changed since his entry into Beit T'Shuvah in April of this year. He now understands and obviously demonstrates regret for the damage he has done to family members and others. He has now been able to reconcile with his brother and other family members. At Beit T'Shuvah they have created an atmosphere that has led to Brad's commitment to live ethically and morally. I, as his father, can tell you with utmost certainty that my son has experienced an internal change for the better.

I would respectfully ask that you take this letter as a request for leniency at Brad's sentencing. While there is no question that Brad committed serious offenses, he has now been demonstrating significant progress in his rehabilitation and is attempting to make restitution to his investors. It is my hope that Brad can continue treatment and counseling at Beit T'Shuvah, as opposed to impeding his recovery and return to society by mandating a lengthy prison sentence.

Sincerely,

[signature]

UNITED STATES v RUDERMAN
CR 09-0757 SVW


EXHIBIT 29

Case 2:09-cr-00757-JFW   Document 39-9   Filed 12/15/09   Page 11 of 18   Page ID #:538

LAW OFFICES
## LESTER BOXER
A PROFESSIONAL CORPORATION
1801 CENTURY PARK EAST, SUITE 253
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 553-3344
FAX (310) 553-4939
EMAIL: Lesboxer@Lbapc.com

October 9, 2009

Hon. John F. Walter
United States District Court, Central District of California
312 N. Spring Street
Los Angeles, CA 90012

Dear Judge Walter:

I am writing this letter to you, not as an attorney, but as a person who has known Bradley Ruderman since the day he was born.

I have witnessed Bradley's growth throughout his youth into adulthood. During these years, Brad and his family and my family spent many family outings and vacations together. My wife, Frances, is Brad's Godmother, and, until his Mother passed away, Brad's Mother and my wife were the best and dearest of friends. I've set forth this background and family history so you can appreciate the fact that this letter is not from an acquaintance of Brad and/or his family.

I first learned of Brad's situation from his Father in early April of this year. I was literally speechless as I listened to the severity of what Brad had done to family members and other individuals who entrusted him with considerable sums of monies. I was so taken back. It was almost unreal. I was hearing a story of the elements of a person who, for most of his life, was the complete opposite of the individual being described to me. The young man, who finally purged himself of his wrongdoings spanning over seven years, by confessing to his Father, was unknown to me.

The Bradley Ruderman I have known was a serious, soft spoken UCLA graduate. He was a young adult who was involved in various charities such as The UCLA Foundation, Wilshire Boulevard Temple, Tower Cancer Research, United Jewish Welfare Fund, and Beit T' Shuvah, amongst others.

I've reflected back on how this could happen to a young man with such promise and potential. I feel the seeds leading up to his serious mistakes were planted when his marriage failed, in spite of his efforts to keep the marriage together. Until his divorce, Bradley had never known failure of any substantive degree. He refused to emotionally accept this setback. He developed an almost obsessive attempt to erase this failure and win back his ex-wife through materialistic "success". I feel this was a major factor in causing Brad's character reversal. This suppressed emotional blindness ultimately caused an irreparable rupture throughout his family, friends, and others who respected and trusted the Brad Ruderman they thought they knew.

Exhibit 29

Hon. John F. Walter
October 9, 2009
Page 2

At this stage of his life, through his stay and therapy at Beit T' Shuvah, Brad is finally understanding the damage he has inflicted on the lives of numerous persons. Brad is extremely contrite as he realizes the ramifications of his actions and omissions.

Also, in my opinion, the fact that his ex-wife remarried and is having a child was the door closing on Brad's fantasy. Thereafter, I feel reality began seeping into his conscious thought process, leading to his facing up to what he had done and confessing to his Father.

Brad is preparing himself for sentencing on December 7th, fully aware and remorseful of his wrongdoings.

Please excuse the length of this letter. It's difficult to be brief when you've known someone for all of his life and know of a person's good and exceptional qualities. I am confident that nothing of this nature will ever reoccur involving Brad. If he is allowed, Brad can reclaim himself and once again become a positive influence on society and in his community.

There is no question in my mind that Bradley has to be incarcerated for his serious mistakes, but I feel any sentence beyond a minimum sentence of five to seven years would be a loss to society of a rehabilitated individual.

Respectfully, and Sincerely Submitted,

LESTER BOXER

Exhibit 29

# UNITED STATES v RUDERMAN
# CR 09-0757 SVW

# EXHIBIT 30

Hon. John Walter

United States District Court, Central District of California

312 N spring Street

Los Angeles Ca 90012-4793

My name is Brad Schy and I am the CEO of Musical Chairs Ticket Service. I have known Brad Ruderman for over 25 years. We attended UCLA together and he has been a longtime customer of my business for many years. I am aware Brad has been active in many charities such as the UCLA Alumni association, the Wilshire Blvd Temple, and the Beit T'Shauuah. In the years that I have known Brad he has always been friendly, hardworking and honest with regards to our business. I really admire the way Brad has owned up to the mistakes he has made and is looking to do whatever is needed to rectify the damage done. He is attempting to make restitution by raising money to repay those that have been harmed. I know that he has entered into Rehab and is working with a psychologist to work on his own issues and well, so that he can become a better person and positive contributor to the community. .

Sincerely,

Brad Schy

Musical Chairs Tickets

(310) 207-7070

Brad@musicalchairstickets.com

Exhibit 30

UNITED STATES v RUDERMAN
CR 09-0757 SVW


EXHIBIT 31

*Donald S. Hirsch*
850 So. Birchwood Dr.
Los Angeles, CA 90024

Honorable John F. Walter
United States District Court, Central District of California
312 N. Spring Street
Los Angeles, CA 9002-4793

October 12, 2009

To: Honorable John F. Walter:

Both my wife, Darrelle and I have been close friends of the Ruderman family for 35 to 40 years. Darrelle is an interior designer working in the industry for 47 years. I am semi-retired after being associated with the liquor industry for 48 years after serving in the U.S. Army for 3 years during the Korean conflict.

We have known Bradley since he was very young, due to our friendship with his parents. During that time our families have had many social events that have included both our children and the Ruderman family. Once Brad was finished with college we would see him at many charitable functions that he was involved with, as either a sponsor or worker. For many years Bradley has been a member of Wilshire Blvd Temple, and we would see him at various religious holidays and then have lunch or dinner with him and his family.

We know that Brad understands he has made a serious mistake and has faced up to this by taking full responsibility. He is showing his desire to become a model citizen by moving into B'eit T'Shuvah to receive professional help as well as help from U.C.L.A. This has helped turn around his thinking; and he understands his mistakes so they will never occur again.

Bradley has made numerous contributions during his life in order to help others. He has been a donor to Tower Cancer and to B'eit T'Shuvah, as well as raising funds for them.

In addition he has donated money to Wilshire Blvd Temple and served on a committee to raise funds for their schools. He is also involved in the Michael J. Fox organization in raising funds and awareness of Parkinson's disease and he is a donor to U.C.L.A.

I am requesting you impose a lenient sentence in consideration of the good Brad has done in the past and how he has turned his life around in understanding his mistakes and working towards becoming an upstanding citizen in our community.

I am confident that Brad has learned from his errors and this will never occur again as he will become an asset to our society.

*[signature]*
Donald S. Hirsch