UNITED STATES v RUDERMAN
CR 09-0757 SVW


EXHIBIT 32



Nancy Mishkin
Chairman of the Board

Harriet Rossetto
Chief Executive Officer

Elaine Breslow
Administrative Director

Rabbi Mark Borovitz

Faina Geller
Chief Financial Officer

Warren Breslow
Chairman Emeritus

BOARD MEMBERS

Donald J. Berghoff
Lynn Bider
Emily Corleto
Jon Esformes
Mel Gagerman
Bob Gluckstein
Carolyn Gold
Beverly Gruber
Salli Harris
Dr. Susan Krevoy
Diane Licht
Virginia Maas
Bradley H. Mindlin
Donald S. Passman
Ed Praver
Joan Praver
Heidi Praw
Avi Reichental
Dr. Bill Resnick
David Ruderman
Richard Schulman
Annette Shapiro
Ronnie Stabler
Dr. Howard Wallach
Hal Wiseman

HONORARY
BOARD MEMBERS

Sheldon Appel
Blair Belcher
Robert Felixson
Herb Gelfand
Brindell Gottlieb
Shelley Kozek
Chuck Maltz
Cheri Morgan
Mike Nisserson
Jan Rosen
Craig Taubman
Greg Vilkin



THE
JEWISH
FEDERATION

Beit T'Shuvah is a constituent
agency of The Jewish Federation

The Honorable John F. Walter
United States District Judge
United States Court House
312 N. Spring Street
Los Angeles, CA 90012

Re: Bradley Ruderman, Docket No. CR09-757-JFW

Dear Judge Walter,

My name is Mark Borovitz and I am the Senior Rabbi of Beit T'Shuvah, the only Jewish faith-based residential Addiction Recovery Center in the United States. I am also a recovering Alcoholic and a recovering Criminal. I spent time in the State of California Criminal Justice System for a variety of "white collar" crimes, ranging from cons to insurance frauds to forgeries and bad checks. I had a Spiritual Awakening some 21 years ago and have dedicated my life to helping others who have lost their way and, hopefully, preventing our teens and college students from losing the path of decent living. I became a Rabbi after my incarceration was over. I say all of this as a preface for my thoughts and comments on Bradley Ruderman.

I have known Mr. Ruderman for many years. Prior to this past April, Mr. Ruderman never had anything to do with me. He did not want to engage in discussions, even when a family member was at Beit T'Shuvah for a drug addiction. He was an arrogant, mean and conceited young man. He knew everything and could not hear anything that anyone else had to say if it didn't agree with his view.

This changed this past April. Mr. Ruderman had asked me for help because his hedge fund had lost investors, not money, because people were pulling their money out of the market and some had lost money with Bernie Madoff. I did not know anyone who had the kind of money he was looking for from investors and I did know someone who handled other people's money. Bradley assured me that the returns were stellar and I made a call for him. He had an appointment to see this person and the Sunday before his appointment, he realized that he could not carry off his lies and deceit anymore. He never made the appointment and, instead, went to his attorney and turned himself into the US Attorney's Office. He also moved into Beit T'Shuvah that week.

Since that time, I can say that Bradley Ruderman has had a Spiritual Awakening. He is aware of the wreckage he wrought. He is acutely aware of how he has put a stain on his families stellar reputation both in the financial world and the world of Jewish Charity in Los Angeles. He is aware of his alcohol and gambling

Exhibit 32

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034 . Ph 310.204.5200 . Fax 310.204.8908 . Email:info@beittshuvahla.org

293



**Beit T'Shuvah**

Nancy Mishkin
Chairman of the Board

Harriet Rossetto
Chief Executive Officer

Elaine Breslow
Administrative Director

Rabbi Mark Borovitz

Faina Geller
Chief Financial Officer

Warren Breslow
Chairman Emeritus

BOARD MEMBERS

Donald J. Berghoff
Lynn Bider
Emily Corleto
Jon Esformes
Mel Gagerman
Bob Gluckstein
Carolyn Gold
Beverly Gruber
Salli Harris
Dr. Susan Krevoy
Diane Licht
Virginia Maas
Bradley H. Mindlin
Donald S. Passman
Ed Praver
Joan Praver
Heidi Praw
Avi Reichental
Dr. Bill Resnick
David Ruderman
Richard Schulman
Annette Shapiro
Ronnie Stabler
Dr. Howard Wallach
Hal Wiseman

