1  JAMES D. RIDDET, ESQ.  (SBN 39826)
   STOKKE & RIDDET
2  3 MacARTHUR PLACE, SUITE 750
3  SANTA ANA, CA   92707
   TELEPHONE: 714/662-2400
4  FACSIMILE: 714/662-2444
5  E MAIL: Jriddet@stokkeriddet.com

NOTE: CHANGES MADE BY THE COURT

6  Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 09-0757 JFW |
|---|---|---|
| Plaintiff, | ) | ORDER RE: |
| | ) | JUDICIAL RECOMMENDATION |
| vs. | ) | |
| BRADLEY LEWIS RUDERMAN, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having reviewed the Ex Parte Application filed on February 3, 2010 [doc. 65], and the Court being otherwise duly advised the defendant has been designated to the camp at FCI Manchester, the court hereby:

1. **ORDERS** that the judicial recommendation for designation in this case be amended;

2. **RECOMMENDS** that the Federal Bureau of Prisons re-designate defendant to a minimum-security prison camp in the Western Region to facilitate family visits, promote investor loss recovery, and facilitate the inmate's Jewish observances;

1

3. **RECOMMENDS** the satellite camp at CI Taft, California if available; and,

4. Counsel for defendant shall be responsible for service of this Order on the appropriate parties.

**SO ORDERED.**

Dated: February 5, 2010

_____
UNITED STATES DISTRICT COURT

cc: USM, BOP, USPO

2