HONORARY
BOARD MEMBERS

Sheldon Appel
Blair Belcher
Robert Felixson
Herb Gelfand
Brindell Gottlieb
Shelley Kozek
Chuck Maltz
Cheri Morgan
Mike Nissenson
Jan Rosen
Craig Taubman
Greg Vilkin

addictions. He is aware that he lived a false life for most of his lifetime. He also is aware of how this false life kept him from attaining everything that he truly wanted in life.

As I said in the beginning of this letter, Judge Walter, I am acutely aware of cons. I can say without reservation that the change in Bradley Ruderman is sincere and real. Bradley has given the same energy to being in recovery as he did in hiding and lying and cheating others. He is of service to people at Beit T'Shuvah. He is very involved in three 12-Step programs, AA, GA and CGA, the latter a new 12-Step program for people who are addicted to Crime and Indecent actions. This program helps people stop the behaviors that get them into trouble even when sober. Bradley has studied Torah and is deeply committed to growing his Soul/Spirit. Each and every day Bradley has remorse for his actions. He is deeply ashamed of his behaviors and the destruction that they have caused. He has expressed his intention to repay the investors whatever he can for the rest of his life.

Your Honor, none of Bradley's actions in recovery dismiss the harm and crimes that he is in front of you for. He did these crimes, he has admitted this, which as I am sure you know, is the first step toward change. He is not blaming anyone, he is not a victim, he knows and admits that he is the perpetrator. What his recovery does say, however, is that change is possible and desired by Bradley Ruderman. A long prison term will not, in my humble opinion, serve the victims, society and/or Bradley. I ask you to consider the value Bradley has to help others not follow his path, especially young people who think that net worth equals self-worth. Bradley has been speaking to young people in this effort and has proven quite effective in getting this message through to them.

Thank you for listening to me and thank you for considering my words in making your decision.

Sincerely,

Rabbi Mark Borovitz



THE JEWISH FEDERATION

*Beit T'Shuvah is a constituent agency of The Jewish Federation*

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034 . Ph: 310.204.5200 . Fax 310.204.8908 . Email:info@beittshuvahla.org

Exhibit 32



Nancy Mishkin
Chairman of the Board

Harriet Rossetto
Chief Executive Officer

Elaine Breslow
Administrative Director

Rabbi Mark Borovitz

Faina Geller
Chief Financial Officer

Warren Breslow
Chairman Emeritus

BOARD MEMBERS

Donald J. Berghoff
Lynn Bider
Emily Corleto
Jon Esformes
Mel Gagerman
Bob Gluckstein
Carolyn Gold
Beverly Gruber
Salli Harris
Dr. Susan Krevoy
Diane Licht
Virginia Maas
Bradley H. Mindlin
Donald S. Passman
Ed Praver
Joan Praver
Heidi Praw
Avi Reichental
Dr. Bill Resnick
David Ruderman
Richard Schulman
Annette Shapiro
Ronnie Stabler
Dr. Howard Wallach
Hal Wiseman

HONORARY
BOARD MEMBERS

Sheldon Appel
Blair Belcher
Robert Felixson
Herb Gelfand
Brindell Gottlieb
Shelley Kozek
Chuck Maltz
Cheri Morgan
Mike Nissenson
Jan Rosen
Craig Taubman
Greg Vilkin



Beit T'Shuvah is a constituent agency of The Jewish Federation

November 20, 2009

The Honorable John F. Walter
United States District Judge
United States Court House
312 N. Spring Street
Los Angeles CA 90012

To the Honorable Judge Walter:

Re:     Bradley Ruderman, Docket No. CR09-757-JFW

I am the founder and CEO of Beit T'Shuvah, the residential recovery center where Mr. Ruderman is a resident.

I have known Brad peripherally for the last five years as a family member when his sister was a resident at Beit T'Shuvah. Ironically, Brad was seen as the successful child in the family, the one who lived up to parental expectations. When Brad was exposed and arrested and asked to come to Beit T'Shuvah, I was initially skeptical. I was afraid he would be arrogant and resistant, see himself as superior to the other residents.

This was not the case. From the beginning of his stay Brad has participated in every aspect of our program. He has accepted full responsibility for his egregious behavior, feeling guilt and remorse for all the people he has harmed. He has shared these feelings openly in group therapy and family therapy. He has accepted that he is a compulsive gambler and is an active member of Gamblers Anonymous. Additionally he is of service to the community, volunteering in the Career Center in his free time and speaking to teens about the dangers of compulsive gambling.

Your Honor, in my professional opinion, the change in Bradley Ruderman is sincere. He has taken off the mask behind which he has been hidden for much of his life and revealed his insecurities and vulnerabilities. He needs to continue the process of change in a therapeutic environment. The prison environment would require that he reassemble his defenses and hide his real self, which would be counterproductive to his recovery.

Therefore, I am recommending that he be sentenced to continue his recovery at Beit T'Shuvah for as long as the Court deems adequate.

Sincerely,

Harriet Rossetto, LCSW
CEO

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034. Ph 310.204.5200. Fax 310.204.8908. Email info@beittshuvahla.org

Exhibit 32

295

# UNITED STATES v RUDERMAN
# CR 09-0757 SVW

# EXHIBIT 33

Case 2:09-cr-00757-JFW   Document 39-10   Filed 12/15/09   Page 5 of 16   Page ID #:550



Case 2:09-cr-00757-JFW   Document 39-10   Filed 12/15/09   Page 6 of 16   Page ID #:551

November 22, 2009

Nancy Mishkin
Chairman of the Board

Harriet Rossetto
Chief Executive Officer

Elaine Breslow
Administrative Director

Rabbi Mark Borovitz

Faina Geller
Chief Financial Officer

Warren Breslow
Chairman Emeritus

BOARD MEMBERS

Donald J. Berghoff
Lynn Bider
Emily Corleto
Jon Esformes
Mel Gagerman
Bob Gluckstein
Carolyn Gold
Beverly Gruber
Salli Harris
Dr. Susan Krevoy
Diane Licht
Virginia Maas
Bradley H. Mindlin
Donald S. Passman
Ed Prayer
Joan Prayer
Heidi Praw
Avi Reichental
Dr. Bill Resnick
David Ruderman
Richard Schulman
Annette Shapiro
Ronnie Stabler
Dr. Howard Wallach
Hal Wiseman

HONORARY
BOARD MEMBERS

Sheldon Appel
Blair Belcher
Robert Felixson
Herb Gelfand
Brindell Gottlieb
Shelley Kozek
Chuck Maltz
Cheri Morgan
Mike Nissenson
Jar Rosen
Craig Taubman
Greg Vilkin

The Honorable John F. Walter
United States District Judge
United States Court House
312 N Spring Street
Los Angeles, CA 90012

Dear Judge Walter:

    I am writing this letter on behalf of Brad Ruderman who has been under our care at Beit T'Shuvah for issues surrounding alcoholism, gambling, and criminal behavior. Since early in his stay at Beit T'Shuvah, Mr. Ruderman has clearly identified in the process of recovery, found meaning in making positive changes in his life, and been driven toward the act of repentance/amends.

    This has been evidenced by Mr. Ruderman consistently being a positive model of recovery to the residents of this house along with consistent commitment to his own process of change. Mr., Ruderman has been active in the fellowships of Alcoholics Anonymous, Gamblers Anonymous, and Criminal and Gang Members Anonymous, The latter of the two Mr. Ruderman has in fact obtained sponsors, and is in the process of the steps.

    During his stay, I have acted as his day to day case manager/counselor. During that time I have seen Brad find humility towards his crime, empathy towards his victims, and has consistently been willing to engage in the process of introspection, and face his life issues along with his past.

    Finally, Brad through his actions demonstrates the desire to "right his wrongs." This is best evidenced in the active leadership role that he has taken in our career office by coaching others. It is our belief that individuals have the propensity to use their past to improve other individual lives. Brad's entrepreneurial skills, which he once used to betray and injure people have been transformed into the very vehicle in which to help others. Most of Brad's days when not in treatment are spent in the active role of helping individuals with their resumes, taking clients to job interviews while offering support, researching employment opportunities, and being helpful in our career center in anyway he can. Please consider all of the above during Mr. Ruderman's



THE
JEWISH
FEDERATION

Beit T'Shuvah is a constituent
agency of The Jewish Federation

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034 . Ph 310.204.5200 . Fax 310.204.8908 . Email:info@beittshuvahla.org

Exhibit 33

296



Nancy Mishkin
Chairman of the Board

Harriet Rossetto
Chief Executive Officer

Elaine Breslow
Administrative Director

Rabbi Mark Borovitz

Faina Geller
Chief Financial Officer

Warren Breslow
Chairman Emeritus

BOARD MEMBERS

Donald J. Berghoff
Lynn Bider
Emily Corleto
Jon Esformes
Mal Gagerman
Bob Gluckstein
Carolyn Gold
Beverly Gruber
Salli Harris
Dr. Susan Krevoy
Diane Licht
Virginia Maas
Bradley H. Mindlin
Donald S. Passman
Ed Praver
Joan Praver
Heidi Praw
Avi Reichental
Dr. Bill Resnick
David Ruderman
Richard Schulman
Annette Shapiro
Ronnie Stabler
Dr. Howard Wallach
Hal Wiseman

HONORARY
BOARD MEMBERS

Sheldon Appel
Blair Belcher
Robert Felixson
Herb Gelfand
Brindell Gottlieb
Shelley Kozek
Chuck Maltz
Cheri Morgan
Mike Nissenson
Jan Rosen
Craig Taubman
Greg Vilkin


THE
JEWISH
FEDERATION

Beit T'Shuvah is a constituent
agency of The Jewish Federation

upcoming sentencing. If you should have any questions please do not hesitate to call me at 310-204-5200.

Sincerely Yours

Adam Mindel - Program Coordinator
Beit T'Shuvah
CAADCA, MFTT

Residential Treatment and Prevention Center / 8831 Venice Blvd., Los Angeles, CA 90034 . Ph 310.204.5200 . Fax 310.204.8908 . Email: info@beittshuvahla.org

Exhibit 33

297

UNITED STATES v RUDERMAN
CR 09-0757 SVW


EXHIBIT 34

Honorable John F. Walter,
United States District Court, Central District of California
312 N. Spring Street
Los Angeles, Ca 90012-4793

    My name is Bonnie Reich, and I am a resident of Beit TShuvah, the same residency of Brad Ruderman. I arrived at Beit TShuvah a broken soul, chemically dependant to multiple substances and mentally unstable, lacking most if not all sense of what is real and what is not. I've been a drug addict for 7 of my 19 years of life, in and out of rehabilitation centers since age 13 and in and out of jail since age 17. My life crumbled when my family disowned me, the police were after me, and I was 18 years old living on the streets falling deeper into psychosis as the days passed. When I arrived, I was full of conspiracies and fear, but almost the minute I sobered up, I could swear I felt the grace of god pulling me out of my psychosis and back into reality. That feeling alone brought me to my knees, and getting to live life again without fear was so overwhelming and liberating that I decided pretty quick that this was the way I wanted to go, and I wasn't going to look back. Beit TShuvah has given me the gift of life, the ability to renew my life, and they've taught me that I only have today, so despite my past I can still make a positive difference in the world and become a better person.

    I've been a resident here for 4 months, and I met Brad in the first month of my stay here. I've confided in Brad my struggles with attaining a healthy diet, and he's helped me a lot in finding suitable habits for my needs in that department, as well as in a healthy exercise routine to top it off. Brad also knows of my struggle with finding a job, and not only has he helped me with my fear of interviewing, but has tipped me in on multiple occasions about places that are hiring, and even going as far as driving me around town to places to apply or interview.

Exhibit 34

I've heard Brad speak about his past and the mistakes he's made. I've heard a lot of people speak on there past. Brads stood out to me because I could hear the remorse in his voice for the things he's done. Not only did I hear it, but day to day I *see* Brad striving to do the right thing, to help people in there struggles in every way he can, and by being an example people look up to. Brads one of the few people I know I can rely on because he's *proved* to me and countless other that he is someone to rely on. Brad, to me, is an example of good health, mentally and physically, a friend I can trust, a person who prides himself on honestly and caring for his fellows, and just an all around good person.

There are few people I could say are putting there all into a new, better life, and Brad is one of them. Not only do I see significant changes in him for the time I've met him, but he's helping others get on the same path.

I understand that the reason to sentence is to impose punishment, deterrence, and to protect society. It would seem counter-productive to incarcerate Brad when he has so much to offer society. A more effective means of sentencing would be to alternatively have Brad be under your custody here, at Beit TShuvah. In this respect he would be able to continue his repentance for his horrific behavior while at the same time being of significant value to the community.

Brad now understands what it means to live life on his own terms, to not equate self-worth with net-worth. Thus I am very confident that nothing remotely close to this will ever happen again. Thank you for your consideration.


Sincerely,

Bonnie S. Reich

Exhibit 34

November 25, 2009

Jeff Michaelson
8831 Venice Blvd.
Los Angeles, Ca 90034

Honorable Judge John F. Walter
United States District Court, Central District of California
312 N. Spring Street
Los Angeles, CA 90012-4793

Re: (A letter of reference in support of Mr. Ruderman's dramatic character transformation and plea for consideration of said when issuing sentence)

Dear Honorable Judge John F. Walter:

Thank you for taking this letter and consider my character reference. The undersigned met Mr. Brad Ruderman ("Ruderman") approximately six months ago in May 2009 when he moved into Beit T'Shuvah to receive treatment. Although I have had a relatively short time to develop a personal relationship with Ruderman, because of mutual interests and the close proximity in which we live I have come to consider Ruderman a very close personal friend. Moreover, the treatment program has encouraged us to share our feelings in daily group therapy and it is in this environment that I have witnessesed Ruderman express his deep personal remorse for his shortcomings and the pain that his victims have experienced as a direct result of his prior actions.

I choose to use the word prior to characterize his past actions because it is indeed prior past behavior that in no way reflects the dramatic change in Ruderman's current personal makeup including his metamorphosis in all areas of his personality including but not limited to; personal values, emotional development, personal integrity, and a newly formed spiritual foundation.

I never knew Ruderman when he was involved in his prior life and in no way can I even imagine that he committed what his accusers have alleged. He is a former shadow of that distant individual and as such I cannot relate or conceive that he did what his prosecutors say he did. This is immaterial because I can only judge an individual based on their current standing and please trust me when I say in all earnestness that Ruderman is committed to assisting those he may have harmed and making amends to those that he effected and because of his new found moral calling he will make restitution in due time. To this end, I know he intends to help those who are less fortunate by assisting myself and many more individuals in this program reach their true potential. How does he do that? He is deeply committed to assisting others re-build their lives by attaining gainful meaningful employment.

As a graduate of a distinguished university and recipient of trading certifications he is uniquely capable of drafting resumes, cover letters, and developing employment

Exhibit 34

1

2

strategies for those that have lost their way. I personally witnessed such acts and I have also been fortunate to hear him speak and when he speaks publicly it is with integrity. During our personal conversations he has expressed his desire to ensure that other people do not fall victim to his deadly addiction ("GAMBLING"). Ruderman's new personal commitment involves his willingness to battle this disease in a variety of forums including public speaking, peer counseling, providing recommendations to official boards and his devoted following as a member of Gambler's Anonymous ("GA").

Every day he battles his addiction and helps to ensure others do not fall victim to the hardship he has experienced from the disease of gambling. I sincerely hope that the mitigating circumstances I have just described are taken with all due veracity and factored into the calculus when rendering his sentence. I hope to see Ruderman continue his work and pursue his new found passion (battling gambling) as a member of society that can bring light and peace in a world where others suffer from his past affliction. I know that as a free man with direct police supervision (probation) he can continue to be a leader, waging war on gambling addictions. Like the mythical creature, the Phoenix, Ruderman has prevailed through the fiery furry to re-emerge as a leader dedicated to preventing and someday obliterating the gambling disease that has plagued so many lives.

I will and am prepared to testify if called to attest to the forgoing. In closing, I ask that the court focus on the change and most importantly the actions that Ruderman is prepared to take to make amends and <u>not</u> his prior antiquated behavior that bears no resemblance to the man that stands before you today.

Respectfully Submitted,

_____
Jeff A. Michaelson
Beit T'Shuvah resident

Exhibit 34

Hon. John F. Walter
United States District, Central District of California
312 N. Spring Street
Los Angeles, CA 90012-4793

11-10-09

Dear Judge Walter:

I am a resident at Beit TShuvah and have been here voluntarily for the past 16 and half months. I have the same amount of time clean from drugs and alcohol. I attend 5-9 AA meetings a week I have an AA sponsor and three "sponsees". I take advantage of all the resources at Beit TShuvah including counseling, therapy, torah study, and studying with Rabbi's. I work at a call center selling DirecTV and was named to a special department ranking me in the top 0.25% of 24,000 telephone personal.

I meet a lot of people here and am careful about whom I hang out with here. I immediately was impressed when I met Brad Ruderman over 6 months ago and it has been an honor to get to know him. I noticed Brad to be always willing to be of service to other residents regardless of how he felt about them. I notice this type of behavior from Brad on a regular basis.

Brad has done great things at the career center at Beit TShuvah. I am aware that the job acquisition rate of residents has sky rocketed since Brad began his involvement in the career center. I feel this is no small accomplishment given the difficult economic climate.

What's more, Brad has even taken extra time to help me personally reestablish myself in commercial real estate, a dream I thought impossible until I sought his council. He has been a great motivating force to help me reengage in my true passion.

I wholeheartedly believe Brad has made a wretched mistake. In our frequent discussions on the topic he discusses regret for the "transgressions", and expresses remorse for all the harm he caused. I am confident that this was and will be a one time incident for him.

Your honor, please take into consideration this letter speaking to Brad Ruderman's willingness to help others and realize the potential he possesses to be of service. I comprehend that incarceration acts as a punishment and deterrent. At Beit TShuvah, over one-third of our residents are here as an "alternative sentence". I know that Brad has done wrong. I also know that a lengthy incarceration will be of little value to any party: the victims in getting their money back, Brad in his rehabilitation, and society overall.

Yours truly,

Nathan R. Cohen
(317) 418-4157

Exhibit 34

UNITED STATES v RUDERMAN
CR 09-0757 SVW

EXHIBIT 35



www.bobcohenlaw.com

BOB M. COHEN
bob@bigverdict.com

BASEL G. JAMRA
basel@bigverdict.com

MICHAEL M. MARZBAN
mike@bigverdict.com

OF COUNSEL
STERLING KERR*
MEMBER OF NEVADA BAR
sterling@bigverdict.com

OF COUNSEL
BARRY L. COHEN
barry@barrylcohen.com

MICHAEL AZIZI
ADMINISTRATOR
michael@bmclaw.net

DAVID SARFATY
INVESTIGATIONS DIRECTOR
david@bmclaw.net

ANDREA LAMM
ACCOUNTING DEPARTMENT
andrea@bmclaw.net

ALL REPLIES TO:
P.O. BOX 18200
ENCINO, CA 91416

SAN FERNANDO VALLEY
16000 Ventura Blvd.
Suite 701
Encino, CA 91436
(818) 986-3332

LAS VEGAS AFFILIATE*
3525 East Harmon Ave.
Las Vegas, NV 89121
(800) 999-4878

FACSIMILE (818) 986-5879
TOLL FREE (800) 999-4878

November 30, 2009

Hon. John F. Walter,
United States District Court, Central District of California
312 N. Spring Street
Los Angeles, CA 90012-4793

Your Honor:

I want to say something atypical from what I am certain you regularly read in situations, such as this-words that will lead you to make an exceptional sentencing decision. I urge you, in the strongest terms, to give great weight to my remarks about Brad Ruderman, as my aim is for you to realize that Brad is truly worthy of every benefit he asks for, relative to your sentencing decision. My remarks are based upon a long standing and personal relationship with the entire Ruderman family and in particular Brad.

There are two Brad Rudermans. You now see the Brad, who has acknowledged breaking the law and hurting friends and relatives in the process. That Brad Ruderman makes no excuses for his conduct. He came forward to acknowledge his crimes-he did not get caught. His degree and level of remorse is so very apparent to me and to all that truly know him. He has now voluntarily and without exception done the right thing for his victims and the justice system. The other Brad Ruderman is an ill person- a man with a disease which had altered his very being, just as drugs, would render the user, incapable of unimpaired psychological independence. His gambling addiction is no less impactful on his conduct as Heroin to an addict. I have seen how the compulsion manifested itself in obvious risks to his relationships, including financial matters. Brad did not come forward because he knew he would soon be caught. He came forward because he had hit rock bottom and saw himself and what this insidious plague was doing to those around him. He came forward out of a desire to do the right thing and out of concern for others. That point in time was clearly identifiable. Brad could have brought in, yet new investors, to further feed his gambling addiction and by doing that, he may have been able to avoid detection for a long time or possibly forever. He did not do it.

It is easy for one to say, that they are remorseful and have turned over a new leaf-I I know you hear that often. But the reality is that often times those remarks are motivated strictly out of self interest-to reduce the punishment. Here, however, Brad has displayed to all around him, a Brad no longer under the influence of what to him was the most powerful narcotic-gambling. Talk is cheap and actions speak

Exhibit 35

louder than words. Brad's actions speak volumes. Aside from total cooperation with the AUSA, Brad has met with me on numerous occasions, for me to be a sounding board for his burning desire to do whatever it takes (and in his words "anything and everything") to redeem himself as a useful, productive and integral part of his entire community. He has told me and I have seen the truth in his eyes and his heart-but most importantly, in his soul. This is the real deal (and I say that having had an ample opportunity over my 38 year legal career, to have seen phonies and recognize insincerity and fakes). When Brad has said he will do "whatever it takes to restore every last dime to those I have hurt-no matter how long it takes,"-I know that these are not just self serving words. He has repeatedly asked for advise from me as a friend and as someone he can speak to without reservation, as to how to change the way his victims, his family and his friends see him. Again, Brad's motivation is not based upon self interest. It is rooted in the interest of others. I know that the perception of others toward him, is not motivated out of any vanity or need to gain something for himself that is missing, but rather so that others will know that his words - that he has changed and that he will make good on his promises, which are real, and with true intent to perform, and so they may be at peace in their lives. I know that Brad has found the path to peace in his own life through Beit Tshuvah.

I believe with every fiber of my being, that Brad is the exception to what the Court routinely sees-he truly is the real deal and I know that he can and will continue to do as he has promised. While Brad needs to be punished for his acknowledged wrongful acts, I ask the Court to consider the good he can and certainly will do when he is able to and upon release. His counseling of other addicts is demonstrative of a different Brad than the addict that hurt others through criminal conduct. I see the difference and I urge you to recognize the exceptional reasons for downward departure in sentencing and to give him a change to make continued good on the great progress he has made thus far. This is not a situation where he has said he will change and will do good if he is given the chance. Rather, his actions have already loudly spoken as to a person deserving of every favorable benefit of your discretion. Brad is truly a person who can and will do greater good post incarceration and I urge the Court to facilitate a result that will, sooner rather than later, place him in that position.

Thank you for your thoughtful consideration of these remarks,

Sincerely,

Bob M. Cohen

Exhibit 35